AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Michael Aaron Tew ) | Case No. |
| ) | 20-mj-00088-KLM |
| ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, and state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2018 to present__ in the county of __Denver__ in the State and District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Lisa Palmer
*Complainant's signature*

Lisa Palmer, SA  IRS-CI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: **08 Jul 2020**

*Judge's signature*

City and state: Denver, Colorado

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*