| | |
|---|---|
| DEFENDANT: | MICHAEL AARON TEW |
| YOB: | **1979** |
| COMPLAINT FILED? | ____X__ Yes   ____ ___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ___ Yes   ___X____ No
If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1:  18 U.S.C. 1956(h) (Conspiracy to Commit Money Laundering) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1:  NMT 20 years' imprisonment; NMT a $500,000 fine or 2 times the amount laundered, or both imprisonment and a fine; NMT 3 years' supervised release, and a $100 special assessment fee. |
| AGENT: | FBI SA Sarah Anderson<br>IRS-CI SA Lisa Palmer |
| AUTHORIZED BY: | Assistant U.S. Attorney Hetal J. Doshi |

ESTIMATED TIME OF TRIAL:

___ five days or less         ___X_ over five days              ____ other

THE GOVERNMENT

X_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

1