# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-mj-00088-KLM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. Michael Aaron Tew,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT COMPLAINT

The United States of America, through United States Attorney Jason R. Dunn and Assistant United States Attorney Hetal J. Doshi, respectfully moves the Court, pursuant to District of Colorado Local Rule 47.1, for an order restricting the criminal complaint and arrest warrant in this matter at a Level 1, reviewable by the parties and the Court, as well as this Motion and any order issued by the Court with respect to this Motion for ninety days following the initial appearance unless there is further order of the Court extending that period of restriction.

The complaint, arrest warrant, and the Motion pertain to an ongoing investigation. If these documents do not remain restricted after the defendant's initial appearance, the government is concerned that the ongoing investigation into money laundering and fraud will be jeopardized. The government currently seeks a Level 1 restriction rather than a Level 3 restriction (restricted to the Court only) so that the defendant may access the complaint and arrest warrant.

Dated this 9th day of July, 2020.

          Respectfully submitted,

          JASON R. DUNN
          United States Attorney

          *s/Hetal J. Doshi*
          HETAL J. DOSHI
          Assistant U.S. Attorney
          United States Attorney's Office
          1801 California Street
          Suite 1600
          Denver, CO 80202
          Telephone: 303-454-0100
          Fax:  303-454-0403
          E-mail:  Hetal.Doshi@usdoj.gov

          *Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Action No.**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

    1.  **EMILIO TESTA,**
       **a/k/a Emilio Harper**
       **a/k/a Emilio Ric**

    **Defendant.**

---

## ORDER TO RESTRICT COMPLAINT

---

The Court has considered the government's Motion to Restrict the Complaint. Upon consideration and for good cause shown,

IT IS ORDERED that the complaint, arrest warrant, Motion to Restrict Complaint, and this Order are hereby restricted at Level 1 restriction until October 9, 2020.

IT IS SO ORDERED on this _____ day of July, 2020.

                                              **BY THE COURT:**

                                              _____
                                              The Honorable Kristen L. Mix
                                              United States Magistrate Judge
                                              District of Colorado