IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL AARON TEW,

    Defendant.

## ORDER TO RESTRICT

On the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

Restriction of the case and documents at Level 1 is appropriate for good cause shown under D.C.COLO.LCrR 47.1 such that the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 1 until further order of the Court.

Dated this 9th day of July, 2020.

                            BY THE COURT:

                            _____
                            Kristen L. Mix
                            United States Magistrate Judge
                            District of Colorado