AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JUL 15 AM 9: 24

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
Michael Aaron Tew

Case No.

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Michael Aaron Tew
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Money Laundering in violation of 18 U.S.C 1956(h)

Date: 08 Jul 2020

_Issuing officer's signature_

Kristen L. Mix
United States Magistrate Judge
Printed name and title

City and state: Denver, Colorado

### Return

This warrant was received on (date) 07/08/2020, and the person was arrested on (date) 07/08/2020
at (city and state) Denver, Colorado.

Date: 07/08/2020

_Arresting officer's signature_

SA Sarah J. Anderson
Printed name and title