IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      MICHAEL AARON TEW,

      Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2020**.

      Before the Court is a Motion to Withdraw filed by Michael Sheehan (ECF 13). Mr. Sheehan asserts, "Mr. Tew requests that the Federal Public Defender's Office be appointed to represent him." At Defendant's initial appearance on July 9, 2020, Defendant informed the Court that he "has retained private counsel and is not requesting court appointed counsel." ECF 7. Accordingly, the Court is not in possession of a financial affidavit by which to determine whether court appointed counsel is appropriate in this case.

      Therefore, **on or before July 24, 2020**, Defendant shall complete and file a financial affidavit by which the Court may determine whether to appoint counsel for Defendant.