UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA

           -v-                            Docket No.: 20-mj-0088-KLM

    MICHAEL AARON TEW,

                                 MOTION TO WITHDRAW

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Undersigned counsel respectfully moves to withdraw as counsel to Michael Tew in this action under Rule 1.16 of the Colorado Rules of Professional Conduct, subsections (b)(1), (b)(5), (b)(6), and (b)(7).  In sum, Mr. Tew has not and apparently cannot meet his financial obligations to my firm in connection.  Furthermore, certain circumstances have made it unreasonably difficult to continue the representation separate and apart from his inability to honor the financial obligations of his engagement agreement with my firm.  I will be submitting a declaration setting forth in greater detail the reasons supporting my motion to withdraw.

        In a separate motion, I will request that access to that declaration be restricted to the Court under a Level 3 restriction because the information contained therein implicates the attorney-client relationship and client confidences.  Mr. Tew has been advised of this motion and has been served with the motion and the declaration.  Mr. Tew does not oppose this motion.

        I respectfully request that Mr. Tew be appointed counsel under the Criminal Justice Act.

Respectfully submitted,

New York, New York
August 12, 2020

/s/ Eric M. Creizman
Eric M. Creizman
Armstrong Teasdale LLP
919 Third Avenue, Fl. 37
New York, New York 10022
T: (212) 209-4358
M: (917) 494-5881
E: ecreizman@atllp.com

2