| CJA 23<br>(Rev. 11/11) | **FINANCIAL AFFIDAVIT**<br>IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

| **IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)* | | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF _____ v. _____ | FOR<br>AT | |

| PERSON REPRESENTED *(Show your full name)* | 1 ☐ Defendant - Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Supervised Release Violator<br>5 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other *(Specify)* | DOCKET NUMBERS<br>Magistrate Judge<br><br>District Court<br><br>Court of Appeals |
|---|---|---|
| CHARGE/OFFENSE *(describe if applicable & check box →)*  ☐ Felony  ☐ Misdemeanor | | |

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☐ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment? _____ How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☐ No
**IF YES**, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
**IF YES,** give the amount received and identify the sources
RECEIVED: $ _____ / $ _____ / $ _____
SOURCES: _____

**CASH** Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No **IF YES,** total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
**IF YES,** give value and description for each
VALUE: $ _____ DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
_ Single
_ Married
_ Widowed
_ Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____  _____
SIGNATURE OF DEFENDANT                    Date
*(OR PERSON REPRESENTED)*