DEFENDANT:    MICHAEL AARON TEW

YOB:    **1979**

COMPLAINT FILED?    _____X__ Yes    ____ ___ No

    If Yes, MAGISTRATE CASE NUMBER 20mj88-KLM

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __X_ Yes  ___ ____ No
If No, a new warrant is required

OFFENSE(S):    Count 1:  18 U.S.C. § 1349 (Attempt and Conspiracy)

    Count 2:  18 U.S.C. § 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)

    Count 3:  26 U.S.C. § 7201 (Attempt to Evade or Defeat Tax)

LOCATION OF OFFENSE:    Denver County, Colorado

PENALTY:    Count 1:  NMT 20 years' imprisonment; NMT a $250,000 fine or 2 times the amount of gain or loss, whichever is greater, or both imprisonment and a fine; NMT 5 years' supervised release, and a $100 special assessment fee.

    Count 2:  NMT 10 years' imprisonment, NMT a $250,000 fine or two times the amount laundered, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

    Count 3:  NMT 5 years' imprisonment, NMT than a $250,000 fine; or both imprisonment and a fine; not more than 3 years' supervised release; costs of prosecution, and a $100 special assessment fee.

AGENT:    FBI SA Sarah Anderson
IRS-CI SA Lisa Palmer
IRS-CI SA Melinda Wilgus

AUTHORIZED BY:    Assistant U.S. Attorney Hetal J. Doshi
First Assistant U.S. Attorney Matthew T. Kirsch

ESTIMATED TIME OF TRIAL:

___ five days or less          ___X_ over five days                _____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

___X___ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.