IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL AARON TEW,

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL

        The Office of the Federal Public Defender, by and through undersigned counsel, hereby moves for an Order withdrawing the Office of the Federal Public Defender and undersigned counsel from further representation of Mr. Tew, and appointing a member of the Criminal Justice Act Panel to represent Mr. Tew In support, counsel states:

        1.     Circumstances have arisen such that undersigned counsel believes he must move to withdraw from continued representation of Mr. Tew.

        2.     Colorado Rule 1.6 prevents undersigned counsel from further disclosing the reasons for moving to withdraw beyond noting that on October 21, 2020 Mr. Tew emailed to the Court a letter advising the Court that he had "terminated [his] relationship" with counsel. The first that counsel heard of this "terminated" relationship was when he received a cc of the email to the Court.

3. Given the content of Mr. Tew's letter and the allegations contained therein, as well as the clear expression by Mr. Tew that Mr. Harris no longer represents him, counsel is compelled, pursuant to Rule 1.16, to move to withdraw from continued representation of Mr. Tew.

4. Counsel believes that there has been a fundamental and irretrievable breakdown in communication between counsel and Mr. Tew.

5. "To warrant the substitution of counsel, a defendant must show good cause, such . . . . a complete breakdown of communications." *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir. 1987). "Good cause for substitution of counsel consists of more than a mere strategic disagreement between the Defendant and his attorney ... rather there must be a total breakdown in communications." *United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002).

6. Counsel represents to this court that this motion is not being filed due to mere strategic disagreement between Mr. Tew and undersigned counsel. Mr. Tew's letter further evidences that this is not a strategic dispute.

7. Colorado Rules of Professional Conduct 1.6 and 1.16 prohibit appointed counsel from further revealing the facts that support the mandatory termination of representation. In essence, for reasons which counsel cannot discuss, because of the attorney-client privilege, the relationship between counsel and Mr. Tew is irreparably damaged such that continued representation would violate counsel's ethical duties of Loyalty, Diligence (Colorado Rule of Professional Conduct 1.3) and Conflict of Interest: General Rule (Colorado Rule of Professional Conduct 1.7).

8. That breakdown is evidenced by: (1) what Mr. Tew alleges in the letter (matters which counsel ethically cannot even refute or comment upon given his duties of loyalty and confidentiality); and (2) the manner in which counsel learned of the letter (without warning or the courtesy of any notice). Beyond this, counsel can advise the Court that he has other specific concerns grounded in his history of communications with Mr. Tew that further lead him to believe that here has been an irretrievable breakdown in communications and in the attorney-client relationship.

9. Counsel has attempted to reach Mr. Tew by phone to discuss this motion and Mr. Tew's letter.  He has not succeeded in reaching Mr. Tew.

10. Pursuant to D.C. Colo. L. Cr. R. 57.5.D, a copy of this motion is being e-mailed to Mr. Tew.

11.  Because Mr. Tew has been declared indigent, undersigned counsel respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent Mr. Tew.

WHEREFORE, the Office of the Federal Public Defender respectfully requests an Order withdrawing the Office of the Federal Public Defender and undersigned counsel from further representation of Mr. Tew and appointing a member of the Criminal Justice Act Panel to represent Mr. Tew.

Respectfully Submitted,

VIRGINIA GRADY
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hetal Janak Doshi, Assistant United States Attorney
     Email:  hetal.doshi@usdoj.gov

Matthew T. Kirsch, Assistant United States Attorney
     Email: matthew.kirsch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Michael Aaron Tew      *via e- mail*


                                s/ Edward R. Harris
                                Edward R. Harris
                                Assistant Federal Public Defender
                                633 17th Street, Suite 1000
                                Denver, CO  80202
                                Telephone:  (303) 294-7002
                                FAX:  (303) 294-1192
                                Edward_Harris@fd.org
                                Attorney for Defendant