MICHAEL AARON TEW

Honorable Daniel D. Domenico
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Courtroom A702
Denver, Colorado 80294-3589

Dear Judge Domenico:

I am writing today to communicate with you that I have terminated my relationship with my attorney, Edward Harris. Mr. Harris has consistently pressured me to sign documents with the threat that he will withdraw if I do not. I told Mr. Harris that I am fearful for my family's security and he refuses to file a motion to help keep this case sealed and protect my family. I also feel that I do not understand my rights in this case, the due process which I am giving up, and any benefits or drawbacks that may occur as it relates to the plea that I am being pressured to sign (pressured by my own attorney).

Further, the plea itself includes misrepresentations of the facts of the case, key issues I brought up with Mr. Harris and to which I was told that the plea is the "Government's version of the facts."

I want to be clear that I am willing to plead and cooperate with the Government as has always been the case. However, I am not comfortable with my representation and wish to terminate my representation prior to my hearing in order to obtain more appropriate counsel.

Sincerely,

Michael Tew

CC: Edward Harris