IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. Michael Aaron Tew,

    Defendant.

**UNOPPOSED MOTION TO RESTRICT DKT. 60 AND
ANY ORDER GRANTING DKT. 60**

The United States of America, through Assistant United States Attorneys Hetal J. Doshi and Matthew T. Kirsch, respectfully moves the Court, pursuant to District of Colorado Local Rule 47.1, for an order restricting at a Level 1, reviewable by the parties and the Court, the following items: (1) Third Joint Motion to Exclude Time Before Indictment (Dkt. 60); (2) any Order granting that motion; and (3) the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. This motion seeks that all these materials be restricted until January 23, 2021.

Dated this 27th day of October, 2020.

                                          Respectfully submitted,

                                          JASON R. DUNN
                                          United States Attorney

                                          *s/Hetal J. Doshi*
                                          HETAL J. DOSHI
                                          MATTHEW T. KIRSCH
                                          Assistant U.S. Attorneys
                                          United States Attorney's Office
                                          1801 California Street
                                          Suite 1600
                                          Denver, CO 80202
                                          Telephone: 303-454-0100
                                          Fax:  303-454-0403
                                          E-mail:  Hetal.Doshi@usdoj.gov
                                                      Matthew.Kirsch@usdoj.gov
                                          *Attorneys for the United States*

## CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                          *s/Hetal J. Doshi*
                                          HETAL J. DOSHI
                                          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on this 27th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Hetal J. Doshi*
HETAL J. DOSHI
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0403
E-mail:  Hetal.Doshi@usdoj.gov

*Attorney for the United States*