IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. Michael Aaron Tew,

    Defendant.

---

**ORDER TO RESTRICT DKT. 60, ORDER GRANTING DKT. 60, AND BRIEF IN SUPPORT OF UNOPPOSED MOTION TO RESTRICT DKT. 60**

---

    The Court has considered the government's Motion to Restrict Dkt. 60 and Any Order Granting Dkt. 60.

    Upon consideration and for good cause shown,

    IT IS ORDERED that the Third Joint Motion to Exclude Time for Indictment, Dkt. 60, Order granting the same, Dkt. 63, and the Brief in Support of the Motion to Restrict, Dkt. 62 are hereby restricted at Level 1 restriction until January 23, 2021.

IT IS SO ORDERED on this _____ day of October, 2020.

**BY THE COURT:**

_____
THE HONORABLE DANIEL D. DOMENICO
UNITED STATES DISTRICT COURT JUDGE