**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL AARON TEW,**

    Defendant.

_____

**MOTION TO RESTRICT ACCESS TO DOCUMENTS 66 AND 67**
_____

    Defendant Michael Tew respectfully moves the Court to designate Documents 66 and 67 as Level 2 restricted documents, for the reasons stated in Document 66.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   November 12, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, November 12, 2020, I electronically filed the foregoing **MOTION TO RESTRICT ACCESS TO DOCUMENTS 66 AND 67** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Karla Alvarado  
Karla Alvarado