## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.:  20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.  **MICHAEL AARON TEW**;

    2.  **KIMBERLEY ANN TEW**; and
       a/k/a Kimberley Vertanen

    3.  **JONATHAN K. YIOULOS**,

    **Defendants.**

---

## INDICTMENT

---

The Grand Jury charges that:

### GENERAL ALLEGATIONS

1.   At all times relevant to the charges contained in this Indictment, MICHAEL AARON TEW and KIMBERLEY ANN TEW, were married and resided together in the State and District of Colorado.  KIMBERLEY ANN TEW's maiden name is Kimberley Vertanen.

2.   At all times relevant to the charges contained in this Indictment, N.A.C., Inc. ("NAC") is a company headquartered in Florida and with an office in New York.  NAC operates in the United States and is affiliated with the company N.A.C. Group, Inc., d/b/a/ N.A., which provides freight forwarding solutions, to include by charter and airlift.  N.A. is also an airline. N.A.C. Holdings, Inc. ("NAC Holdings") is also one of several affiliates of NAC.  In this

Indictment, NAC and its affiliates and subsidiaries are collectively referred to as "the NAC Entities."

3.　Between a time unknown to the grand jury but no later than late 2015 and until in or around September 2018, MICHAEL AARON TEW was a contracted Chief Financial Officer (CFO) for the NAC Entities.

4.　In or around February 2012, the entity Sand Hill, LLC was established in the State of New York.  In or around November 2018, Sand Hill, LLC was registered as a foreign limited liability company in the State of Colorado.  The address of Sand Hill, LLC's principal office was listed in the registration to the State of Colorado as 3222 E. 1st Ave., Denver, CO 80206.  This address corresponds to a residential apartment building.  Between at least 2015 and July 2020, MICHAEL AARON TEW and KIMBERLEY ANN TEW resided in at least two different apartment units at this address.

5.　The NAC Entities paid for MICHAEL AARON TEW's contracted professional services. Payments for those services were made to Sand Hill, LLC.  Between 2015 and 2018, the NAC Entities paid Sand Hill, LLC at least approximately $800,000 for MICHAEL AARON TEW's services.

6.　MICHAEL AARON TEW was terminated by the NAC Entities in or around September 2018.

7.　At various points in time starting in or around 2016, KIMBERLEY ANN TEW also provided intermittent contractor services to the NAC Entities.   She did not provide contracted services to the NAC Entities after on or around approximately September 2018.

8.　Throughout the time period described by this Indictment and until in or around July 2020, JONATHAN K. YIOULOS was an employee of the NAC Entities.  In or around July 2018, he served as the Director of Finance, and at some point in time between 2018 and July 2020,

YIOULOS assumed the role of Controller but continued his responsibilities as the Director of Finance. YIOULOS's employment was terminated by the NAC Entities on or around July 7, 2020.

## COUNT 1

9.   The allegations contained in paragraphs 1 through 8 are realleged and incorporated as if fully set forth in this paragraph.

10.  Beginning no later than June 2018 and continuing until about July 2020, in the State and District of Colorado, and elsewhere,

**MICHAEL AARON TEW,**
**KIMBERLEY ANN TEW,**
and
**JONATHAN K. YIOULOS,**

did knowingly combine, conspire, confederate and agree together, and acted interdependently to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

It was part of the conspiracy that:

11.  The defendants caused the NAC entities to make payments for services it never received. The defendants submitted or caused to be submitted to the NAC entities fraudulent invoices for payment. These invoices contained material false pretenses and representations about the fact of the provision of services by various entities to the NAC entities and/or the amount of those services. The defendants submitted or caused to be submitted these fraudulent invoices to YIOULOS. YIOULOS approved and authorized many or all of the payments of these fraudulent invoices. On some occasions, as part of the conspiracy, YIOULOS authorized and executed payments to bank accounts controlled by or accessible to MICHAEL AARON TEW and KIMBERLEY ANN TEW before the fraudulent invoice justifying that payment was tendered to the NAC Entities. YIOULOS's approval and authorization of payments, whether

before or after a fraudulent invoice was submitted to him, caused the NAC Entities to pay MICHAEL AARON TEW, KIMBERLEY ANN TEW, and others associated with MICHAEL AARON TEW or KIMBERLEY ANN TEW more than $5,000,000 for services the NAC entities did not receive.

