| | |
|---|---|
| <u>DEFENDANT:</u> | MICHAEL AARON TEW |
| <u>YOB</u>: | **1979** |
| <u>COMPLAINT FILED?</u> | ____X__ Yes     ____ ___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   _X__ Yes       _____ No
If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | Count 1:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud) |
| | Counts 2-40:  18 U.S.C. § 1343 (Wire Fraud) |
| | Count 41:  18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering) |
| | Counts 42, 44-56:  18 U.S.C. § 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity) |
| | Counts 57-60:  26 U.S.C. § 7203 (Willful Failure to File Tax Return) |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado |
| <u>PENALTY</u>: | Count 1:  18 U.S.C. § 1349<br>NMT 20 years' imprisonment; NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| | Counts 2-40:  18 U.S.C. § 1343<br>For each count:  NMT 20 years' imprisonment, NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| | Count 41:  18 U.S.C. § 1956(h)<br>NMT 20 years' imprisonment; NMT a $500,000 fine or 2 times the amount laundered, or both imprisonment and a fine; NMT 3 years' supervised release, and a $100 special assessment fee. |

          Counts 42, 44-56:  18 U.S.C. § 1957
For each count:  NMT 10 years' imprisonment, NMT a $250,000 fine or two times the amount laundered, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

          Counts 57-60:  26 U.S.C. § 7203
For each count:  NMT 1 year imprisonment, NMT a $100,000 fine, NMT 1 year supervised release, a $25 special assessment fee, plus costs of prosecution.

<u>AGENT:</u>        IRS-CI SA Lisa Palmer
               FBI SA Sarah Anderson

<u>AUTHORIZED BY:</u>    Assistant U.S. Attorney Hetal J. Doshi
                         Assistant U.S. Attorney Matthew T. Kirsch

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less     ___X_ over five days     ____ other

<u>THE GOVERNMENT</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__x____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.