| | |
|---|---|
| DEFENDANT: | KIMBERLEY ANN TEW |
| YOB: | **1981** |
| COMPLAINT FILED? | _____ Yes     \_\_\_\_x\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | \_ \_\_ Yes     \_\_\_x\_\_\_\_ No |

If No, a new warrant is required

OFFENSE(S):   Count 1:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Counts 21-22; 25-26; 31-32:  18 U.S.C. § 1343 (Wire Fraud)

Count 41:  18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering)

Counts 43-44; 47-48; 56:  18 U.S.C. § 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)

LOCATION OF OFFENSE:   Denver County, Colorado

PENALTY:   Count 1:  18 U.S.C. § 1349
NMT 20 years' imprisonment; NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

Counts 16, 21-22; 25-26; 31-32:  18 U.S.C. § 1343
For each count:  NMT 20 years' imprisonment, NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee

Count 41:  18 U.S.C. § 1956(h)
NMT 20 years' imprisonment; NMT a $500,000 fine or 2 times the amount laundered, or both imprisonment and a fine; NMT 3 years' supervised release, and a $100 special assessment fee.

Counts 43-44; 47-48; 56:  18 U.S.C. § 1957
For each count:  NMT 10 years' imprisonment, NMT a $250,000 fine or two times the amount laundered, whichever is greater, or both

1

2

        imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee per count

| | |
|---|---|
| <u>AGENT:</u> | IRS-CI SA Lisa Palmer<br>FBI SA Sarah Anderson |
| <u>AUTHORIZED BY:</u> | Assistant U.S. Attorney Hetal J. Doshi<br>Assistant U.S. Attorney Matthew T. Kirsch |

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less      __X_ over five days      ____ other

<u>THE GOVERNMENT</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__x___ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

2