| | |
|---|---|
| DEFENDANT: | JONATHAN K. YIOULOS |
| YOB: | **1989** |
| COMPLAINT FILED? | _____ Yes    \_\_\_\_x\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | \_ \_\_ Yes    \_\_\_x\_\_\_\_ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)<br><br>Counts 2-40:  18 U.S.C. § 1343 (Wire Fraud) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1:  18 U.S.C. § 1349<br>NMT 20 years' imprisonment; NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.<br><br>Counts 2-40:  18 U.S.C. § 1343<br>For each count:  NMT 20 years' imprisonment, NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| AGENT: | IRS-CI SA Lisa Palmer<br>FBI SA Sarah Anderson |
| AUTHORIZED BY: | Assistant U.S. Attorney Hetal J. Doshi<br>Assistant U.S. Attorney Matthew T. Kirsch |

ESTIMATED TIME OF TRIAL:

\_\_\_ five days or less        \_\_\_X\_ over five days            \_\_\_\_ other

1

2

<u>THE GOVERNMENT</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

  x    will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.