UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 9 |
| JONATHAN K. YIOULOS, | |
| Defendant. | |

**PLEASE TAKE NOTICE,** that upon the Declaration of Michael J. Tallon, Attorney for the Defendant, Jonathan K. Yioulos, attached hereto and all prior papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

1. An order permitting Defendant Yioulos to travel with his wife and two children to the State of Florida on February 13, 2021 and returning to the State of New York on February 18, 2021. The purpose of the visit to Florida are visits with his wife's grandmother and his great aunt. This application and the details of the proposed travel have been provided, reviewed and approved by both the Office of the United States Attorney for the State of Colorado, by and through Assistant United States Attorneys Doshi and Kirsch, and by the United States Probation and Pretrial Services Office, by and through Probation Officer Anderson. Mr. Yioulos shall promptly provide to USPO Anderson and USPO Brian Mamizuka of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans, shall contact USPO Anderson and USPO Mamizuka as directed by USPO Anderson and USPO Mamizuka during the time of approved travel and shall provide to USPO Anderson and USPO Mamizuka the names, addresses,

and phone numbers of all family members and/or friends to be visited.

DATED:     February 10, 2021          Respectfully submitted,
AT:        Rochester, New York

*[signature]*

Michael J. Tallon, Attorney
45 Exchange Blvd. – Suite 500
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO:    Hetal Doshi, Assistant United States Attorney
       Tommie Anderson, United States Probation Officer (Colorado)
       Brian Mamizuka, United States Probation Officer (New York)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 9 |
| JONATHAN K. YIOULOS, | |
| Defendant. | |

**Michael J. Tallon**, being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1. I am an attorney duly licensed in the State of New York since 1979 and have been recently admitted to practice before the United States District Court for the State of Colorado.

## **INTRODUCTION**

2. I represent Jonathan K. Yioulos in this matter. His arraignment occurred on Tuesday afternoon, February 9th, before this Court. The parties agreed on the terms and conditions of release and a pretrial release order was signed which included a travel restriction at paragraph 9 limiting Mr. Yioulos' travel to the State of New York and to and from Colorado solely for court purposes unless prior permission is granted by the court.

3. Mr. Yioulos proposes travel with his family, that is, his wife and their two young daughters to visit his elderly aunt and his wife's grandmother in the State of Florida. The details about flight arrangements and lodging in Sarasota Florida have been provided to the Office of the United States Attorney and the United States Pretrial and Probation Services. Both offices consent to the proposed travel requested in this motion.

4. Mr. Yioulos shall promptly provide to USPO Anderson and USPO Brian

Mamizuka of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans, shall contact USPO Anderson and USPO Mamizuka as directed by USPO Anderson and USPO Mamizuka during the time of approved travel and shall provide to USPO Anderson and USPO Mamizuka the names, addresses, and phone numbers of all family members and/or friends to be visited.

Accordingly, unless the Court requests further information, or any clarification, Mr. Yioulos requests that the Court issue an order permitting this travel. Upon Mr. Yioulos' return, if it is the practice of this Court, Mr. Yioulos will advise United States Probation Officers Anderson and Mamizuka in writing that Mr. Yioulos has returned to the State of New York.

**Sworn to under penalties of perjury pursuant to 28 U.S.C. §1746(2).**

Dated: February 10, 2021
At:    Rochester, New York

_____
Michael J. Tallon
Attorney for Jonathan K. Yioulos
500 Times Square Bldg.
45 Exchange Blvd.
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO:   Hetal Doshi, Assistant United States Attorney
      Tommie Anderson, United States Probation Officer (Colorado)
      Brian Mamizuka, United States Probation Officer (New York)