# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | 20-CR-00305-DDD |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. |  |
| **MICHAEL AARON TEW,** **KIMBERLEY ANN TEW, and** **JONATHAN K. YIOULOS** |  |
| Defendants. |  |

**NOTICE OF APPEARANCE OF TOR EKELAND AS ATTORNEY FOR DEFENDANT**

To the Clerk of the Court and all parties of record:

Please take notice that the undersigned attorney is admitted to practice in this Court and is retained as counsel for Defendants MICHAEL AARON TEW and KIMBERELY ANN TEW.

Respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

80 Wall Street
8th Floor
New York, NY
10005

(718) 737 - 7264
tor@torekeland.com

1