# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,
2. KIMBERLEY ANN TEW, and
3. JONATHAN K. YIOULOS

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 1st day of March, 2021.

        MATTHEW T. KIRSCH
        ACTING UNITED STATES ATTORNEY

By:    s/ Andrea Surratt
        Andrea Surratt
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0124
        Email: andrea.surratt@usdoj.gov
        Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 1st day of March, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Danielle Cooley-Graham*
     Legal Assistant
     United States Attorney's Office