**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| Courtroom Deputy: Patricia Glover | Date: March 18, 2021 |
|---|---|
| Court Reporter: Tracy Weir | Interpreter: n/a |
| Probation: n/a | |

**CASE NO.   20-cr-00305-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Hetal Doshi |
| | Andrea Surratt |
| | Matthew Kirsch |
| Plaintiff, | |
| v. | |
| Michael Aaron Tew, | Tor Ekeland |
| Kimberly Ann Tew, | Thomas Ward |
| Defendants. | |

### COURTROOM MINUTES

**HEARING – Motions**

**COURT IN SESSION:   10:40 a.m.**

Appearances of counsel all present via VTC.   Defendants are on bond and present via VTC. Defendant Yioulas and his attorney are not present.

The Court addresses the Government's Motion Concerning Joint Representation (Doc. #108) and Motion to Withdraw (Thomas Ward) (Doc. #111) Argument.

**ORDER:     Motion to Withdraw (Thomas Ward) Doc. #111 is GRANTED.**

The Court's findings as to continued representation by Mr. Eklund of both Mr. and Mrs. Tew are as set forth on the record.   That representation will be permitted to continue.

The Court addresses defendants' Motion for 180 Day Ends of Justice Continuance (Doc. #115).   Argument.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDERED:**  that: the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. **Defendants' Motion for 180 Day Ends of Justice Continuance is GRANTED as to all defendants. The Speedy Trial Clock deadline is reset to October 19, 2021. The Trial Preparation Conference scheduled on April 23, 2021 and the Jury Trial scheduled to commence on April 26, 2021 are VACATED and reset as follows:**

> The eight-day trial in this matter is reset to commence on October 12, 2021 at 9:00 a.m.
>
> The trial preparation conference is reset for September 27, 2021 ad 10:30 a.m.
>
> Pretrial motions are due August 30, 2021. Responses are due on September 6, 2021.

**All other deadlines remain as set in the court's pretrial order, Doc. 101.**

Bond is continued

**COURT IN RECES:**       11:22 a.m.
**Total in court time:**    00:42
**Hearing concluded**