**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No. 20-cr-00305-DDD**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

1. **MICHAEL AARON TEW**;

2. **KIMBERLEY ANN TEW**; and
a/k/a Kimberley Vertanen

3. **JONATHAN K. YIOULOS**,

    **Defendants.**

---

**ORDER TO RESTRICT DKTS. 120, 121**

---

The Court has considered the government's Motion to Restrict the document at Dkt. 121, [Dkt. 119 (motion to restrict)], and brief in support, Dkt. 120.

Upon consideration and for good cause shown,

IT IS ORDERED that Dkts. 120 and 121 are hereby restricted at Level 1 restriction until further order of the Court.

IT IS SO ORDERED on this \_\_\_\_ day of March, 2021.

                         **BY THE COURT:**

                         _____
                         THE HONORABLE DANIEL D. DOMENICO
                         UNITED STATES DISTRICT COURT JUDGE