UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

JONATHAN K. YIOULOS,

Defendant.

Case No. 20-cr-00305-DDD-3

UNOPPOSED MOTION UPON
ATTORNEY DECLARATION
SEEKING ORDER PERMITTING
TRAVEL BEYOND PRE-TRIAL
RELEASE ORDER AT PARAGRAPH 9

**PLEASE TAKE NOTICE,** that upon the Declaration of Michael J. Tallon, Attorney for the Defendant, Jonathan K. Yioulos, attached hereto and all prior papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

An order permitting Defendant Yioulos to travel outside of New York State on two of three occasions for family activities during the months of June and July with Kristina Lighten and their two children, specifically, Queens, New York on June 25th through June 27th, Erie Pennsylvania on June 24th and 25th and Albrightsville, Pennsylvania on July 2nd through July 5th. This application and the details of the proposed travel have been provided, reviewed and approved by both the Office of the United States Attorney for the State of Colorado, by and through Assistant United States Attorney Doshi, and by the United States Probation and Pretrial Services Office, by and through Probation Officer Mamizuka. Mr. Yioulos shall promptly provide to USPO Brian Mamizuka of the United States Pretrial and Probation Services with the Western District of New

York any changes to his travel plans, shall contact USPO Mamizuka as directed by USPO Mamizuka during the time of approved travel.

| | | |
|---|---|---|
| DATED: | June 10, 2021 | Respectfully submitted, |
| AT: | Rochester, New York | |

*[signature]*

Michael J. Tallon, Attorney
45 Exchange Blvd. – Suite 500
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO:  Hetal Doshi, Assistant United States Attorney
     Brian Mamizuka, United States Probation Officer (New York)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION |
| JONATHAN K. YIOULOS, | SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL |
| Defendant. | RELEASE ORDER AT PARAGRAPH 9 |

**Michael J. Tallon**, being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1. I am an attorney duly licensed in the State of New York since 1979 and have been admitted to practice before the United States District Court for the State of Colorado.

## INTRODUCTION

2. I represent Jonathan K. Yioulos in this matter. His arraignment occurred on Tuesday afternoon, February 9th, before this Court. The parties agreed on the terms and conditions of release and a pretrial release order was signed which included a travel restriction at paragraph 9 limiting Mr. Yioulos' travel to the State of New York and to and from Colorado solely for court purposes unless prior permission is granted by the court.

3. Mr. Yioulos proposes travel with his family, that is, Kristina Lighten and their two young daughters for travel outside of New York State on two of three occasions. All details about travel arrangements and lodging have been provided to the Office of the United States Attorney and the United States Pretrial and Probation Services. Both offices consent to the proposed travel requested in this motion.

4. Mr. Yioulos shall promptly provide to USPO Brian Mamizuka of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans and shall contact USPO Mamizuka as directed by and USPO Mamizuka during the time of approved travel.

Accordingly, unless the Court requests further information, or any clarification, Mr. Yioulos requests that the Court issue an order permitting this travel. Upon Mr. Yioulos' return, if it is the practice of this Court, Mr. Yioulos will advise United States Probation Officer Mamizuka in writing that Mr. Yioulos has returned to the State of New York.

**Sworn to under penalties of perjury pursuant to 28 U.S.C. §1746(2).**

Dated: June 10, 2021
At: Rochester, New York

_____
Michael J. Tallon
Attorney for Jonathan K. Yioulos
500 Times Square Bldg.
45 Exchange Blvd.
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO: Hetal Doshi, Assistant United States Attorney
Brian Mamizuka, United States Probation Officer (New York)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 9 |
| JONATHAN K. YIOULOS, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*Judith G. Deatsch*

Judith G. Deatsch, Legal Assistant to
Michael J. Tallon, Attorney
for Defendant Jonathan K. Yioulos