**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                    Plaintiff,<br><br>v.<br><br>**MICHAEL AARON TEW,**<br>**KIMBERLEY ANN TEW, and**<br>**JONATHAN K. YIOULOS**<br><br>                    Defendants. | 20-CR-00305-DDD<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE OF MICHAEL HASSARD AS ATTORNEY FOR DEFENDANTS**

To the Clerk of the Court and all parties of record:

Please take notice that the undersigned attorney is admitted to practice in this Court and is retained as counsel for Defendants MICHAEL AARON TEW and KIMBERLEY ANN TEW.

Dated: June 23, 2021

                                        Respectfully submitted,

                                        /s/ Michael Hassard

                                        Michael Hassard
                                        (NYS Bar No. 5824768)
                                        Tor Ekeland Law, PLLC

                                        30 Wall Street
                                        8th Floor
                                        New York, NY
                                        10005

                                        (718) 737 - 7264
                                        michael@torekeland.com

1