IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY ANN TEW,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    THIS MATTER is before the Court on Defendant Kimberly Tew's Motion to Modify the Terms of her Pretrial Release [#134] (the "Motion").

    IT IS HEREBY **ORDERED** that a hearing on the Motion [#134] is set for **July 15, 2021,** at **11:00 a.m.**  Counsel for the parties, the Defendant, and the Pretrial Services Officer from the United States Probation Department shall be present in person at the hearing, unless the Court grants a motion to participate otherwise.

    Dated:  July 8, 2021