**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

      Defendant.

---

## NOTICE OF DISPOSITION

---

JONATHAN K. YIOULOS, by and through undersigned counsel, Michael J. Tallon, hereby notifies this Court that a disposition has been reached in his case with the government. Accordingly, the parties are requesting permission to contact the Judge's chambers to schedule a change of plea hearing.

      Respectfully submitted,

      /s/ Michael J. Tallon
      MICHAEL J. TALLON
      New York Bar No. 1752781

      Email: mtallon@tallonlaw.com

      45 Exchange Boulevard, Suite 500
      Rochester, New York 14614
      Phone:    (585) 319-4170
      Cellular:   (585) 329-8139

      **ATTORNEY FOR DEFENDANT
      JONATHAN K. YIOULOS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hetal Doshi, Assistant United States Attorney
E-mail:        hetal.doshi@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Via E-MAIL
Jonathan K. Yioulos

/s/Judith G. Deatsch
JUDITH G. DEATSCH
Legal Assistant to
MICHAEL J. TALLON