# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JONATHAN K. YIOULOS,

    Defendant.

## NOTICE OF REMOTE PLEA PROCEEDING

JONATHAN K. YIOULOS, by and through undersigned counsel, Michael J. Tallon, hereby moves this Court to authorize the felony plea proceeding pursuant to Rule 11 of the Fed. R. Crim. P. to be scheduled on October 6th or 7th be conducted by video teleconference pursuant to the considerations of this Court's General Order 2021 – 7 signed on June 16, 2021 by Chief Judge Phillip A Bremmer in reliance on the provisions of Section 15002(b)(2) of the CARES Act ("General Order").

        Respectfully submitted.

        /s/ Michael J. Tallon
        MICHAEL J. TALLON
        New York Bar No. 1752781

        Email: mtallon@tallonlaw.com

        45 Exchange Boulevard, Suite 500
        Rochester, New York 14614
        Phone:    (585) 319-4170
        Cellular:    (585) 329-8139

        **ATTORNEY FOR DEFENDANT**
        **JONATHAN K. YIOULOS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3. JONATHAN K. YIOULOS,

        Defendant.

## ATTORNEY STATEMENT IN SUPPORT OF REMOTE PLEA PROCEEDING

1.    Defendant Yioulos with Counsel Tallon and the government have negotiated a resolution of the captioned Indictment expressed in a plea agreement to be filed and, thereafter, presented to the Court during a change in plea proceeding on October 6 or October 7, 2021 as the Court may elect to schedule.

2.    Defendant Yioulos resides in Buffalo, New York and Counsel Tallon resides in Rochester, New York. Travel to Denver, Colorado to participate in person in this important plea proceeding would normally be a matter of course before the COVID-19 pandemic.

3.    The General Order recognizes serious public health and safety. The General Order expires on or about September 18, 2021, that is, 19 days before the scheduled plea proceeding. Chief Judge Bremmer, at that time, shall review the existing emergency conditions to determine whether to extend this Order for an additional 90 days.

4.    Defendant Yioulos and Counsel Tallon have discussed and agree that were the plea proceedings to be delayed until an in-person proceeding could be conducted safely presuming the

resurgence of COVID-19 pandemic continues well into 2022, its delay would certainly adversely impact Defendant Yioulos interests in this criminal proceeding. We believe it is in Mr. Yioulos's interests to conduct this proceeding remotely on October 6th or 7th. Defendant Yioulos and Counsel Tallon will participate at the same location to facilitate communication during the proposed remote proceeding. To resolve the pending Indictment by plea in October would relieve Defendant Yioulos of the stress of the lack of just resolution, the time and expense of further pretrial proceedings, and the delay in his full cooperation which may well bear on sentencing recommendations to this Court.

5. We recognize, too, although it is not a direct factor for Defendant Yioulos, that were his plea of guilty to occur in October that it would provide clarity to the Court, the government and co-defendants and, thereby, further advance the interests of justice.

6. I request that the Court take notice of the Delta variant of COVID-19 which is causing an alarming increase in the rate of COVID-19's serious infections and hospitalizations. Defendant Yioulos, a parent in a family with young children, has one grandparent who is particularly susceptible by virtue of age and a compromised immune system to infection by COVID-19. This grandparent spends considerable time at the Yioulos residence where he works full time remotely. For these reasons, an in-person plea proceeding introduces to his serious health-care risks in part due to travel and encountering strangers who may or may not be vaccinated.

7. Counsel Tallon, his wife and his legal assistant, Judith G. Deatsch, have all celebrated their 70th birthday, have all been vaccinated for COVID-19 and are all scrupulous in their health-related protocols. Two of the three have medical conditions that would heighten risks were either infected with COVID-19 or its variants. Counsel Tallon and his spouse have not

traveled outside the Rochester, New York area nor have they lodged anywhere other than in their residence throughout the past 16+ months since before March 1, 2020. Travel to Denver, Colorado in October 2021 would create circumstances which could or would seriously jeopardize the health of Counsel Tallon and those two people he encounters on a day-to-day basis. Were Counsel Tallon to become ill with COVID-19, this would necessarily seriously impair Defendant Yioulos's interests in this criminal proceeding.

## Conclusion

Defendant Yioulos request authorization to conduct his change of plea proceeding remotely to avoid harm to his interests were the proceeding delayed indefinitely and to avoid health risks associated with the COVID-19 infection which have been described in this statement.

Dated: July 27, 2021

Respectfully submitted,

/s/ Michael J. Tallon
MICHAEL J. TALLON
New York Bar No. 1752781

Email: mtallon@tallonlaw.com

45 Exchange Boulevard, Suite 500
Rochester, New York 14614
Phone:      (585) 319-4170
Cellular:    (585) 329-8139

**ATTORNEY FOR DEFENDANT
JONATHAN K. YIOULOS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JONATHAN K. YIOULOS,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hetal Doshi, Assistant United States Attorney
E-mail:     hetal.doshi@usdoj.gov

Tor Bernhard Ekeland, Attorney for Michael Aaron Tew (Defendant 1)
E-mail:     docketing@torekeland.com

Tor Bernhard Ekeland, Attorney for Kimberley Ann Tew (Defendant 2)
E-mail:     docketing@torekeland.com

and I hereby certify that I have mailed or served the document or paper to the following non-, CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Via E-MAIL
Jonathan K. Yioulos

                                      /s/Judith G. Deatsch
                                      JUDITH G. DEATSCH
                                      Legal Assistant to
                                      MICHAEL J. TALLON