# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

      Defendant.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that JONATHAN K. YIOULOS, by and through undersigned counsel, Michael J. Tallon, requests that the Plea Hearing currently scheduled for October 7, 2021 be adjourned until on or after Friday, November 19, 2021. The reasons for the requested adjournment are as follows:

1. The parties are currently finalizing details of the plea agreement and request this extension of time to finalize the plea agreement.

2. Accordingly, the parties are requesting the Court to reschedule the change of Plea Hearing, and in due course, determine the pending motion for a remote plea proceeding filed as Document 140 filed on July 27, 2021.

3. Undersigned counsel represents the Office of the United States Attorney has no objection to this requested adjournment.

Dated: September 16, 2021
At:    Rochester, New York    Respectfully submitted,

                                      /s/ Michael J. Tallon
                                      MICHAEL J. TALLON

New York Bar No. 1752781
Email: mtallon@tallonlaw.com
45 Exchange Boulevard, Suite 500
Rochester, New York 14614
Phone:          (585) 319-4170
Cellular:        (585) 329-8139

**ATTORNEY FOR DEFENDANT
JONATHAN K. YIOULOS**

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hetal Doshi, Assistant United States Attorney
E-mail:          hetal.doshi@usdoj.gov

Andrea Surratt, Assistant United States Attorney
E-mail:          Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Via E-MAIL
Jonathan K. Yioulos

/s/Judith G. Deatsch
JUDITH G. DEATSCH
Legal Assistant to
MICHAEL J. TALLON