# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO



X_____X
:
**UNITED STATES OF AMERICA**                                           :                **20-CR-00305-DDD**
:
                               Plaintiff,                              :
:                **[PROPOSED] ORDER OF MOTION**
                v.                                                     :
:                **UNOPPOSED MOTION UPON**
:                **ATTORNEY DECLARATION**
**MICHAEL AARON TEW,**                                                 :                **SEEKING ORDER PERMITTING**
**KIMBERLEY ANN TEW, and**                                             :                **TRAVEL BEYOND PRE-TRIAL**
**JONATHAN K. YIOULOS**                                                :                **RELEASE ORDER AT PARAGRAPH 7(f)**
                               Defendants.                             :
:
X_____X

Now before the Court in this matter are Defendants, Mr. Michael Aaron Tew and Mrs.

Kimberley Ann Tew, motion upon attorney declaration seeking order permitting travel beyond

pre-trial release order at paragraph 7(f) of the motion. The order would permit the Tews to travel

with their two young daughters to Los Angeles, California on September 23rd, 2021, and

returning to the State of Colorado on September 27th, 2021, for a family vacation.

Accordingly, Mr. and Mrs. Tew's Motion is granted.

IT IS SO ORDERED.

_____          _____
DATE                                                    THE HONORABLE DANIEL D. DOMENICO
                                                        UNITED STATES DISTRICT COURT JUDGE

Presented by:

        /s/

_____
Tor Ekeland
Attorney for Defendants Michael Tew and Kimberley Tew

2