# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-CR-00305-DD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

 MICHAEL AARON TEW,
 KIMBERLEY ANN TEW, and
JONATHAN K. YIOULOS,

  Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   Michael Aaron Tew

   Kimberley Ann Tew

Dated: October 12, 2021

   Xuan Zhou
   Name of Attorney

   Tor Ekeland Law, PLLC
   Firm Name

   30 Wall Street, 8th Floor
   Office Address

   New York, NY, 10005
   City, State, ZIP Code

   (718) 737-7264
   Telephone Number

   xuan@torekeland.com
   Primary CM/ECF E-mail Address