## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-CR-00305-DDD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   MICHAEL AARON TEW,
   KIMBERLEY ANN TEW, and
   JONATHAN K. YIOULOS,

   Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   Michael Aaron Tew

   Kimberley Ann Tew

Dated: November 19, 2021

   s/ Xuan Zhou
   Name of Attorney

   Tor Ekeland Law, PLLC
   Firm Name

   30 Wall Street, 8th Floor
   Office Address

   New York, NY, 10005
   City, State, ZIP Code

   (718) 737-7264
   Telephone Number

   xuan@torekeland.com
   Primary CM/ECF E-mail Address