IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,
2. KIMBERLEY ANN TEW, and
3. JONATHAN K. YIOULOS,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado this 29th day of November, 2021.

                MATTHEW T. KIRSCH
                Acting United States Attorney

By:    *s/ Bryan Fields*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0251
        Fax: 303-454-0405
        Email: bryan.fields3@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

    I certify that on this 29th day of November, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                            By: *s/ Danielle Storinsky*
                                 Legal Assistant
                                 United States Attorney's Office