IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD
UNITED STATES OF AMERICA,

    Plaintiff,

v.

   1. MICHAEL AARON TEW,
   2. KIMBERLEY ANN TEW,
   3. JONATHAN K. YIOULOS,
     Defendants.

## MOTION TO WITHDRAW

Assistant United States Attorney Hetal J. Doshi hereby files this Motion to Withdraw as counsel of record on behalf of the United States and requests termination of electronic service in the above-captioned case.  AUSA Bryan Fields will serve as lead counsel of record in this case.

Dated this 29th day of November 2021.

1

                                        MATTHEW T. KIRSCH
                                        Acting United States Attorney

By:    s/ *Hetal J. Doshi*
         Hetal J. Doshi
         Assistant United States Attorney
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Telephone: 303-454-0100
         Fax: 303-454-0405
         Email: Hetal.Doshi@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of November 2021, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

      By: *s/Portia Peter*
Portia Peter
Legal Assistant
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado 80202