UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AARON TEW,<br>KIMBERLEY ANN TEW, and<br>JONATHAN K. YIOULOS<br>Defendants. | 20-CR-00305-DDD<br><br>PROPOSED ORDER<br>RESTRICTING DKT 163 |

The Court has read and considered Defendant's Motion to Restrict the document at [Dkt. 163.

Upon consideration and for good cause shown,

IT IS ORDERED that Dkt. 163 is hereby restricted at Level 3 until further order of the court.

IT IS SO ORDERED.

_____   _____
DATE                                                              THE HONORABLE DANIEL D. DOMENICO
                                                                              UNITED STATES DISTRICT COURT JUDGE

1

Presented by:

/s/
_____
Tor Ekeland
Attorney for Defendants Michael Tew and Kimberley Tew