**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 20-CR-00305-DDD |
| Plaintiff, | |
| v. | **PROPOSED ORDER CONTINUING TRIAL UNDER 18 U. S. C. § 3161(h)(7)** |
| **MICHAEL AARON TEW,** **KIMBERLEY ANN TEW, and** **JONATHAN K. YIOULOS** | [PROPOSED] TRIAL DATE: 7/05/2022 |
| Defendants. | |

The Court has read and considered the Motion Regarding the Unopposed Request for A 3-Months Ends Of Justice Continuance Under 18 U. S. C. § 3161(h)(7), filed by undersigned counsel for Defendants Mr. and Mrs. Tew in this matter on December 27, 2021. The Court hereby finds that the Motion, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 4, 2022 to July 5, 2022. The pre-trial motions are now due April 4, 2022.

2. The time period of from April 4, 2022 to July 5, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

3. Defendant shall appear in Courtroom A 702 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294; and on July 5, 2022 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
DATE                                     THE HONORABLE DANIEL D. DOMENICO
                                         UNITED STATES DISTRICT COURT JUDGE


Presented by:

   /s/
_____
Tor Ekeland
Attorney for Defendants Michael Tew and Kimberley Tew