UNITED STATES DISTRICT OF COURT
FOR THE DISTRICT OF COLORADO
_____

UNITED STATES OF AMERICA

Plaintiff,

v.

MICHAEL AARON TEW, JONATHAN K.
YIOULOS, and KIMBERLEY ANN TEW,

Defendants.

_____

Case No. 20-cr-00305-DDD

**MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE,** undersigned counsel respectfully moves to withdraw as counsel to Michael Tew and Kimberley Tew in this action under D.C. COLO. LAttyR 5(b) of the District of Colorado local rules and Rule 1.16 of the Colorado Rules of Professional Conduct, subsections (b)(1), (b)(5), (b)(6), and (b)(7). Mr. and Mrs. Tew have not and apparently cannot meet their financial obligations to the firm I work for. Furthermore, certain circumstances have made it unreasonably difficult to continue the representation separate and apart from their inability to honor financial obligations to our firm. I, as well as my co-counsel Tor Ekeland and Xuan Zhou, will be withdrawing as counsel in this case. Tor Ekeland is submitting a declaration setting forth, in greater detail, the reasons supporting our motion to withdraw.

Respectfully submitted,

/s/ Michael Hassard
Michael Hassard
(NYS Bar No. 5824768)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
michael@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      Respectfully submitted,

      /s/ Michael Hassard
      Michael Hassard
      (NYS Bar No. 5824768)
      Tor Ekeland Law, PLLC

      30 Wall Street
      8th Floor
      New York, NY 10005
      (718) 737 -7264
      michael@torekeland.com

      *Attorney for Michael Tew and Kimberley Tew*