IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY ANN TEW, and
MICHAEL AARON TEW,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Extension of Time** [#175] (the "Motion"). Defendants ask for a two-week extension to file financial affidavits because they "are currently reviewing an engagement letter with a law firm based in Denver" and, therefore, may not require appointment of counsel through the CJA.

    IT IS HEREBY **ORDERED** that the Motion [#175] is **GRANTED**. The deadline for each Defendant to file a separate financial affidavit under restriction at Level 3 is extended to **February 28, 2022**.

    Dated:  February 14, 2022