IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

 Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a
   Kimberley Vertanen,**

 Defendants.

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

 Defendants, Michael Tew and Kimberly Tew, by their counsel of record, Peter R. Bornstein, move this Court for an order authorizing the Defendants to travel out of state on spring break with their children.  As grounds in support of their motion, Mr. and Mrs. Tew state to the Court as follows:

 1. Michael Tew and Kimberly Tew have been released on unsecured bonds. (Doc. 8 and Doc. 98).  There are conditions to their release which include being placed on location monitoring (ankle monitors) and a curfew.

 2. The Tews have twin girls age seven who have been promised to go on a vacation during their spring break between March 26, 2022 and returning on April 2,

2022 (one week).  The Defendants request permission to leave the state of Colorado for that week.

3. Assistant United States Attorney Bryan Fields has no objection to this request by the Defendants to leave the jurisdiction on spring break with their children.

4. The Tews have reached out to their pre-trial services supervisor, Joshua Roth, to provide him with their itinerary and hotel reservation information.  They have made their flight reservations on Southwest Airlines to Los Angeles and their hotel reservations in Los Angeles and in Santa Monica, California.

5. Counsel has talked with Mr. Roth, and Pre-trial suggests that the Court grant a step down in restriction level to stand-alone location monitoring without a curfew from this point forward, and not just for the week's trip.

6. Accordingly, Defendants request that this Court enter an order allowing them to travel out of state with their children for one week on spring break, including a step down on the conditions of their appearance bond.

Respectfully submitted this 9th day of March, 2022.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendants Michael Tew and Kimberley Tew*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF STATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jeannette Wolf*
Jeannette Wolf, Paralegal