IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a
   Kimberley Vertanen,**

    Defendants.

---

## STATUS REPORT
---

    Peter R. Bornstein, counsel for Defendants, Michael Aaron Tew and Kimberley Ann Tew, hereby submits a Status Report as required by the Court's Order of March 4, 2022. (Doc. 179).

    Prior to undertaking joint representation with Mr. and Mrs. Tew, counsel orally advised each of them, jointly and individually, the conflicts which can arise when defendants seek joint representation in a criminal case. I also advised them by means of a written advice form that I have used in previous cases. The form contains a written warning of the consequences of conflicts and requires a signed waiver. Each Defendant continues to understand the dangers and risks associated with joint representation and has consented to proceed with joint counsel in spite of them.

Respectfully submitted this 10th day of March, 2022.

                                **THE LAW OFFICES OF PETER R. BORNSTEIN**

                                *s/ Peter R. Bornstein*
                                Peter R. Bornstein
                                6060 Greenwood Plaza Blvd., Suite 500
                                Greenwood Village, CO 80111
                                Telephone: 720-354-4440
                                Facsimile: 720-287-5674
                                E-mail: pbornstein@prblegal.com
                                *Attorney for Defendants Michael Tew and Kimberley Tew*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2022, I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                *s/ Jeannette Wolf*
                                Jeannette Wolf, Paralegal