**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-0305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. MICHAEL AARON TEW**, and

**2. KIMBERLEY ANN TEW**.

    Defendants.

---

**UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE**

---

Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby moves this Court for an order granting an extension of time of 30 days to file pre-trial motions. AUSA Bryan Fields has no objection to the request.

1. Pre-trial motions are due for filing on May 12, 2022. (Doc. 174).

2. Defendants have filed and there is currently pending before the Court a motion to continue the trial date which includes a request to extend the date for filing pre-trial motions by 30 days. (Doc. 193).

3. Defendants will file an omnibus motion today, May 12, 2022, to suppress evidence obtained from 5 search warrants and 13 Orders pursuant to 18 U.S.C. § 2702(d)

4. During its investigation in this case, the Government sought and obtained thousands of pages of information relating to electronic communications pursuant to the Stored Communications Act ("SCA"), 18 U.S.C. §§ 2701-2713. Specifically, magistrate judges issued 13 orders pursuant to 18 U.S.C. §2703(d), and 5 search warrants, to obtain information pertaining to a number of email accounts and telephone numbers. The scope of the search and seizures authorized by the orders and warrants is massive, including 200,000 emails, information associated with the accounts, the contents of the accounts,

and a variety of other information including personal information. The orders and warrants required the production of such materials for nearly a two and 1/2-year period, i.e., between May 1, 2018 and October 22, 2020.

5. While working on this omnibus motion, defense counsel is trying to read, digest, and analyze the massive amount of discovery in this case. This discovery includes the financial records which the Government asserts show the scope of the fraud is $5 million. This process has only scratched the surface of the task.

6. Based on counsel's analysis of the case to date, the defense is considering pre-motions relating to a severance of defendants and counts, co-conspirators' 801(d)(2)(E) statements, post arrest statements, seizure of lawyer-client communications, timing of expert witness disclosures, among others.

7. Consequently, Defendants Michael Tew and Kimberley Tew request that this Court extend the motion deadline to June 12, 2022.

Respectfully submitted May 12, 2022.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*/s/ Peter R. Bornstein*
Peter R. Bornstein
*Attorney for Defendants Michael Aaron Tew and Kimberley Ann Tew*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1). This motion will not affect the speedy trial clock.

*/s/ Peter R. Bornstein*
Peter R. Bornstein

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                /s/ Jeannette L. Wolf