# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-0305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. MICHAEL AARON TEW**, and

**2. KIMBERLEY ANN TEW**.

    Defendants.

---

### UNOPPOSED MOTION TO RECONSIDER ORDER
### RE: OVERLENGTH MOTION

---

    Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby moves this Court to reconsider its Order granting leave to file an overlength motion to suppress evidence from searches and seizures.  AUSA Bryan Fields has no objection to the request provided the Government can also file a corresponding overlength response.

    1.    The defendants filed a motion seeking leave to file an overlength motion challenging five search warrants and thirteen court orders in one omnibus filing.  (Doc. 194).

    2.    The Court granted the motion giving the defendants 6,000 words on May 12, 2022.  (Doc. 195).  Defendants ask the Court to reconsider the word count.

    3.    Currently the working draft of the motion contains 13,132 words (including caption, index and certificates).  Counsel is working on making edits to reduce that word count.

    4    The legal issues in this motion involve the emerging cutting-edge law of the constitutionality of the Stored Communications Act, 18 U.S.C. § 2701 through 2713 in

light of the Supreme Court decision in *Carpenter v. United States,* 138 S. Ct. 2206 (2018) and the Fourth Amendment to the Constitution.

5. If counsel were to break the argument into five separate motions to suppress the five searches and related SCA Orders using 3,000 words each, the total word count would be 15,000 words; and if the eight additional SCA Orders were filed separately at 2,000 words each, the word count would be 16,000 words. The entire package of motions would equal or exceed 31,000 words.

6. Therefore, counsel requests the Court modify its word count in the order to allow a motion with 12,000 words.

7. Consequently, Defendants Michael Tew and Kimberley Tew request that this Court permit them to file an omnibus overlength motion to suppress evidence from searches by court orders and by search warrants with a word count of 12,000 words.

Respectfully submitted May 12, 2022.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*/s/ Peter R. Bornstein*
Peter R. Bornstein
*Attorney for Defendants Michael Aaron Tew and Kimberley Ann Tew*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jeannette L. Wolf*