**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-0305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

**1. MICHAEL AARON TEW**,

**2. KIMBERLEY ANN TEW**.

    Defendants.

---

### MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS EVIDENCE AS RESTRICTED LEVEL 1

    Defendants, Michael Aaron Tew ("Mr. Tew") and Kimberley Ann Tew ("Ms. Tew"), by their counsel of record, Peter R. Bornstein, moves for an order permitting them to file their *Motion to Suppress Evidence* as Restricted Level 1, and for reasons states:

    1.    Defendants have filed contemporaneously herewith their *Motion to Suppress Evidence* which seeks suppression of evidence the Government obtained from execution of five search warrants and fourteen court orders issued under the Stored Communications Act, 18 U.S.C. §§ 2701-2713 (Doc. 200).

    2.    The Motion to Suppress Evidence contains 28 exhibits consisting of court documents applications for § 2703(d) orders, § 2703(d) orders that were granted, search warrant applications and affidavits, search warrants, and emails. Many of the court documents contain financial account numbers, as well as other personal financial information. Additionally, the email exhibits contain sensitive, personal, and confidential information. Specifically, the emails include medical-genetic test results, medical test records, photographs of children, personal husband-wife communications, doctor-

patient communications, accountant communications, and student loan communications.

3. Fed. R. Crim. P. 49.1 requires redaction of filings that contain, among other things, financial account numbers. Due to the number of account numbers and the exhibits, redaction of the account numbers is not practicable. Because of this impracticability, and the sensitive nature of the email exhibits, it is appropriate to file the *Motion to Suppress* as Level 1 restricted pursuant to D.C.COLO.LCrR 47.1.

WHEREFORE, Defendants, Michael Aaron Tew and Kimberley Ann Tew request leave to file their *Motion to Suppress Evidence* as Restricted Level 1.

Respectfully submitted this 12th day of May, 2022,

>/s/ Peter R. Bornstein
>Peter R. Bornstein
>The Law Offices of Peter R. Bornstein
>Greenwood Village, CO 80111
>(720) 354-4440 phone
>(720) 287-5674 fax
>pbornstein@prblegal.com
>*Attorney for Defendants Michael Aaron Tew and Kimberley Ann Tew*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, I electronically filed the foregoing *MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS EVIDENCE AS RESTRICTED LEVEL 1* with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

>*Jeannette Wolf*
>Paralegal