IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW and
2. **KIMBERLEY ANN TEW**,
   a/ka Kimberley Vertanen,

    Defendants.

---

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' OVERLENGTH MOTION TO SUPPRESS, ECF NO. 200.**

---

The government respectfully moves the Court for an extension — until June 9, 2022 — to file its response to defendants' overlength Motion to Suppress Evidence, ECF No. 200.

As grounds for the motion the government states that the defendant's motion is approximately three times the length normally allocated to motions and raises what defense counsel has characterized as "cutting edge" issues of Fourth Amendment law in a challenge to 19 separate judicial orders. Thoroughly and adequately researching these myriad issues is taking more time than reasonably possible in the typical one-week response window.

Allowing an extension of time here will take full advantage of our adversarial

1

system of justice, providing the court with fully reasoned arguments on both sides of the relevant issues and potentially increasing judicial efficiency by limiting the amount of additional briefing, research, or oral argument time required to fully engage with the questions raised.

Furthermore, the additional time to respond here will not result in any prejudice to the defendant:   trial in this matter is not set until December, the motion will not cause any further delay, and even a few weeks of delay in the government's response will still give the court sufficient time to reach a decision in the matter.

Finally, not granting the extension would prejudice the government, which has only the usual amount of time to respond to an unusually long motion. Not having the extra time may result in precedents or arguments being under-developed or even unnecessarily waived, all in the high-stakes context of a motion that, if granted, would result in the jury not seeing evidence relevant to its decision-making process.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

The government has consulted with defense counsel, who states that he has no objection to the extension.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  s/ *Bryan David Fields*
        Bryan David Fields
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0409
        Bryan.Fields3@usdoj.gov

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s Bryan David Fields*
Bryan David Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because any resolution of it will be within the already-granted ends-of-justice continuance granted on May 12, 2022, ECF No. 198.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                          *s/ Bryan David Fields*
                                          United States Attorney's Office