IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00241-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL AARON TEW and
2.    KIMBERLEY ANN TEW,
      a/ka Kimberley Vertanen,
3.    JONATHAN K. YIOULOS

    Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 19th day of May, 2022.

                COLE FINEGAN
                United States Attorney


                By: *s/ Albert Buchman*
                ALBERT BUCHMAN
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: 303-454-0100
                Fax: 303-454-0405
                Email: Al.Buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 19th day of May, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:  *s/Stephanie Price*
     Legal Assistant
     United States Attorney's Office