| | |
|---|---|
| **From:** | Edward Harris |
| **To:** | Doshi, Hetal (USACO); Kirsch, Matthew (USACO) |
| **Subject:** | Tew Cooperation and the Phone |
| **Date:** | Friday, October 2, 2020 6:45:44 PM |

Following up on your 9/25 requests, I am pleased to inform you that we have made substantial progress towards cooperation ont hose matters of interest to you regarding the imaged phone. First, concerning text messages on the imaged phone, upon my advice Mr. Tew has agreed that you may look at: (1) the text messages between him and JY; and (2) the text messages between him and Larry Ward.

Second, regarding that phone, Mr. Tew also authorizes you to review all pictures and recordings on the phone up to but not including the date of his arrest. Per your request, I will review for privileged materials the pictures and images from the arrest date forward and apprise you which of those you can review.

As for your third request, that Mr. Tew advise you of any messages/communications between him KT and his mother-in-law and any media/platforms reflecting such communications, I am still working to resolve that request. As you can imagine, that is a sensitive matter. Frankly, although I have an answer on it from my client, I am not clear what that answer is. I will further inquire and advise you as soon as I can be more definitive.

Finally, Mr. Tew does not want his wife or her attorney to learn of his accession to these matters. To the extent possible, please do not reveal his cooperation in this regard unless and until it becomes essential to do so.

Edward R. Harris

Assistant Federal Public Defender

633 17th Street, Suite 1000

Denver, CO 80202

303.294.7002