| | |
|---|---|
| **From:** | Tor Ekeland |
| **To:** | Surratt, Andrea (USACO) |
| **Cc:** | Michael Hassard; Xuan (Emily) Zhou; Nicole Guitelman; Doshi, Hetal (USACO) |
| **Subject:** | [EXTERNAL] Re: U.S. v. Tew - Taint Letter & Travel Request |
| **Date:** | Monday, September 20, 2021 8:21:47 AM |

Andrea:

Acknowledging receipt of the below. I'm traveling the next couple of days so may be slow with any reply. I look forward to our meeting.

-Tor


Tor Ekeland
Tor Ekeland Law PLLC
30 Wall Street
8th Floor
New York, NY 10005
tor@torekeland.com
torekeland.com

(718) 737-7264

This account is checked once in the morning and once in the afternoon. If you need a response before that please call the office number listed above. This email is sent from a law firm and may contain privileged and confidential information. If you have received it in error, please let us know and then delete all copies of it.

---

**From:** "Surratt, Andrea (USACO)" <Andrea.Surratt@usdoj.gov>
**Date:** Friday, September 17, 2021 at 4:35 PM
**To:** Tor Ekeland <tor@torekeland.com>
**Cc:** Michael Hassard <Michael@torekeland.com>, "Xuan (Emily) Zhou" <Xuan@torekeland.com>, Nicole Guitelman <nicoleg@torekeland.com>, "Doshi, Hetal (USACO)" <Hetal.Doshi@usdoj.gov>
**Subject:** RE: U.S. v. Tew - Taint Letter & Travel Request

Tor,

We have received your letter. As discussed, we plan to see you in Denver on October 12, 2021, at 12:30 pm MT.

The letter mentions an agreement that you'll defer filing a motion regarding your view that any taint process is unconstitutional pursuant to Fourth Circuit precedent until after our October 12, 2021 meeting in exchange for our refraining from reviewing all search warrant materials. In an abundance of caution and to be clear, as we noted on our call on September 15, 2021, we have refrained from review of the filtered, unencrypted search warrant materials for the iCloud account associated with kley@me.com since July 6, 2021, as reflected in our July 7, 2021 letter to you (in addition to the prior period of approximately three months that we refrained from review as described in our prior correspondence).  We have done so to try

to elicit your feedback on further searches and segregation of materials.

We disagree that the circumstances merit refraining from review on all search warrant returns (which is broader than the iCloud return for kley@me.com), but in the spirit of compromise and an effort to efficiently reach a workable path forward in our October 12, 2021 meeting, we will voluntarily, without concession or waiver, agree not to review search warrant returns for the following until we meet on October 12:

| Case Number | Target Number/Email |
|---|---|
| 20-sw-00773 | 917-685-1312 & 917-669-7473 |
| 20-sw-00896 | 3222 E 1st Ave, Apt 224, Denver |
| 20-sw-01115 | kley@me.com |
| 20-sw-01522 | chrisrncn@gmail.com |
| 20-sw-01532 | meyersconsultinggroupinc@gmail.com |
| 20-sw-01533 | political.media.wdc@gmail.com |

Thanks,
Andrea

---

**From:** Tor Ekeland <tor@torekeland.com>
**Sent:** Thursday, September 16, 2021 5:40 PM
**To:** Doshi, Hetal (USACO) <hdoshi@usa.doj.gov>; Surratt, Andrea (USACO) <asurratt@usa.doj.gov>
**Cc:** Michael Hassard <Michael@torekeland.com>; Xuan (Emily) Zhou <Xuan@torekeland.com>; Nicole Guitelman <nicoleg@torekeland.com>
**Subject:** [EXTERNAL] U.S. v. Tew - Taint Letter & Travel Request

Hetal and Andrea:

Thank you again for taking the time to talk to us yesterday. Attached is our letter regarding the taint issue.

Also, the Tews would like to travel with their two daughters to the beach in Los Angeles on September 23, 2021, with a return to the District of Colorado on September 27, 2021. They have spoken to their PO. Please let us know if you oppose our motion to the Court in this regard.

As always, feel free to contact us with any questions or concerns.

-Tor

Tor Ekeland
Tor Ekeland Law PLLC
30 Wall Street
8th Floor
New York, NY 10005
tor@torekeland.com
torekeland.com

(718) 737-7264

This account is checked once in the morning and once in the afternoon. If you need a response before that please call the office number listed above. This email is sent from a law firm and may contain privileged and confidential information. If you have received it in error, please let us know and then delete all copies of it.