IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD
UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. Michael Aaron Tew,
    2. Kimberley Ann Tew, and
    3. Jonathan K. Yioulos,

    Defendants.

## MOTION TO WITHDRAW

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Andrea Surratt, Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that AUSAs Bryan Fields and Albert Buchman are counsel of record in this case, have filed entry of appearances, and are receiving electronic notice.

    Dated this 20th day of May 2022.

1

Respectfully submitted,

COLE FINEGAN
United States Attorney


By: *s/Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado  80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Andrea.Surratt@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

By: *s/Portia Peter*
Portia Peter
Legal Assistant
United States Attorney's Office
1801 California Street, #1600
Denver, Colorado 80202