IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JONATHAN K. YIOULOS,

    Defendant.

**UNOPPOSED MOTION SEEKING AN ORDER PERMITTING
TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 9**

**PLEASE TAKE NOTICE,** that upon the Declaration of Michael J. Tallon, Attorney for the Defendant, Jonathan K. Yioulos, attached hereto and all prior papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

1. An order permitting Defendant Yioulos to travel with Kristina Lighten, to Baltimore, Maryland on Saturday, May 21st and returning to Buffalo on Sunday, May 22nd.

2. This application and the details of the proposed travel have been provided, reviewed and approved by both the Office of the United States Attorney for the State of Colorado, by and through Assistant United States Attorneys Fields and Surratt, and by the United States Probation and Pretrial Services Office, by and through Probation Officer Smith. Mr. Yioulos shall promptly provide to USPO Rachel Smith of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans, shall contact USPO Smith as directed by USPO Smith during the time of approved travel.

USA v Yioulos Filing of Unopposed Motion
To Travel to Baltimore, Maryland May 21, 2022 through
May 22, 2022

Page **1** of **5**

DATED: May 10, 2022    Respectfully submitted,
AT: Rochester, New York

/s/
Michael J. Tallon, Attorney
45 Exchange Blvd. – Suite 500
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO: Bryan D. Fields, Assistant United States Attorney
Andrea Lee Surratt, Assistant United States Attorney
Rachel Smith, United States Probation Officer (New York)

USA v Yioulos Filing of Unopposed Motion
To Travel to Baltimore, Maryland May 21, 2022 through
May 22, 2022                                                                                                    Page **2** of **5**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION |
| JONATHAN K. YIOULOS, | SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL |
| Defendant. | RELEASE ORDER AT PARAGRAPH 9 |

**Michael J. Tallon**, being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1.      I am an attorney duly licensed in the State of New York since 1979 and have been recently admitted to practice before the United States District Court for the State of Colorado.

## INTRODUCTION

2.      I represent Jonathan K. Yioulos in this matter.  His arraignment occurred on Tuesday afternoon, February 9, 2021, before this Court.  The parties agreed on the terms and conditions of release and a pretrial release order was signed which included a travel restriction at Paragraph 9 limiting Mr. Yioulos' travel to the State of New York and to and from Colorado solely for court purposes unless prior permission is granted by the Court.

3.      Mr. Yioulos proposes travel with Kristina Lighten.  The details about flight arrangements and lodging in Baltimore have been provided to the Office of the United States Attorney and the United States Pretrial and Probation Services.  Both offices consent to the proposed travel requested in this motion.

4.      Mr. Yioulos shall promptly provide to USPO Rachel Smith of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel

USA v Yioulos Filing of Unopposed Motion
To Travel to Baltimore, Maryland May 21, 2022 through
May 22, 2022                                                                                                      Page **3** of **5**

plans and shall contact USPO Smith as directed by USPO Smith during the time of approved travel.

    5.    Accordingly, unless the Court requests further information, or any clarification, Mr. Yioulos requests that the Court issue an order permitting this travel. Upon Mr. Yioulos' return, if it is the practice of this Court, Mr. Yioulos will advise United States Probation Officer Smith in writing that Mr. Yioulos has returned to the State of New York.

**Sworn to under penalties of perjury pursuant to 28 U.S.C. §1746(2).**

Dated: May 10, 2022
At: Rochester, New York

/s/
Michael J. Tallon
Attorney for Jonathan K. Yioulos
500 Times Square Bldg.
45 Exchange Blvd.
Rochester, New York 14614
[585] 319-4170
mtallon@tallonlaw.com

TO:    Bryan D. Fields, Assistant United States Attorney
        Andrea Lee Surratt, Assistant United States Attorney
        Rachel Smith, United States Probation Officer (New York)

USA v Yioulos Filing of Unopposed Motion
To Travel to Baltimore, Maryland May 21, 2022 through
May 22, 2022    Page **4** of **5**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00305-DDD-3 |
| v. | UNOPPOSED MOTION UPON ATTORNEY DECLARATION |
| JONATHAN K. YIOULOS, | SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL |
| Defendant. | RELEASE ORDER AT PARAGRAPH 9 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/
Judith G. Deatsch, Legal Assistant to
Michael J. Tallon, Attorney
for Defendant Jonathan K. Yioulos

USA v Yioulos Filing of Unopposed Motion
To Travel to Baltimore, Maryland May 21, 2022 through
May 22, 2022    Page **5** of **5**