IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a
   Kimberley Vertanen,**

    Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS EVIDENCE (DOC. 204)**

---

    Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby moves this Court for leave to file a reply to the response filed by the Government to Defendant's Motion to Suppress Evidence from searches and seizures. As grounds in support of their motion, Defendants state as follows:

    1.    Defendants filed an omnibus motion attacking the searches and seizures of their internet communications on May 12, 2022. (Doc. 200).

    2.    The Government filed a response in opposition to the motion on May 19, 2022. (Doc. 204). The Government's response is 30-pages long and contains citations to more than a dozen cases which it argues in support of its position.

    3.    The defense wants an opportunity to address the case law cited by the Government.

4.   The Government's response references a "filter memorandum" and attached exhibits; which procedure is not a legal way to circumvent the Fourth Amendment.

5.   The Government's response asserts the good faith exception to violations of the Fourth Amendment.

6.   The Government's response raises the need to address the false statements in the affidavits and a reckless disregard by the affiants which gives rise to holding a Franks v. Delaware hearing.

7.   The defense wishes to address these issues and other and additional issues arising from the response.

8.   Without such a response, the Court will not have a full and complete development of the facts and the law applicable to the issues for decision.

9.   To this end, the defense requests leave to file a reply. The defense requests to file the reply 14 days after counsel returns from a vacation on June 2, 2022, and further requests leave to file a reply of 5,000 words.

10.   AUSA Bryan Fields does not object to granting this motion.

WHEREFORE, Defendants Michael A. Tew and Kimberley A. Tew respectfully request leave to file a reply to the Government's response in opposition to their motion to suppress evidence by no later than June 16, 2022, with a limit of no more than 5,000 words.

Respectfully submitted this 25th day of May 2022.

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendants Michael Tew and Kimberley Tew*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Peter R. Bornstein*
Peter R. Bornstein

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS EVIDENCE (DOC. 204)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jeannette Wolf*
Jeannette Wolf, Paralegal