IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a Kimberley Vertanen,**

    Defendants.

---

**UNOPPOSED MOTION TO REQUIRE THE GOVERNMENT TO SUBMIT EXPERT WITNESS OPINIONS 120 DAYS BEFORE TRIAL**

---

Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby moves this Court for an order requiring the government to submit any expert witness opinions it wants to use at trial 120 days before the trial date. As grounds in support of their motion, Defendants state as follows:

    1.    The District Court issued two discovery orders in this case: on February 5, 2021 as to Michael Tew, and February 10, 2021 as to Kimberley Tew.  (Docs. 91 and 97)

    2.    The discovery orders say that "[w]ritten summaries of any testimony that the government intends to use under Rules 702, 703, or 705, Fed. R. Crim. P. 16(a)(1)(G) shall be provided on such schedule as the District Court shall determine upon motion by either party."

    3.    In white collar crime cases involving charges of violation of the money laundering statutes the government often has one or more case agents who have an accounting degree or background to give expert opinion testimony.

    4    The defense needs to learn of this expert opinion testimony sufficiently before trial so as to engage the services of a counter expert.  Whereas the case agents know the facts and evidence in the case from months or years of involvement, a defense

expert must be given enough time to analyze the evidence supporting or refuting the prosecution experts.

5.  The defense believes that 120 days (four months) is reasonable given the fact that the prosecution has had over a year since the indictment was filed on February 3, 2021.

6.  Undersigned counsel has conferred with AUSA Fields, who does not oppose the relief requested.

WHEREFORE, Defendants request an order of Court requiring the government to submit any expert witness opinions it wants to use at trial 120 days before the trial date.

Respectfully submitted this 13th day of June 2022.

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendants Michael A. Tew and Kimberley A. Tew*

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Peter R. Bornstein*
Peter R. Bornstein

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), Defendants Michael A. Tew and Kimberley A. Tew state that this motion will have no effect on the speedy trial clock unless the Court orders a hearing on the matter to take place after the already-existing ends-of- justice continuance expires.

*s/ Peter R. Bornstein*
Peter R. Bornstein

# CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of June 2022, I electronically filed the foregoing **UNOPPOSED MOTION TO REQUIRE THE GOVERNMENT TO SUBMIT EXPERT WITNESS OPINIONS 120 DAYS BEFORE TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      *s/ Jeannette Wolf*
      Jeannette Wolf, Paralegal