IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a**
**Kimberley Vertanen,**

Defendants.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

---

Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby moves this Court for leave to file additional motions following further review of discovery.   As grounds in support of their motion, Defendants state as follows:

1.      Defendants were given the date of June 13, 2022 as the date for filing pre-trial motions.  (Doc. 198).  Defendants have filed eight pre-trial motions as of this date.

2.      Defense counsel has been reviewing and analyzing the vast discovery in this case which the Court has noted consists of more than 230,000 documents and 300 gigabytes of electronically stored data.

3.      Defense counsel estimates that no more than 10% of the discovery has been reviewed and analyzed.

4.      Further review of the discovery is likely to reveal to defense counsel that additional motions are warranted in this case and are necessary to protect the Defendants' rights to a fair trial consistent with their rights to effective assistance of counsel pursuant to the Sixth Amendment's clause granting a right to counsel in this case.

5.      In order to preserve these rights, the defense seeks leave of court to file additional motions should their need or applicability be determined by a further review of the discovery,

6.      Undersigned counsel has conferred with AUSA Fields, who does not oppose the relief requested.

WHEREFORE, Defendants request an order of Court granting leave to file additional motions in this case.

Respectfully submitted this  13th day of June 2022.

> *s/ Peter R. Bornstein*
> Peter R. Bornstein
> 6060 Greenwood Plaza Blvd., Suite 500
> Greenwood Village, CO 80111
> Telephone: 720-354-4440
> Facsimile: 720-287-5674
> E-mail: pbornstein@prblegal.com
> *Attorney for Defendants Michael A. Tew and Kimberley A. Tew*

## Certification of Type-Volume Limitation

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

> *s/ Peter R. Bornstein*
> Peter R. Bornstein

## Statement of Speedy Trial Impact

Pursuant to Judge Domenico's Practice Standard III(C), Defendants Michael A. Tew and Kimberley A. Tew state that this motion will have no effect on the speedy trial clock unless the Court orders a hearing on the matter to take place after the already-existing ends-of- justice continuance expires.

> *s/ Peter R. Bornstein*
> Peter R. Bornstein

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jeannette Wolf*
Jeannette Wolf, Paralegal