IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Criminal Action No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(1) MICHAEL AARON TEW, and
(2) KIMBERLEY ANN TEW, a/k/a Kimberley Vertanen,

    Defendantd.

## ORDER GRANTING MOTION TO DISCLOSE GRAND JURY MATERIAL

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material (Doc. 209), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the Motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore ORDERED that the Government's Motion is granted, and that Grand Jury material may be disclosed to the Defendants and the Defendants' attorneys.

IT IS FURTHER ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendant and counsel for the Defendant; that the Defendant's attorneys shall maintain custody of such materials, and shall not reproduce

- 1 -

- 2 -

or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED: June 16, 2022				BY THE COURT:

							_____
							Hon. Daniel D. Domenico
							United States District Judge