# UNITED STATES DISTRICT COURT
# THE DISTRICT OF COLORADO

X                                          X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-CR-00305-DDD |
| Plaintiff, | : | UNOPPOSED MOTION UPON |
| v. | : | ATTORNEY DECLARATION SEEKING |
| | : | ORDER ADJOURNING SENTENCING OF |
| JONATHAN K. YIOULOS, | : | DEFENDANT YIOULOS |
| Defendant. | : | |

X                                          X

PLEASE TAKE NOTCIE that upon the Declaration of Michael J. Tallon, Attorney for Defendant Jonathan K. Yioulos, attached hereto and all papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

An Order adjourning his sentencing currently scheduled for July 12, 2022 at 10:30 a.m. to a date and time on or after mid-January of 2023.

| | | |
|---|---|---|
| Dated: | June 19, 2022 | Respectfully submitted, |
| At: | Rush, New York | |
| | | /s/ Michael J. Tallon |
| | | MICHAEL J. TALLON |
| | | New York Bar No. 1752781 |
| | | Email: mtallon@tallonlaw.com |
| | | 401 Stony Brook Road, |
| | | Rush, New York 14543 |
| | | Phone: (585) 329-8139 |

**ATTORNEY FOR DEFENDANT**
**JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD    Page **1** of **4**

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLORADO

X_____X
:
:
UNITED STATES OF AMERICA,         :   20-CR-00305-DDD
:
                Plaintiff,   :   UNOPPOSED MOTION UPON
   v.                              :   ATTORNEY DECLARATION SEEKING
:   ORDER ADJURNING SENTENCING OF
JONATHAN K. YIOULOS,              :   DEFENDANT YIOULOS
:
                Defendant.   :

X_____X

**Michael J. Tallon,** being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1.    I am an attorney licensed in the State of New York since 1979 and I am admitted to practice before the United States District Court for the State of Colorado.

2.    I represent Jonathan K. Yioulos.

3.    Mr. Yioulos respectfully requests that his sentencing presently scheduled for July 12, 2022 at 10:30 a.m. be adjourned for six months until sometime during mid-January of 2023 at the Court's convenience. This adjournment will facilitate Mr. Yioulos' continued cooperation with the government which he agreed to provide as part of his agreement with the government.

4.    Unless the Court requests further information, counsel seeks an Order as soon as possible so the Probation Office and the Office of the United States Attorney may plan accordingly.

(The bottom of this page is intentionally left blank, please see Page 3 of 4)

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                                                                      Page **2** of **4**

Sworn to under penalty of perjury pursuant to 28 U.S.C §1746(2).

Dated: June 19, 2022　　　　　　　　Respectfully submitted,
At: Rush, New York

　　　　　　　　　　　　　　　　　　/s/ Michael J. Tallon
　　　　　　　　　　　　　　　　　　MICHAEL J. TALLON
　　　　　　　　　　　　　　　　　　New York Bar No. 1752781
　　　　　　　　　　　　　　　　　　Email: mtallon@tallonlaw.com
　　　　　　　　　　　　　　　　　　401 Stony Brook Road,
　　　　　　　　　　　　　　　　　　Rush, New York 14543
　　　　　　　　　　　　　　　　　　Phone: (585) 329-8139

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　**JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD　　　　　　　　　　　　　　　　　　　　　　　　Page **3** of **4**

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| X_____X | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | 20-CR-00305-DDD |
| | : | |
| Plaintiff, | : | UNOPPOSED MOTION UPON |
| v. | : | ATTORNEY DECLARATION SEEKING |
| | : | ORDER ADJURNING SENTENCING OF |
| JONATHAN K. YIOULOS, | : | DEFENDANT YIOULOS |
| | : | |
| Defendant. | : | |
| X_____X | | |

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Michael J. Tallon
MICHAEL J. TALLON
New York Bar No. 1752781
Email: mtallon@tallonlaw.com
401 Stony Brook Road,
Rush, New York 14543
Phone: (585) 329-8139

**ATTORNEY FOR DEFENDANT**
**JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                                                                         Page **4** of **4**