IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305 -DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL ARON TEW,

2. KIMBERLY ANN TEW,
    a/ka Kimberley Vertanen,

    Defendants.

**NOTICE OF CONVENTIONAL FILING – EXHIBIT 1 - 3 TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS THE USE OF STATEMENTS [ECF No. 216]**

The United States of America, by and through Albert C. Buchman, Assistant United States Attorney for the District of Colorado, hereby provides a copy of 1) Exhibit 1, 2) Exhibit 2, and folder titled 3) Exhibit 3 for delivery to chambers for review.

Dated this 9th day of August, 2022.

//

//

Respectfully Submitted,

COLE FINEGAN
United States Attorney


*s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: Al.Buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, 9th August, 2022, I submitted the foregoing **NOTICE OF CONVENTIONAL FILING – EXHIBIT 1 - 3** with the Clerk of the Court.

*s/ Jessie Zabriskie*
Legal Assistant
U.S. Attorney's Office