# CONVENTIONAL FILING ECF No. 229

# Exhibit 2