CONVENTIONAL FILING ECF No. 229

Exhibit 3