## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-0305-DDD

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

**1. MICHAEL AARON TEW**, and

**2. KIMBERLEY ANN TEW**.

     Defendants.

---

### RESPONSE TO COURT ORDER (DOC. 238)

---

     Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, responds to the Court Order concerning the Motion for Leave to File Motion to Suppress Evidence as Restricted Level 1 (Doc. 201).  The Court Order requires the Defendants (erroneously called Plaintiff) to file a public redacted version of the Motion to Suppress Evidence. (Doc. 200).  After a review of the motion to suppress, Defendants withdraw their request to restrict or redact the motion only, and not the exhibits attached to the motion.  The Clerk of Court can remove the Level 1 restriction as to Doc. 200, but not as to Docs. 200-1 to 200-28.

     Respectfully submitted August 19, 2022.

THE LAW OFFICES OF PETER R. BORNSTEIN

*/s/ Peter R. Bornstein*
Peter R. Bornstein
*Attorney for Defendants Michael Aaron Tew
and Kimberley Ann Tew*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jeannette L. Wolf*