IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a**
   Kimberley Vertanen,

    Defendants.

---

## DECLARATION OF MICHAEL A. TEW
---

    Michael A. Tew, hereby makes the following declaration:

    1.    I make this declaration in connection with the motion pending before this Court for a Franks v. Delaware hearing.

    2.    In making this declaration, I am relying on the Simmons doctrine that what I say cannot be used at trial to establish my guilt.

    3.    Based on discovery provided by the Government in this case, it had evidence that Jonathan Yioulos embezzled funds from National Air Cargo before August of 2018.

    4.    Jonathan Yioulos's motivation for paying me money was that I was owed money from National Air Cargo ("NAC") and because he wanted to help my family when we were being extorted by Craig Feigin and Christian Rincon.

    5.    I never threatened Jonathan Yioulos with a loss of employment if he refused to send money.

6. Jonathan Yioulos told me that he did not want to communicate with my wife and only wanted to talk to me after December of 2018.

7. I had bank deposits that came to me from work that I did for clients.

8. NAC did not have a system of approving or not approving vendors and there was no list by which one could match invoices with approved vendors.

9. Payments via ACH did not need dual authorization approval and could be submitted and paid by Jonathan Yioulos alone.

10. Jonathan Yioulos received more than a few Bitcoin.

11. I never suggested to Yioulos to use unapproved vendor companies for invoices to NAC.

12. National Air Cargo, Inc. is not a Florida corporation.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Dated and executed on this __23rd__ day of August 2022.

DECLARANT:

_____
Michael A. Tew