IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

---

### GOVERNMENT'S LIST OF PROPOSED EXHIBITS FOR SUPPRESSION HEARING OF OCTOBER 12, 2022

---

    The government hereby submits its preliminary list of proposed exhibits. The government notes its objection to any hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) for the reasons set forth in its filing at ECF No. 215. The defendants are only entitled to a hearing if they provide a substantial preliminary showing that agents here made intentionally and knowingly false statements or acted with reckless disregard for the truth. This is an extraordinary allegation and entertaining it without a proper basis is contrary to the law's presumption of good faith.

    The government will seek to admit exhibits 9 -44 only in the event of a *Franks* hearing. Because the issue at a *Franks* hearing is the knowledge of the affiants at the time of the warrant, the government's position is that each is admissible for the non-hearsay effect on the listener (i.e., the affiant using the evidence to craft her affidavit) and not for the truth of any matters asserted.

. . . .

. . . .

1

2

Respectfully submitted this 6th day of July, 2022.

|  |  |
|---|---|
| By:    */s/ Bryan Fields* <br> Bryan Fields <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1801 California St. Suite 1600 <br> Denver, CO 80202 <br> (303) 454-0100 <br> Bryan.Fields3@usdoj.gov <br> Attorney for the Government | COLE FINEGAN <br> United States Attorney <br><br> By:    */s/ Al Buchman* <br> Albert Buchman <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1801 California St. Suite 1600 <br> Denver, CO 80202 <br> (303) 454-0100 <br> Al.Buchman@usdoj.gov <br> Attorney for the Government |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

            By: */s Bryan Fields*
               Bryan Fields
               Assistant United States Attorney
               U.S. Attorney's Office
               1801 California St. Suite 1600
               Denver, CO 80202
               (303) 454-0100
               Bryan.Fields3@usdoj.gov
               Attorney for the Government