IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Judge Daniel D. Domenico**

Case No.  20-cr-00305-DDD                          Date: October 12, 2022

Case Title: United States of America v. Michael Aaron Tew et al.

PLAINTIFF  WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| TONY ROMERO | October 12, 2022 30 minutes (Direct) |
| LISA PALMER | October 12, 2022 90 minutes (Direct) |
| SARAH ANDERSON | October 12, 2022 60 minutes (Direct) |