# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### Judge Daniel D. Domenico

Case No.  20-cr-00305-DDD              Date: October 12, 2022

Case Title: United States of America v. Michael Aaron Tew et al.

PLAINTIFF  WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| *Anthony* TONY ROMERO | (1) *11:23am.* October 12, 2022 30 minutes (Direct) |
| LISA PALMER | (3) *2:26pm.* October 12, 2022 90 minutes (Direct) |
| SARAH ANDERSON | (2) *1:35pm.* October 12, 2022 60 minutes (Direct) |