CASE CAPTION: <u>UNITED STATES OF AMERICA v. MICHAEL AARON TEW, ET AL.</u>

CASE NO.: <u>20-cr-00305-DDD</u>

EXHIBIT LIST OF: <u>United States of America, Plaintiff</u>
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | | Search Warrant – Kley@me.com | | | | | |
| 2 | | Search Warrant – meyersconsultinggroupinc@gmail.com | | | | | |
| 3 | | Search Warrant – Political.Media.WDC@gmail.com | | | | | |
| 4 | | Search Warrant – chrisrncn@gmail.com | | | | | |
| 5 | Palmer | Search Warrant – 3222 First Avenue | | | | | |
| 6 | Romero, Palmer | Search Warrant Photographs (1) | | x x | x 10/12 x 10/12 | | pp 2-3 whole exhibit no obj. |
| 7 | Palmer | Search Warrant Photographs (2) | | x | x 10/12 | | no obj. |
| 8 | Romero, Anderson, Palmer | Search Warrant Photographs (3) | | x x | x 10/12 x 10/12 | | pp 34-35 entire exhibit over obj. |
| 9 | | K. Tew Application for NFCU Account | | | | | |
| 10 | | K. Tew NFCU Account Statement 12/17/19 – 01/16/20 | | | | | |
| 11 | | K. Tew NFCU Account Statement 03/17/20 – 04/16/20 | | | | | |
| 12 | | ACH Transaction Detail 04/01/2020 | | | | | |
| 13 | | GFL Invoices April 2020 | | | | | |
| 14 | | Key Bank Account Statement 07/27/2017 | | | | | |
| 15 | | Google Account ID x7580 | | | | | |
| 16 | | Text from K. Tew to J. Yioulos July 1, 2020 | | | | | |
| 17 | | Texts between M. Tew and J. Yioulos March 18, 2020 | | | | | |
| 18 | | Texts between K. Tew and J. Yioulos October 30, 2018 | | | | | |
| 19 | | Texts between M. Tew and J. Yiolous November 9, 2018 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 20 | | Texts between M. Tew and J. Yiolous February 19, 2019 | | | | | |
| 21 | | Declaration of M. Tew | | | | | |
| 22 | | Declaration of K. Tew | | | | | |
| 23 | | Summary of J. Yioulous Coinbase Transactions | | | | | |
| 24 | | Email re invoice from CPA | | | | | |
| 24(a) | | Invoice re CPA | | | | | |
| 25 | | Summary of Fraudulently Paid Invoices | | | | | |
| 26 | | ATM Photograph of K. Tew on March 20, 2020 | | | | | |
| 27 | | M. Tew NFCU Account Statement March 17, 2020 – April 16, 2020 | | | | | |
| 28 | | Memorandum of Interview of C.A. and L.A. | | | | | |
| 29 | | Memorandum of Interview of A.S. | | | | | |
| 30 | | Memorandum of Interview of K. Tew on July 7, 2020 | | | | | |
| 31 | | Memorandum of Arrest of M. Tew | | | | | |
| 32 | | Memorandum of Interview of M. Tew | | | | | |
| 33 | | M. Tew Proffer Letter July 12, 2020 | | | | | |
| 34 | | M. Tew Proffer Letter July 27, 2020 | | | | | |
| 35 | | K. Tew Proffer Letter October 16, 2020 | | | | | |
| 36 | | Memorandum of Search of 3222 First Avenue | | | | | |
| 37 | | Memorandum of Interview of A.S. | | | | | |
| 38 | | Audio Recording – J.Y. on July 7, 2020 | | | | | |
| 39 | | Audio Recording – Proffer of M. Tew on July 15, 2020 | | | | | |
| 40(a) | | Audio Recording – Proffer of M. Tew on July 28, 2020 (part 1) | | | | | |
| 40(b) | | Audio Recording – Proffer of M. Tew on July 28, 2020 (part 2) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 40(c) | | Audio Recording – Proffer of M. Tew on July 28, 2020 (part 3) | | | | | |
| 40(d) | | Audio Recording – Proffer of M. Tew on July 28, 2020 (part 4) | | | | | |
| 41 | | Audio Recording – Proffer of Meeting on July 29, 2020 | | | | | |
| 42(a) | | Audio Recording – Proffer of K. Tew on October 23, 2020 (part 1) | | | | | |
| 42(b) | | Audio Recording – Proffer of K. Tew on October 23, 2020 (part 2) | | | | | |
| 42(c) | | Audio Recording – Proffer of K. Tew on October 23, 2020 (part 3) | | | | | |
| 43 | | Summary of Exhibits Supporting Statements Identified in ECF No. 215, ¶4 | | | | | |
| 44 | | Texts between M. Tew and J. Yioulos November 13, 2019 | | | | | |