IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a
Kimberley Vertanen,**

Defendants.

---

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

---

Defendants, Michael Tew and Kimberley Tew, by their counsel of record, Peter R. Bornstein, moves this Court for an order authorizing the Defendants to travel out of state to attend the funeral in Marquette Michigan of Kimberley Tew's father. As grounds in support of his motion, Michael and Kimberley Tew state to the Court as follows:

1.     Kimberly Tew's father passed away on November 9, 2022.

2.     The funeral is scheduled for Sunday, November 20, 2022, in Marquette, Michigan.

3     Kimberley Tew previously received court permission to go to Michigan in connection with her father's illness. She is going back to Michigan for the funeral along with her children, and Mr. Tew desires to go with them.

4.      The Defendants plan to stay in Marquette after the funeral through Thanksgiving; and they request permission to leave the state of Colorado from Friday, November 18 through Sunday, November 27.

5.      Assistant United States Attorney Bryan Fields has no objection to this request by the Tews to leave the jurisdiction for a funeral so long as the travel plans are cleared with Pre-trial Services.

6.      The Tews have reached out to their pre-trial services supervisor, Seth Junker, to provide him with their itinerary and travel plans

7.      Accordingly, Defendants request that this Court enter an order allowing Mr. and Mrs. Tew to travel out of state.

Respectfully submitted this 16th day of November, 2022.

THE LAW OFFICES OF PETER R. BORNSTEIN

s/ Peter R. Bornstein
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
Attorney for Defendants Michael Tew and
Kimberley Tew

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF STATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jeannette Wolf*
Jeannette Wolf, Paralegal