# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLORADO

X_____X
                                 :

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-CR-00305-DDD |
| | : | |
| Plaintiff, | : | UNOPPOSED MOTION UPON |
| v. | : | ATTORNEY DECLARATION SEEKING |
| | : | ORDER ADJOURNING SENTENCING |
| JONATHAN K. YIOULOS, | : | OF DEFENDANT YIOULOS |
| | : | |
| Defendant. | : | |

X_____X

PLEASE TAKE NOTCIE that upon the Declaration of Michael J. Tallon, Attorney for Defendant Jonathan K. Yioulos, attached hereto and all papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

An Order adjourning his sentencing currently scheduled for January 19, 2023 at 10:30 a.m. to a date and time on or after mid-March or on or after mid-April, 2023.

Dated:       Nov. 28, 2022       Respectfully submitted,
At:           Rush,  NY

/s/ Michael J. Tallon_____

MICHAEL J. TALLON
New York Bar No. 1752781

Email: mtallon@tallonlaw.com

Rush, New York 14543

Phone: (585) 329-8139

**ATTORNEY FOR DEFENDANT
JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                          Page **1** of **4**

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLORADO

```
X_____X
                               :
                               :
UNITED STATES OF AMERICA,       :      20-CR-00305-DDD
                               :
                   Plaintiff,   :      UNOPPOSED MOTION UPON
          v.                    :      ATTORNEY DECLARATION SEEKING
                               :      ORDER ADJOURNING SENTENCING
JONATHAN K. YIOULOS,            :      OF DEFENDANT YIOULOS
                               :
                   Defendant.   :
                               :
X_____X
```

**Michael J. Tallon,** being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1.      I am an attorney licensed in the State of New York since 1979 and I am admitted to practice before the United States District Court for the State of Colorado.

2.      I represent Jonathan K. Yioulos.

3.      Mr. Yioulos respectfully requests that his sentencing presently scheduled for January 19, 2023 at 10:30 a.m. be adjourned until sometime after mid-March or after mid-April 2023 at the Court's convenience.  This adjournment will facilitate Mr. Yioulos' continued cooperation with the government which he agreed to provide as part of his agreement with the government.

Sworn to under penalty of perjury pursuant to 28 U.S.C §1746(2).

Dated:        November 28, 2022         Respectfully submitted,
At:           Rush,  NY

                                        /s/ Michael J. Tallon_____
                                        MICHAEL J. TALLON

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                          Page **2** of **4**

MICHAEL J. TALLON
New York Bar No. 1752781

Email: mtallon@tallonlaw.com

Rush, New York 14543

Phone: (585) 329-8139

**ATTORNEY FOR DEFENDANT
JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                                    Page **3** of **4**

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLORADO

X_____X
:
:
UNITED STATES OF AMERICA,              :       20-CR-00305-DDD
:
               Plaintiff,       :       UNOPPOSED MOTION UPON
   v.                               :       ATTORNEY DECLARATION SEEKING
:       ORDER ADJOURNING SENTENCING
JONATHAN K. YIOULOS,                   :       OF DEFENDANT YIOULOS
:
:
            Defendant        :
X_____X

### CERTIFICATE OF SERVICE

     I hereby certify that on November 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.


                         Respectfully submitted,


                         /s/ Michael J. Tallon


                         MICHAEL J. TALLON
                         New York Bar No. 1752781

                         Email: mtallon@tallonlaw.com

                         401 Stony Brook Road,

                         Rush, New York 14543

                         Phone: (585) 329-8139

                         **ATTORNEY FOR DEFENDANT**
                         **JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                   Page **4** of **4**