IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL A. TEW**
**2. KIMBERLEY ANN TEW a/k/a**
  **Kimberley Vertanen,**

    Defendants.

---

## MOTION TO WITHDRAW
---

    Counsel for the Defendants, Michael A. Tew and Kimberley A. Tew, hereby moves this Court for an order pursuant to D.C.COLO.LAttyR 5(b) allowing Peter R. Bornstein to withdraw as counsel for Michael A. Tew and Kimberley A. Tew.  As good cause and grounds in support of this motion, counsel states as follows:

    1.    Michael Tew and Kimberley Tew contacted Mr. Bornstein in February of 2022 and asked him to represent them in this criminal case.

    2.    The attorney and clients negotiated and signed an engagement agreement including the financial terms for the representation.

    3.    Thereafter Mr. Bornstein entered his appearance for both defendants on February 25, 2022.  [DOC. #178]

4. The clients are unable to meet their financial obligations and are in violation of the engagement agreement.

5. Counsel has warned both clients, in writing and verbally, that failure to meet the financial terms of the engagement will result in a motion to withdraw from the case.

6. Counsel believes that the clients do not have, and cannot obtain, the funds necessary to complete the case through a trial.

7. Rule 1.16(b) of the Colorado Rules of Professional Conduct describes situations allowing a lawyer to withdraw from representation of a client which include financial obligations to the lawyer.

8. Counsel cannot go into greater specifics because Colo. R.P.C. 1.6 prohibits a lawyer from revealing information relating to the representation of a client.

WHEREFORE, Peter R. Bornstein requests an Order from the Court authorizing his withdrawal as counsel for Michael A. Tew and Kimberley A. Tew.

Respectfully submitted this 1st day of December, 2022.

THE LAW OFFICES OF PETER R. BORNSTEIN

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendants Tews*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of December, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. A copy of the Motion to Withdraw was sent to Michael A. Tew via email at mtew@michaeltew.com and Kimberley A. Tew via email at kley@me.com.

                                          *s/ Jeannette Wolf*
                                          Jeannette Wolf, Paralegal