IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY ANN TEW, and
MICHAEL AARON TEW,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Withdraw** [#273] (the "Motion"). filed by Peter Bornstein, counsel for Defendants Michael A. Tew and Kimberley A. Tew. Mr. Bornstein, who has been retained by Defendants, asserts that Defendants have been unable to meet their financial obligations under the engagement agreement. *Id.* at 1-2. Accordingly, Mr. Bornstein seeks to withdraw as counsel for Defendants. *Id.*

    IT IS HEREBY **ORDERED** that the Motion [#273] is **GRANTED**. Mr. Bornstein is permitted to withdraw as counsel for Defendants.

    IT IS FURTHER **ORDERED** that on or before **December 16, 2022**, Defendants shall have replacement counsel enter an appearance or, if they believe they are entitled to appointment of CJA counsel to represent them, shall each file a financial affidavit under restriction at Level 3.

    Dated:  December 2, 2022