IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY ANN TEW, and
MICHAEL AARON TEW,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    THIS MATTER is before the Court on the Government's Motion for Reconsideration of Order Granting Defense Counsel's Motion to Withdraw or, in the Alternative, Motion for Expedited Appointment and Extension of Deadlines [#276] (the "Motion").

    IT IS HEREBY **ORDERED** that a hearing on the Motion [#276] is set for **December 9, 2022,** at **11:00 a.m.** Counsel for the parties, including defense counsel Peter Bornstein who was permitted to withdraw by Minute Order [#275] of December 2, 2022, shall be present at the hearing.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall email a copy of this Minute Order to Mr. Bornstein.

    Dated:  December 6, 2022