IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

   1.  **MICHAEL AARON TEW, and**
   2.  **KIMBERLY ANN TEW,** a/k/a Kimberley Vertanen,

     Defendants.

---

**GOVERNMENT'S MOTION TO VACATE CURRENT DEADLINES AND FOR STATUS CONFERENCE**

---

The government is currently preparing a major filing for January 6, 2023 — a *James* log summarizing a years-long conspiracy to defraud a corporation of several million dollars perpetrated in part through the use of thousands of individual text messages and emails — in response to a filing by a defense attorney who is no longer part of this case, in circumstances where defendants currently have no attorney to prepare their response, and where the defendants themselves cannot reasonably be expected to make a *pro se* filing by the current deadline of  January 20, 2023. The government respectfully moves the Court to vacate the current deadlines and to set a conference to clarify the status of the Tews' representation and the overall timeline for this matter.

The Tews' current lawyer, Peter Bornstein, moved to withdraw on December

1, 2022. [ECF No. 273]. The motion was granted the next day, before the government was given an opportunity to respond. [ECF No. 275]. The government filed a motion for reconsideration on the next business day, December 5, 2022. [ECF No. 276]. After a hearing on December 9, 2022 the government's motion was granted in part and denied in part:  the Tews' counsel was permitted to withdraw as private counsel, but Michael and Kimberley Tew were ordered to submit financial affidavits so that the court could evaluate whether one or the other might qualify to have Mr. Bornstein appointed to represent them. [ECF No. 280].  Those affidavits were filed on December 13, 2022. [ECF No. 282]. As of this date, nearly one month after Mr. Bornstein's withdrawal motion, [ECF No. 273], no determination has been made as to representation.

In the background to all of this is a pending motion filed by Mr. Bornstein requesting that the government prepare a *James* proffer and a log of statements it intends to offer pursuant to Federal Rule of Evidence 801(d)(2)(E).  [ECF Nos. 219, 220, 231, 232]. That log is currently due on January 6, 2023. But there is currently no defense lawyer entered in the case to prepare the response, which is due in short order on January 20, 2023.

The government respectfully requests that the current deadlines related to the *James* proffer and log be vacated. If both defendants qualify for court-appointed counsel, an order appointing Mr. Bornstein this week or next would only give him a few days to review the government's submission prior to its filing to note any

objections or points of agreement in a way that would help the parties make the most efficient use of scarce judicial resources. Once appointed, the government can work with Mr. Bornstein on mutually agreeable deadlines and file appropriate motions with the court after joint consultation.

If only one of the defendants qualifies for court-appointed counsel, then it seems quite likely that any new counsel will — like all prior counsel — need an ends-of-justice continuance to review the voluminous discovery  before being in a position to file a response or otherwise advise the relevant client on how to proceed. In this scenario, it makes little sense to file a *James* motion to which there will be no response for several months or that may be much different in scope and content depending on further litigation and negotiation.

If neither of the defendants qualifies for court-appointed counsel, and if the Tews will not pay for retained counsel, then the government respectfully requests a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975), so that the Court can ensure that any implicit decision by the defendants to represent themselves can be made explicit and so that the Court can fully evaluate whether such a decision has been made knowingly and intelligently by each defendant.  Once that evaluation has been made, the parties and the Court can then agree on new deadlines that take into account the *pro se* nature of any subsequent proceedings.

As set forth in its motion for reconsideration, [ECF No. 276] the government remains concerned about further delays that may prejudice its case. If the Court

3

grants this request for relief in the form of a conference to clarify the status of the

defendants' representation and to set further deadlines, the government

respectfully requests the earliest date available to the Court.

Respectfully submitted this 27th day of December, 2022.

COLE FINEGAN
United States Attorney

By:    */s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:    */s/ Albert Buchman*
Albert Buchman
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Al.Buchman@usdoj.gov
Attorney for the Government

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Bryan Fields*
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because any resolution of it will be within the period within which the Court is evaluating the defendants' motion for a *James* log, ECF No. 263.

*/s/ Bryan Fields*
Bryan Fields

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

/s/ Bryan Fields
Bryan Fields
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0403
E-mail:  Bryan.Fields3@usdoj.gov
Attorney for the United States

6