IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIMBERLY ANN TEW, and
MICHAEL AARON TEW,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's **Order** [#280] made at the December 9, 2022 Hearing. Having reviewed the Affidavits [#282] timely submitted by Defendants Michael A. Tew and Kimberly A. Tew, the Court finds that they qualify for court-appointed counsel. Accordingly,

    IT IS HEREBY **ORDERED** that attorney Peter Bornstein is appointed as CJA counsel for Defendants Michael A. Tew and Kimberly A. Tew.

    Dated: December 27, 2022