IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

David S. Kaplan of the law firm Stimson LaBranche Hubbard, LLC hereby enters his appearance as Criminal Justice Act counsel on behalf of Defendant Kimberley Ann Tew in the above-captioned matter. Pursuant to D.C.COLO.L.AttyR. 5(a)(3)(C), undersigned counsel certifies that he is a member in good standing of the bar of this court.

Dated: January 3, 2023.

    Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: kaplan@slhlegal.com

*Attorney for Kimberley Ann Tew*

2

**Certificate of Service**

      I certify that on January 3, 2023, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields  
Albert Buchman  
U.S. Attorney's Office-Denver  
1801 California Street  
Suite 1600  
Denver, CO 80202  
bryan.fields3@usdoj.gov  
al.buchman@usdoj.gov  

                                        *s/ Brenda Rodriguez*  
                                        Brenda Rodriguez