IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL AARON TEW
2. KIMBERLEY ANN TEW, and
3. JONATHAN K. YIOULOS,

Defendants.

## MOTION TO UNRESTRICT CRIMINAL COMPLAINT

The United States, by and through United States Attorney, Cole Finegan, and Assistant United States Attorney, Bryan Fields, hereby respectfully requests the Court to unrestrict the Criminal Complaint, Affidavit and Arrest Warrant, the Government's Motion to Restrict, and the Order to Restrict in this case.

The Government, therefore, asks to modify the restriction level of these documents. The original grounds for restriction no longer apply.

WHEREFORE, the Government respectfully moves to remove the restriction of the documents in this case to allow the Government to disclose the documents to the defense counsel.

Respectfully submitted this 5th day of January, 2023.

COLE FINEGAN
United States Attorney

*s/ Bryan D. Fields*
By: Bryan D. Fields
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Bryan.Fields3@usdoj.gov