IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL AARON TEW,
2. KIMBERLEY ANN TEW, and
3. JONATHAN K. YIOULOS,

Defendants.

---

**ORDER TO UNRESTRICT CRIMINAL COMPLAINT**

---

This matter comes before the Court on the Government's Motion to Unrestrict the Criminal Complaint. Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

Accordingly, it is:

ORDERED that the Government's Motion is GRANTED.

IT IS FURTHER ORDERED that the documents subject to Restriction Level 3 under this Court's Order in this case are modified under D.C.Colo.LCrR 47.1(b) so that the Government may disclose those documents to defense counsel.

IT IS SO ORDERED on this _____ day of January, 2023.

BY THE COURT:

HON. DANIEL D. DOMENICO
DISTRICT OF COLORADO