IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## JOINT STATUS REPORT

On December 29, 2022, the Court entered an order that relieved attorney Peter R. Bornstein of any further representation of defendant Kimberley Ann Tew, and ordered that new counsel be appointed. The order also directed the parties, within one week of the new attorney's appearance, to file a joint status report addressing (1) the Speedy Trial Act implications of the new representation, if any; (2) mutually agreeable proposed deadlines for further *James* proceedings; and (3) any other issues the parties wish to bring to the Court's attention. ECF No. 289. Mr. David Kaplan entered his appearance for Ms. Tew on January 3, 2023. The parties have since consulted with one another and submit this joint status report.

    1.    Counsel for Ms. Tew intends to file a motion seeking an ends-of-justice continuance under the Speedy Trial Act. While the government has expressed

1

concern about the delays in this matter, the ends of justice certainly require that new counsel be given adequate time to prepare for trial and, under the circumstances, the government does not oppose the motion. An ends of justice continuance for Ms. Tew would toll the speedy trial clock for co-defendant, Michael Aaron Tew.  18 U.S.C. 3161(h)(6)(providing for exclusion of reasonable period of delay when the defendant is joined for trial with codefendant).

2.   Counsel for Ms. Tew will need time to review the voluminous discovery in this matter to better ascertain a reasonable timeline for responding to a *James* proffer. The parties propose submitting another joint status report in 60 days with a proposed timeline for responding to a *James* log and any other new motion deadlines.

3.   The parties are evaluating whether there is a conflict that would prevent attorney Peter Bornstein from continuing to represent defendant Michael Tew. Mr. Bornstein does not believe that there is a conflict that would provide good cause to withdraw. Mr. Kaplan has concerns about a conflict: one such issue is if Ms. Tew decides to testify at trial, such a scenario might require Mr. Bornstein to either cross-examine a former client or waive that cross-examination to the potential detriment of a current client. The government is not in a position to evaluate whether such a conflict is real or merely abstract, whether a joint defense agreement could solve any such conflict, whether such a conflict can be resolved with a knowing and intelligent waiver of cross-examination by Mr. Tew, or whether

any such conflict could otherwise be resolved by defense counsel in this case. Mr. Bornstein is concerned that the government is meddling in the province of the defendants and their lawyers and that nothing should be scheduled at this time. Mr. Fields and Mr. Kaplan propose either a hearing at the Court's earliest convenience or an ex parte filing by the defendants describing the current circumstances and their positions regarding any conflict so that the Court can evaluate and resolve whether the defendants are appropriately represented.

Respectfully submitted this 10th day of January, 2023.

COLE FINEGAN
United States Attorney

By:   /s/ Bryan Fields
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:   /s/ Albert Buchman
Albert Buchman
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Al.Buchman@usdoj.gov
Attorney for the Government

THE LAW OFFICES OF PETER R. BORNSTEIN

By:   /s/ Peter R. Bornstein
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
Attorney for Defendant Michael Allen Tew

STIMSON LABRANCHE HUBBARD

By:    */s/ David S. Kaplan*
David S. Kaplan
1652 N. Downing Street
Denver, CO 80218
Telephone: 720-689-8909
Facsimile: 720-689-8909
E-mail: kaplan@slhlegal.com
Attorney for Defendant Kimberley Ann Tew

4

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Bryan Fields*
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this filing has no effect on the speedy trial clock.

*/s/ Bryan Fields*
Bryan Fields

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

*/s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Bryan.Fields3@usdoj.gov
Attorney for the United States