IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL AARON TEW
2. KIMBERLEY ANN TEW, and
3. JONATHAN K. YIOULOS,

Defendants

---

**ENTRY OF APPEARANCE OF ERIC S. GALLER, ESQ. FOR THIRD PARTY VICTIMS**

---

To the clerk of the court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Victims:

National Air Cargo Holdings, Inc.

National Air Cargo Group, Inc. d/b/a National Airlines

Christopher J. Alf.

1

Respectfully submitted this 13th day of January, 2023.

*s/Eric S. Galler*_____
Eric S. Galler, Esq.
Galler Corporate Law Group
9466 Georgia Avenue
Suite 130
Silver Spring, MD 20910
Telephone: 301-728-3850
e-mail: egaller@gcorplaw.com
*Counsel for the Third Party Victims*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day January, 2023, I presented the foregoing **ENTRY OF APPEARANCE OF ERIC S. GALLER, ESQ. FOR THIRD PARTY VICTIMS** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of this filing to all parties of record.

*/s/ Nancy L. Cohen, Esq.*