IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

    Defendant.

---

## MOTION TO RESTRICT TO LEVEL 3

---

    Defendant, Michael A. Tew, by Peter R. Bornstein, move this Court for an order permitting him to file his *Ex Parte Report to the Court* Restricted Level 3. Pursuant to the Minute Order entered on January 11, 2023 (Doc. 294) and D.C.COLO.LCrR 47.1(c) and (f)(2), Counsel requests an Order restricting to Level 3 the Ex Parte Report to the Court.

    Respectfully submitted this 17th day of January, 2023.

                                      */s/ Peter R. Bornstein*
                                      Peter R. Bornstein
                                      6060 Greenwood Plaza Blvd., Suite 500
                                      Greenwood Village, CO 80111
                                      Telephone: 720-354-4440
                                      Facsimile: 720-287-5674
                                      E-mail: pbornstein@prblegal.com

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                        */s/ Peter R. Bornstein*
                                        Peter R. Bornstein

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2023, I electronically filed the foregoing **MOTION TO RESTRICT TO LEVEL 3** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Peter R. Bornstein*
                                        Attorney