# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and that I appear in this case pursuant to a Criminal Justice Act appointment as counsel for Defendant Michael Aaron Tew.

DATED this 31st day of January, 2023.

                                              /s/ Jason D. Schall
                                              Jason D. Schall
                                              Bowlin & Schall LLC
                                              7350 E Progress Pl Ste 100
                                              Greenwood Village, CO 80111
                                              Telephone: (720) 505-3861
                                              E-mail: jason@bowsch.com
                                              Attorney for Defendant Michael Aaron Tew

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>U.S. Attorney's Office
>1801 California Street, Suite 1600
>Denver, CO 80202
>(303) 454-0100

I hereby certify that I will mail or serve the filing to the following participant:

>Mr. Michael Aaron Tew

>_/s/  Jason D. Schall_
>Jason D. Schall