IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW,** and
2. **KIMBERLY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## JOINT STATUS REPORT

On January 30, 2023, the Court entered an order that relieved attorney Peter R. Bornstein of any further representation of defendant Michael Aaron Tew. The order also directed the parties, within one week of the new attorney's appearance, to file a joint status report addressing (1) the Speedy Trial Act implications of the new representation and (2) any other issues the parties wish to bring to the Court's attention. ECF No. 305. Mr. Jason Schall entered his appearance for Mr. Tew on January 31, 2023. The parties have since consulted with one another and submit this joint status report.

    1.    Counsel for both defendants notified the government of their respective intent to file motions seeking a 240-day ends-of-justice continuance under the Speedy Trial Act. Counsel for defendant Michael Aaron Tew filed the anticipated

1

motion on February 3, 2023.  The motion was denied without prejudice that same day.

2.     While the government has expressed concern about the delays in this matter, the ends of justice certainly require that new counsel be given adequate time to prepare for trial and, under the circumstances, the government does not oppose the motions.  The government notes that prior counsel needed similar amounts of time to adequately review similar amounts of discovery. While motions have already been filed in this matter, new counsel will need time to evaluate whether additional motions should be filed, including motions related to any *James* proffer.

3.     An ends of justice continuance for either or both of the defendants Tew would toll the Speedy Trial Act.  18 U.S.C. 3161(h)(6)(providing for exclusion of reasonable period of delay when the defendant is joined for trial with codefendant). The parties believe that the current speedy trial date is 4/22/23 and that another 240-day exclusion would make 12/18/23 the new speedy trial deadline based on the following calculation:

| Dates of Docket Entry / Pending Motions | Action | Speedy Trial Provision | New Speedy Trial Deadline | Notes |
|---|---|---|---|---|
| 2/3/21 | Indictment | § 3161©(1) | 4/14/21 | Start of Clock |
| 02/28/21 - 3/18/21 | Motion re Joint Representation [ECF No. | § 3161(h)(D), (H) (pretrial | 05/02/21 | 18 days excluded – |

|  | 108] | Motion) |  | May 2 is Sunday. So May 3. But cautious |
|---|---|---|---|---|
| 03/11/21-3/18/21 | Motion for Ends-of-Justice Continuance [ECF No. 115] | § 3161(h)(D), (H) (pretrial Motion) | 05/02/21 | Incorporated in above |
| 3/18/21 | Order granting 180 day EOJ | § 3161(h)(D), (H) (pretrial Motion) | 10/19/21 | 180 days excluded |
| 08/10/21 | Motion for EOJ (ECF No. 143) | 3161(h)(7)(A) (ends-of-justice) | 10/29/21 | Incorporated in above |
| 9/22/21 | Order granted EOJ for 180 days (ECF No. 149) | 3161(h)(7)(A) (ends-of-justice) | 4/27/2022 | 180 days excluded |
| 12/27/21 | Motion for EOJ (ECF No. 165) | 3161(h)(7)(A) (ends-of-justice) | 4/27/2022 | Incorporated in above |
| 2/4/22 | Order granted EOJ (ECF No. 174 | 3161(h)(7)(A) (ends-of-justice) | 7/26/2022 | 90 days excluded |
| 4/26/22 | Motion for EOJ (ECF No. 193) | 3161(h)(7)(A) (ends-of-justice) | 7/26/2022 | Incorporated in above |
| 5/12/22 | Order granting EOJ | 3161(h)(7)(A) (ends-of-justice) | 1/22/23 | 180 days excluded |
| 10/28/22 – 1/26/23 | Order granting James Motion and Setting Hearing | 3161(h)(1)(d) | 4/22/23 | 90 days excluded |
| 12/1/2022 – 1/31/2023 | Motions Relating to Appointment of Counsel | 3161(h)(1)(d) | 4/22/23 | Incorporated in above |

Respectfully submitted this 7th day of February, 2023.

                              COLE FINEGAN
                              United States Attorney

| By:  /s/ Bryan Fields | By:  /s/ Albert Buchman |
|---|---|
| Bryan Fields | Albert Buchman |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Al.Buchman@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

BOWLING & SCHALL LLC

By:  /s/ Jason D. Schall
Jason D. Schall
7350 E Progress Place, Suite 100
Greenwood Village, CO 80111
Telephone: 720-505-3861
E-mail: jason@bowsch.com
Attorney for Defendant Michael Aaron Tew

STIMSON LABRANCHE HUBBARD

By:  /s/ David S. Kaplan
David S. Kaplan
1652 N. Downing Street
Denver, CO 80218
Telephone: 720-689-8909
Facsimile: 720-689-8909
E-mail: kaplan@slhlegal.com
Attorney for Defendant Kimberley Ann Tew

4

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Bryan Fields*
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this filing has no effect on the speedy trial clock.

*/s/ Bryan Fields*
Bryan Fields

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 7th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

      */s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0403
E-mail:  Bryan.Fields3@usdoj.gov
Attorney for the United States