IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Michael Aaron Tew respectfully asks that the Court modify his conditions of pre-trial release by removing his restriction from co-mingling personal and business funds. In support of this Motion, Mr. Tew submits the following:

    1.    On July 9, 2020, defendant Michael Tew made his initial appearance in this matter and was granted pre-trial release. (*See* ECF 7 and 9.)

    2.    Since that time, Mr. Tew has remained in compliance with the conditions of his release.

    3.    Pursuant to a Criminal Justice Act appointment, undersigned counsel entered his appearance on behalf of Mr. Tew on January 31, 2023.

    4.    Condition 7(x)(w) of Mr. Tew's Conditions of Release states that Mr. Tew "shall not co-mingle personal and business funds." (ECF 9 at 3.) While on its face this condition seems straightforward, in practice it contradicts the reality that Mr. Tew faces: he only has one bank account for any transactions, whether personal or related to his employment, and for both practical reasons and his conditions of release is unable to open any new accounts during the

pendency of this case.

5.  This issue was identified by Mr. Tew's supervising officer, U.S.P.O. Seth Junker, during Mr. Junker's review of financial records provided by Mr. Tew pursuant to his conditions of release.

6.  Mr. Tew respectfully requests that the Court modify his conditions of release by striking condition 7(x)(w).

7.  Assistant U.S. Attorney Bryan Fields has been advised of this Motion and stated that he is unopposed to Mr. Tew's request.

Respectfully submitted this 17th day of February, 2023.

                                    /s/   Jason D. Schall
                                    Jason D. Schall
                                    BOWLIN & SCHALL LLC
                                    7350 E Progress Pl Ste 100
                                    Greenwood Village, CO 80111
                                    Telephone: (720) 505-3861
                                    E-mail: jason@bowsch.com
                                    Attorney for defendant Michael Aaron Tew

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Jason D. Schall
Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

/s/ Jason D. Schall
Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> AUSA Bryan Fields
> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Bryan.Fields3@usdoj.gov
>
> David Kaplan
> Stimson LaBranche Hubbard, LLC
> 1652 North Downing Street
> Denver, CO 80203
> (720) 689-8909
> kaplan@slhlegal.com
> *Attorney for Kimberley Ann Tew*
>
> Michael John Tallon
> 401 Stony Brook Road

Rush, NY 14543-9419
(585) 329-8139
mtallon@tallonlaw.com
*Attorney for Jonathan K. Yioulos*

I hereby certify that I will mail or serve the filing to the following participants:

Mr. Michael Aaron Tew (defendant)


    */s/   Jason D. Schall*
Jason D. Schall