| | |
|---|---|
| UNITED STATES OF AMERICA, | UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER ADJOURNING SENTENCING OF DEFENDANT YIOULOS AND PERMISSION TO APPLY FOR PASSPPORT |
| Plaintiff | |
| v. | |
| JONATHAN K. YIOULOS, | |
| Defendant | |

PLEASE TAKE NOTICE that upon the Declaration of Michael J. Tallon, Attorney for Defendant Jonathan K. Yioulos, attached hereto and all papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

An Order (1) adjourning his sentencing currently scheduled for March 29, 2023, at 10:30 a.m. to a date and time on or after mid-February of 2024 and (2) granting permission to Mr. Yioulos to apply for a passport reserving any possible use of the passport to a separate application.

Dated: March 22, 2023
At:    Rush, NY

                                      MICHAEL J. TALLON
                                      New York Bar No. 1752781

                                      Email: mtallon@tallonlaw.com

                                      Rush, New York 14543

                                      Phone: (585) 329-8139

                                      **ATTORNEY FOR DEFENDANT**
                                      **JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of Defendant Jonathan K. Yioulos and Permission to Defendant Yioulos to apply for a Passport

Page 1 of 4

**Michael J. Tallon,** being duly sworn, pursuant to 28 U.S.C. §1746(2), declares under penalties of perjury that:

1. I am an attorney licensed in the State of New York since 1979 and I am admitted to practice before the United States District Court for the State of Colorado.

2. I represent Jonathan K. Yioulos.

3. Defendant Yioulos respectfully requests that his sentencing presently scheduled for March 29, 2023, at 10:30 a.m. be adjourned until sometime after mid-February of 2024 at the Court's convenience. This adjournment will facilitate Mr. Yioulos' continued cooperation with the government which he agreed to provide as part of his agreement with the government including trial testimony in the prospective trial of co-defendants, Michael Aaron Tew and Kimberley Ann Tew who were granted adjournments of their trial by this Court's orders on March 17, 2023 (ECF 318 and 317, respectively) until February 5, 2024. The Office of the United States Attorney does not oppose Defendant Yioulos' motion.

4. Defendant Yioulos respectfully requests that that the Court permit him to apply for a United States passport. The practice in the Western District of New York has been for me, as both counsel to Defendant Yioulos and as an officer of the District Court of Colorado and the District Court of the Western District of New York to possess the passport and release it only upon the Court approving travel and, thereafter, upon the return of a defendant take prompt possession of the passport and advise the Office of the United States Attorney and the Probation and Pre-Trial Release of that fact.

5. If approved, Defendant Yioulos and his spouse anticipate proposing travel to the Caribbean without children this summer to celebrate their union during August of 2020. Any travel proposed will not interfere with any ongoing cooperation with the Government by

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                                                 Page 2 of 4

Defendant Yioulos.

Sworn to under penalty of perjury pursuant to 28 U.S.C §1746(2).

Dated: March 22, 2023
At: Rush, New York

Respectfully submitted,

*/s/ Michael J. Tallon*

MICHAEL J. TALLON
New York Bar No. 1752781

Email: mtallon@tallonlaw.com

Rush, New York 14543

Phone: (585) 329-8139

**ATTORNEY FOR DEFENDANT
JONATHAN K. YIOULOS**

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-CR-00305-DDD |
| Plaintiff | UNOPPOSED MOTION UPON ATTORNEY DECLARATION SEEKING ORDER ADJOURNING SENTENCING OF DEFENDANT YIOULOS |
| v. | |
| JONATHAN K. YIOULOS, | |
| Defendant | |

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Michael J. Tallon

MICHAEL J. TALLON
New York Bar No. 1752781

Email: mtallon@tallonlaw.com

401 Stony Brook Road,

Rush, New York 14543

Phone: (585) 329-8139

**ATTORNEY FOR DEFENDANT
JONATHAN K. YIOULOS**

Unopposed Motion for Adjournment of Sentencing of
Defendant Jonathan K. Yioulos
1:20-cr-00305-DDD                                                                                  Page 4 of 4