## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3. JONATHAN K. YIOULOS,

        Defendant.

---

## UNOPPOSED MOTION SEEKING AN ORDER PERMITTING
## TRAVEL BEYOND PRE-TRIAL RELEASE ORDER AT PARAGRAPH 9

---

**PLEASE TAKE NOTICE,** that upon the Declaration of Michael J. Tallon, Attorney for the Defendant, Jonathan K. Yioulos, attached hereto and all prior papers and proceedings had herein, Mr. Yioulos moves this Court for the following unopposed relief:

1.    An order permitting Defendant Yioulos to travel with Kristina Lighten, children and one grandparent, to Sarasota, Florida on Thursday, March 30th to lodge with a relative in Sarasota and return on Thursday, April 6th to Buffalo, New York.

2.    This application and the details of the proposed travel have been provided in my letter dated March 27, 2023, reviewed, and approved by both the Office of the United States Attorney for the State of Colorado, by and through Assistant United States Attorneys Fields and by the United States Probation and Pretrial Services Office, by and through Probation Officers Mamizuka (WDNY) and Torres (DCO). Mr. Yioulos shall promptly provide to USPO Mamizuka of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans, shall contact USPO Mamizuka as directed during the time

USA v Yioulos Filing of Unopposed Motion to Travel to and lodge in Sarasota, Florida from March 30th through April 6th, 2023

Page 1 of 5

of approved travel.

DATED: March 27, 2023

AT:      Rush, New York

Respectfully submitted,

<u>s/ Michael J. Tallon, Attorney</u>

401 Stony Brook Road,

Rush, New York 14543-9419

Telephone: (585) 329-8139

<u>mtallon@tallonlaw.com</u>

Attorney for Jonathan K. Yioulos

### **Declaration of Michael J. Tallon**

Michael J. Tallon, being duly sworn, pursuant to 28 U.S.C. Section 1746(2), declares under penalty of perjury that:

1.      I am an attorney duly licensed in the State of New York since 1979 and have been recently admitted to practice before the United States District Court for the State of Colorado.

### **Introduction**

2.      I represent Jonathan K. Yioulos in this matter. His arraignment occurred on Tuesday afternoon, February 9, 2021, before this Court. The parties agreed on the terms and conditions of release and a pretrial release order was signed which included a travel restriction at Paragraph 9 limiting Mr. Yioulos' travel to the State of New York and to

and from Colorado solely for court purposes unless prior permission is granted by the Court.

      3.    Mr. Yioulos proposes to travel with Kristina Lighten, children and a grandparent. The details about flight arrangements and lodging in Sarasota, Florida have been provided in my letter dated January 20, 2023, to the Office of the United States Attorney and the United States Pretrial and Probation Services. Both offices consent to the proposed travel requested in this motion.

4.    Mr. Yioulos shall promptly provide to USPO Mamizuka of the United States Pretrial and Probation Services with the Western District of New York any changes to his travel plans and shall contact USPO Mamizuka as directed by USPO Mamizuka during the time of approved travel.

      5.    Accordingly, unless the Court requests further information, or any clarification, Mr. Yioulos requests that the Court issue an order permitting this travel.

      6.    Upon Mr. Yioulos 'return, if it is the practice of this Court, Mr. Yioulos will advise United States Probation Officer Mamizuka in writing that Mr. Yioulos has returned to the State of New York.

      Sworn to under penalties of perjury pursuant to 28 U.S.C. Section 1746(2)

Dated: March 27, 2023
At:    Rush, NY

               s/ Michael J. Tallon, Attorney
               401 Stony Brook Road,
               Rush, New York 14543-9419
               Telephone: (585) 329-8139
               mtallon@tallonlaw.com
               Attorney for Jonathan K. Yioulos

TO:   Bryan D. Fields, Assistant United States
Attorney
Albert C. Buchman, Assistant United States
Attorney

Brian Mamizuka, United States Probation Officer (New York)

Desirae Torres, United States Probation Officer (Colorado)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

V.

JONATHAN K.
YIOULOS,
              Defendant
.

Case No. 20-cr-00305-DDD-3

UNOPPOSED MOTION UPON
ATTORNEY DECLARATION
SEEKING ORDER PERMITTING
TRAVEL BEYOND PRE-TRIAL
RELEASE ORDER AT PARAGRAPH
9

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Michael J. Tallon, Attorney
401 Stony Brook Road,
Rush, New York 14543-9419
Telephone: (585) 329-8139
mtallon@tallonlaw.com
Attorney for Jonathan K. Yioulos