IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

COMES NOW, Richard K. Kornfeld of Recht Kornfeld, P.C. hereby enters his appearance as counsel for the above-named Defendant Yioulos and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Richard K. Kornfeld*
RICHARD K. KORNFELD
Attorney for Defendant Yioulos
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
rick@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Kate Sorice*