# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CRIMINAL ACTION NO. 20-CR-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

3. JONATHAN K. YIOULOS,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** Defendant Jonathan K. Yioulos who, by and through his attorney, Michael J. Tallon, files this Motion for Attorney Tallon to withdraw as Counsel of record for Jonathan K. Yioulos. Defendant Yioulos and Counsel Tallon jointly state in support of this motion:

1. Counsel Tallon has represented Defendant Yioulos since July 16, 2020 in the criminal investigation leading to the captioned criminal matter.

2. Counsel Tallon and Defendant Yioulos have discussed his ongoing representation through the sentencing proceeding now scheduled on March 5, 2024 after the conclusion of the trial of his co-defendants now scheduled to commence on February 5, 2024. Both Counsel Tallon and Defendant Yioulos after discussion agreed that it would the best interest of Defendant Yioulos for the Defendant to engage substitute counsel.

3. Defendant Yioulos has retained Richard K. Kornfeld and his law firm, Recht Kornfeld,

P.C., to represent him henceforward in this criminal matter. Counsel Kornfeld has filed a Notice of Appearance on July 7, 2023 filed as Document Number 333.

4. The substitution of Counsel Tallon by Counsel Kornfeld shall not affect the scheduling of any prospective proceeding in the captioned matter.

5. Counsel Tallon, therefore, requests an Order permitting his withdrawal as Counsel and further requests that the Court terminate electronic service to Michael J. Tallon and remove his name as the designated attorney for Jonathan K. Yioulos.

**WHEREFORE**, Defendant Yioulos and Counsel Tallon respectfully request the Court grant the Motion for Counsel Tallon to Withdraw as Counsel for Defendant Jonathan K. Yioulos.

DATED: July 7, 2023
AT:     Rush, New York

Respectfully submitted,

/s/ Michael J. Tallon, Attorney
401 Stony Brook Road,
Rush, New York 14543-9419
Telephone: (585) 329-8139
mtallon@tallonlaw.com
Attorney for Jonathan K. Yioulos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA          Case No. 20-cr-00305-DDD-3

V.

JONATHAN K. YIUOLOS

          Defendant

### CERTIFICATE OF SERVICE for

### MOTION TO WITHDRAW AS COUNSEL

I hereby certify that on this 7th day of July 2023, I electronically filed the foregoing **Motion to Withdraw as Counsel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

          s/ Michael J. Tallon, Attorney
          401 Stony Brook Road,
          Rush, New York 14543-9419
          Telephone: (585) 329-8139
          mtallon@tallonlaw.com
          Attorney for Jonathan K. Yioulos