12. YIOULOS caused the execution of fraudulent payments on behalf of the NAC Entities through automated clearinghouse (ACH) transactions or wire transfers. These payments were directed to multiple bank accounts, many of which were directly controlled by or accessible to MICHAEL AARON TEW and KIMBERLEY ANN TEW.

13. It was part of the conspiracy that these invoices were submitted by or on behalf of multiple corporate entities. Four of these entities were operated by or otherwise associated with individuals who were contacts of MICHAEL AARON TEW or KIMBERLEY ANN TEW: H.S. CPAs LLC (HS CPAs); M.C.G., Inc. ("MCG"); 5530 J.D., LLC, ("5530 JD"); and P.M., Inc. ("PM").

14. Beginning in or around July 2019, MICHAEL AARON TEW created and registered another entity, Global Fuel Logistics, Inc. ("GFL") in various states and listed GFL as the vendor on fraudulent invoices submitted to the NAC Entities. GFL had no legitimate business or operations. Beginning in or around September 2019, fraudulent invoices were also submitted on behalf of Aero Maintenance Resources ("AMR"), a so-called "division" of GFL. AMR had no legitimate business or operations.

15. Beginning in or around August 2018, and continuing to approximately in or around July 2020, fraudulent invoices were submitted on behalf of these six entities or divisions—HS CPAs, MCG, 5530 JD, PM, GFL, and AMR— to justify fraudulent payments made by the NAC Entities.

4

16. On multiple occasions throughout the conspiracy, YIOULOS was instructed to send payments to a bank account held in the name of Sand Hill, LLC. YIOULOS sometimes used the acronym "SHI LLC" as the recipient payee on the ACH transfers instead of "Sand Hill." SHI LLC does not legally exist in Colorado, Michigan, New York, or Florida.

17. It was part of the conspiracy that GFL and AMR had indicia of identity that separated those entities from MICHAEL AARON TEW and KIMBERLEY ANN TEW as well as the State of Colorado.  GFL's registration documents to the States of Colorado and Wyoming, listed an address in Michigan belonging to KIMBERLEY ANN TEW's parents.  The email address used to submit invoices on behalf of GFL and AMR, accounting@globalfuel.co, was also an email address that had not been previously used to submit fraudulent invoices to the NAC Entities.   MICHAEL AARON TEW requested and paid for the globalfuel.co domain.

18. It was further part of the conspiracy that at some point after the fraudulent invoices began to be submitted, MICHAEL AARON TEW, in consultation with YIOULOS, began providing more specific descriptions of the falsely claimed services listed on the invoices in an attempt to demand payment for services that more closely aligned with the work of the NAC Entities.

19. It was also part of the conspiracy to provide indicia of legitimacy on the fraudulent invoices, including:

   a. Unique, non-consecutive invoice numbers;

   b. Listing the company that was purportedly providing services, a description of services and, sometimes, a project name, as well as a due date;

   c. Sending the invoices from different email addresses;

   d. Identifying a sum certain, sometimes round numbers and other times specific numbers, that were associated with the purported provision of certain numbers of hours of service or work and which were sometimes reduced by "adjustments;"

e.   Identifying real bank account information for the entities, even if the entity was not in fact associated with that bank account; and

f.   Identifying a purported specific person, "Jessica Thompson," as a contact person in the "Accounting Department" at GFL for questions about the invoices.

20.   It was part of the conspiracy that on multiple occasions between no later than August 2018 and July 2020, MICHAEL AARON TEW, and on some occasions, KIMBERLEY ANN TEW, contacted YIOULOS to request, and at times demand, money.  YIOULOS agreed to make many of the requested payments.  It was also part of the conspiracy that KIMBERLEY ANN TEW and MICHAEL AARON TEW coordinated and consulted on the amount of money to demand from YIOULOS.

21.   It was a part of the conspiracy that YIOULOS advised the defendants about the financial status of the NAC Entities so that the agreed-upon payments connected to the fraudulent invoices did not result in the NAC Entities overdrawing its bank accounts.  YIOULOS often authorized payment of the fraudulent invoices in installments or "progress payments."  That is, he authorized and approved multiple ACH transfers or wire transfers where each transfer was for an amount less than the total amount of an invoice to try to pay the fraudulent invoices with whatever money was available to the NAC Entities.  The defendants accepted partial payments based on what the NAC Entities could afford at any given time during the conspiracy.

22.   It was part of the conspiracy that MICHAEL AARON TEW created new email accounts to send fraudulent invoices.

23.   MICHAEL AARON TEW and KIMBERLEY ANN TEW also maintained multiple bank accounts at multiple financial institutions; some they held in their individual names and at least one was held as a joint account.   The fraudulent invoices, and payments authorized by

YIOULOS, went to a variety of these bank accounts.

24. When a bank holding accounts that received fraudulent payments closed some or all of MICHAEL AARON TEW and/or KIMBERLEY ANN TEW's accounts, MICHAEL AARON TEW and KIMBERLEY ANN TEW then created or caused to be created multiple bank accounts at another bank or credit union. When a credit union, which held an account that received funds from this fraud, questioned MICHAEL AARON TEW about what appeared to be the payment of corporate funds into personal or individual bank accounts, he switched the type of account from individual to business to facilitate the ongoing receipt of payments from the NAC Entities.

25. MICHAEL AARON TEW and KIMBERLEY ANN TEW provided YIOULOS with some Bitcoin in connection with this fraud.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-40

26. The allegations contained in paragraphs 1 through 8 and 11 through 25 are realleged and incorporated as if fully set forth in this paragraph.

27. Beginning not later than July 2018 and continuing thereafter until about July 2020, in the State and District of Colorado, and elsewhere,

**MICHAEL AARON TEW,**
**KIMBERLEY ANN TEW,**
and
**JONATHAN K. YIOULOS**

knowingly devised and intended to devise a scheme to defraud and to obtain money and property from the NAC Entities by means of materially false and fraudulent pretenses, representations, and promises by authorizing and receiving payments from the NAC Entities that MICHAEL AARON TEW, KIMBERLEY ANN TEW, and YIOULOS knew were

fraudulent and were based on or supported by fraudulent invoices reflecting services that had not been provided to the NAC Entities.

28.     Obtaining money and property from the NAC Entities was an object of the defendants' scheme to defraud.

29.     It was part of the scheme to use the same manner and means for the conspiracy alleged in Count 1 and described in paragraphs 11 through 25.

30.     For purposes of executing and attempting to execute the scheme described in paragraphs 11 through 29 above, on or about the dates listed below, defendants **MICHAEL AARON TEW, KIMBERLEY ANN TEW, and JONATHAN K. YIOULOS**, having devised and intending to devise the scheme, transmitted and caused to be transmitted by means of wire communication in interstate commerce writings, signs, and signals, that is, payments reflecting the transfer of funds in the amounts listed below from the account  listed below as held by the NAC Entities at Signature Bank to accounts at the banks identified below, which were controlled by or accessible to MICHAEL AARON TEW or KIMBERLEY ANN TEW, or otherwise associated with contacts of MICHAEL AARON TEW or KIMBERLEY ANN TEW:

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 2 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | August 8, 2018 | $15,000 | ACH transaction from Signature Bank account ending in 5529 to Guaranty Bank and Trust account ending in 7867, held in the name of Michael A. Tew |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 3 | MICHAEL AARON TEW<br><br>JONATHAN YIOULOS | October 26, 2018 | $30,000 | ACH transaction from Signature Bank account ending in 5529 to Regions Bank account ending in 4514, held in the name of M.M. |
| 4 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | October 30, 2018 | $10,000 | Wire transfer from Signature Bank account ending in 5529 to Regions Bank account ending in 4514, held in the name of M.M. |
| 5 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | November 20, 2018 | $30,000 | ACH transaction from Signature Bank account ending in 5529 to Regions Bank account ending in 4514, held in the name of M.M. |
| 6 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | November 27, 2018 | $30,000 | ACH transaction from Signature Bank account ending in 5529 to BBVA Compass account ending in 0987, held in the name of 5530 Jessamine Development LLC |
| 7 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | December 12, 2018 | $25,000 | ACH transaction from Signature Bank account ending in 5529 to ANB account ending in 3099, held in the name of M.M. |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 8 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | February 8, 2019 | $15,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 9 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | February 20, 2019 | $15,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 10 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | March 29, 2019 | $38,000 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 11 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | April 4, 2019 | $11,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 12 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | July 24, 2019 | $45,000.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 13 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | August 7, 2019 | $31,500.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 14 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | August 19, 2019 | $9,500.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 15 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | August 22, 2019 | $28,000.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 16 | MICHAEL AARON TEW<br><br>KIMBERLEY ANN TEW<br><br>JONATHAN K. YIOULOS | September 4, 2019 | $45,000.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 17 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | September 10, 2019 | $18,000.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 18 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | September 18, 2019 | $33,500.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 19 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | September 26, 2019 | $52,750.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 20 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | October 17, 2019 | $75,000.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 21 | MICHAEL AARON TEW<br><br>KIMBERLEY ANN TEW<br><br>JONATHAN K. YIOULOS | October 25, 2019 | $43,000.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 22 | MICHAEL AARON TEW<br><br>KIMBERLEY ANN TEW<br><br>JONATHAN K. YIOULOS | November 1, 2019 | $49,750.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 23 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | November 8, 2019 | $40,500.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 24 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | November 26, 2019 | $43,250.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 25 | MICHAEL AARON TEW<br><br>KIMBERLEY ANN TEW<br><br>JONATHAN K. YIOULOS | December 3, 2019 | $9,550.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 26 | MICHAEL AARON TEW<br><br>KIMBERLEY ANN TEW<br><br>JONATHAN K. YIOULOS | December 12, 2019 | $24,500.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 27 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | December 24, 2019 | $15,200.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 28 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | February 12, 2020 | $33,000.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 29 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | February 20, 2020 | $95,000.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 30 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | March 3, 2020 | $36,555.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 31 | MICHAEL AARON TEW<br><br>KIMBERLEY ANN TEW<br><br>JONATHAN K. YIOULOS | March 10, 2020 | $35,000.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 32 | MICHAEL AARON TEW<br><br>KIMBERLEY ANN TEW<br><br>JONATHAN K. YIOULOS | March 20, 2020 | $22,500.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 33 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | April 1, 2020 | $73,460.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 34 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | April 7, 2020 | $36,925.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 35 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | April 16, 2020 | $68,255.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 36 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | April 28, 2020 | $46,850.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 37 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | May 6, 2020 | $85,325.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|-------|-----------|--------------|----------------|-------------|
| 38 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | May 13, 2020 | $82,422.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 39 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | May 21, 2020 | $78,565.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
| 40 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | July 3, 2020 | $95,000.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 3094, held in the name of Global Fuel Logistics Inc, with Michael A. Tew as the listed owner |

All in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2.

## COUNT 41

31.    The allegations contained in paragraphs 1 through 8, 11 through 25, and 27 to 30 are realleged and incorporated as if fully set forth in this paragraph.

32.    Beginning on a date unknown to the grand jury but not later than in or about June 2018 and

continuing to in or about July 2020, in the State and District of Colorado and elsewhere,

**MICHAEL AARON TEW**
and
**KIMBERLEY ANN TEW**

did knowingly combine, conspire, confederate and agree with each other and acted interdependently, to commit offenses against the United States in violation of Title 18, United States Code, Section 1957, to wit to knowingly engage and attempt to engage, in monetary transactions, by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000.00, as specified below, such property having been derived from a specified unlawful activity, that is wire fraud, in violation of Title 18, United States Code, Section 1957.

33.     The manner and means used to accomplish the objective of the conspiracy included the following:

   a.   MICHAEL AARON TEW and KIMBERLEY ANN TEW transferred or caused to be transferred the unlawfully obtained funds from the wire fraud conspiracy and scheme described above in Paragraphs 11 to 25 and 27 to 29 to other accounts they controlled or operated.  It was further part of the conspiracy that MICHAEL AARON TEW and KIMBERLEY ANN TEW engaged in multiple transfers of the unlawfully obtained funds between and among accounts held jointly or individually by each of them.

   b.   After engaging in transfers of the proceeds of the unlawfully obtained funds among the various bank accounts controlled by or accessible to MICHAEL AARON TEW and KIMBERLEY ANN TEW, either jointly or individually, MICHAEL AARON TEW and KIMBERLEY ANN TEW each made cash withdrawals of the unlawfully obtained funds through counter withdrawals at banks where the accounts receiving

funds from the NAC Entities were held and/or through ATM withdrawals.

c.   After withdrawing the unlawfully obtained funds through counter withdrawals at the bank, wire transfers, or ATM withdrawals, often after internal account transfers, it was part of the conspiracy that MICHAEL AARON TEW and, on some occasions, KIMBERLEY ANN TEW transported cash to multiple Bitcoin ATMs.

d.   On multiple occasions, MICHAEL AARON TEW, often at the direction or instruction of KIMBERLEY ANN TEW, engaged in multiple transactions, one after another, often in the same day, to deposit cash they had withdrawn into a Bitcoin ATM.

e.   When conducting Bitcoin ATM transactions, the user of the ATM is asked to what "wallet" or destination the United States currency should be directed when that currency is converted into Bitcoin.  During the conspiracy, on multiple occasions, KIMBERLEY ANN TEW directed MICHAEL AARON TEW on the destination wallet address, or QR code, that the United States currency should be directed to when it was converted into Bitcoin.

f.   It was part of the conspiracy to use proceeds from the fraudulent payments received from the NAC Entities to make purchases like a 2016 Audi vehicle that was used by MICHAEL AARON TEW and KIMBERLEY ANN TEW.

34.   It was also part of the conspiracy that proceeds from the fraudulent payments received from the NAC Entities were used or transferred by MICHAEL AARON TEW and KIMBERLEY ANN TEW during travel to Las Vegas and California.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 42-56

35.   The allegations contained in paragraphs 1 through 8, 11 through 25, 27 through 30, and 32

through 34 are realleged and incorporated as if fully set forth in this paragraph.

36. On or about the dates identified below, within the District of Colorado and elsewhere, the defendants named in each count below did knowingly engage in and attempt to engage in monetary transactions, specifically deposits, withdrawals, and transfers of funds and monetary instruments, in and affecting interstate commerce, by, through and to one or more financial institutions, in criminally derived property that was of a value greater than $10,000 and that was derived from specified unlawful activity, specifically, wire fraud, in violation of Title 18 United States Code, Section 1343, knowing that the property involved in such monetary transactions represented the proceeds of some form of unlawful activity, as follows:

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 42 | MICHAEL AARON TEW | June 4, 2019 | $15,000.00 | Withdrawal from Navy Federal Credit Union account ending in 8486, held in the names of MICHAEL AARON TEW and KIMBERLEY TEW |
| 43 | KIMBERLEY ANN TEW | June 11, 2019 | $15,000.00 | Withdrawal from Navy Federal Credit Union account ending in 8486, held in the names of MICHAEL AARON TEW and KIMBERLEY TEW |
| 44 | MICHAEL AARON TEW KIMBERLEY ANN TEW | August 28, 2019 | $22,000.00 | Withdrawal from Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 45 | MICHAEL AARON TEW | August 29, 2019 | $25,000.00 | Withdrawal from Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 46 | MICHAEL AARON TEW | September 4, 2019 | $45,000.00 | Transfer from Navy Federal Credit Union account ending in 5336, held in the name of MICHAEL TEW to a Navy Federal Credit Union account ending in 8486, held in the names of MICHAEL AARON TEW and KIMBERLEY TEW |
| 47 | MICHAEL AARON TEW  KIMBERLEY ANN TEW | September 18, 2019 | $15,000.00 | Wire transfer from Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC, to JPMorgan Chase Bank, N.A. account ending in 8260 |
| 48 | MICHAEL AARON TEW  KIMBERLEY ANN TEW | September 26, 2019 | $20,000.00 | Withdrawal from Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 49 | MICHAEL AARON TEW | September 27, 2019 | $20,000.00 | Withdrawal from Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 50 | MICHAEL AARON TEW | October 1, 2019 | $20,000.00 | Withdrawal from Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |
| 51 | MICHAEL AARON TEW | October 2, 2019 | $12,000.00 | Withdrawal from Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|-------|-----------|--------------|----------------|-------------|
| 52 | MICHAEL AARON TEW | November 1, 2019 | $20,611.01 | Transfer from Wells Fargo account ending in 6934, held in the name of Sand Hill LLC to Continental Volkswagen at Comerica Bank account ending in 5559 |
| 53 | MICHAEL AARON TEW | February 20, 2020 | $20,000.00 | Withdrawal from Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 54 | MICHAEL AARON TEW | February 21, 2020 | $15,000.00 | Withdrawal from Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 55 | MICHAEL AARON TEW | February 27, 2020 | $20,000.00 | Withdrawal from Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
| 56 | MICHAEL AARON TEW  KIMBERLEY ANN TEW | March 3, 2020 | $20,000.00 | Withdrawal from Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |

All in violation of Title 18, United States Code, Section 1957.

## COUNT 57

37.    During the calendar year 2019, MICHAEL AARON TEW, whose principal place of business was in Colorado, had and received gross income in excess of $24,400.  Because of such gross income, he was required by law, on or before July 15, 2020, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing the foregoing,

the defendant, MICHAEL AARON TEW, did willfully fail to make an income tax return as required.

All in violation of Title 26, United States Code, Section 7203.

## COUNT 58

38.     During the calendar year 2018, MICHAEL AARON TEW, whose principal place of business was in Colorado, had and received gross income in excess of $24,000. Because of such gross income, he was required by law, on or before April 15, 2019, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, the defendant, MICHAEL AARON TEW, did willfully fail to make an income tax return as required.

All in violation of Title 26, United States Code, Section 7203.

## COUNT 59

39.     During the calendar year 2017, MICHAEL AARON TEW, whose principal place of business was in Colorado, had and received gross income in excess of $20,800. Because of such gross income, he was required by law, on or before April 17, 2018, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, the defendant, MICHAEL AARON TEW, did willfully fail to make an income tax return as required.

All in violation of Title 26, United States Code, Section 7203.

## COUNT 60

40.     During the calendar year 2016, MICHAEL AARON TEW, whose principal place of business was in Colorado, had and received gross income in excess of $20,700. Because of such gross

income, he was required by law, on or before April 18, 2017, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing the foregoing, the defendant, MICHAEL AARON TEW, did willfully fail to make an income tax return as required.

All in violation of Title 26, United States Code, Section 7203.

## FORFEITURE ALLEGATION

41.     The allegations contained in Counts 1 through 56 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1).

42.     Upon conviction of the violations alleged in Counts 1 through 40 of this Indictment involving the commission of violations of 18 U.S.C. §§ 1349 and 1343, defendants MICHAEL AARON TEW, KIMBERLEY ANN TEW, and JONATHAN K. YIOULOS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the scheme and by the defendants.

43.     Upon conviction of the violations alleged in Counts 41 through 56 of this Indictment involving violations of 18 U.S.C. §§ 1956(h) and 1957, defendants MICHAEL AARON TEW and KIMBERLEY ANN TEW shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all of the defendants' right, title and interest in all property, real or personal, involved in such offense, or all property traceable to such property.

44.     If any of the property described above, as a result of any act or omission of the defendant:

a)      cannot be located upon the exercise of due diligence;
b)      has been transferred or sold to, or deposited with, a third
        party;
c)      has been placed beyond the jurisdiction of the Court;
d)      has been substantially diminished in value; or
e)      has been commingled with other property which
        cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

s/ Hetal J. Doshi
Hetal J. Doshi
Matthew T. Kirsch
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email:  Hetal.Doshi@usdoj.gov
        Matthew.Kirsch@usdoj.gov
        *Attorneys for the United States*