IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

   Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

   Defendant.

_____

**Unopposed Motion for an Extension of Defendants' Date for the Filing of Pre-Trial Motions**

_____

David S. Kaplan of the law firm Stimson LaBranche Hubbard, LLC submits this *Unopposed Motion for an Extension of Defendants' Date for the Filing of Pre-Trial Motions* and as grounds states the following:

1.     On February 3, 2021 a 60-count indictment was filed in the United States District Court for the District of Colorado naming Michael Aaron Tew, Kimberley Ann Tew and Jonathan K. Yioulos as defendants.  Ms. Kimberly Tew was charged in Count One, conspiracy to commit wire fraud in violation of 18 U.S.C. §1343 and 7 counts of wire fraud in violation of 18 U.S.C. §1343 and 18 U.S.C. § 2.

2.     Counsel for Ms. Tew entered his appearance on January 3, 2023 (Doc. #209).

3.     On February 3, 2023 Jason Schall, attorney for Defendant Michael Tew, filed a motion to continue the trial set for March 13, 2023. (Doc. #309). Counsel for Ms. Tew filed an Unopposed Motion for an Ends of Justice Continuance Pursuant to 18

U.S.C.§3161 (h)(7) on March 13, 2023 (Doc. #315).  The motion detailed the extent of discovery that needed to be reviewed.  Since the filing of the motion counsel has recognized that the volume of discovery exceeded that which was described in the motion.

4.     The court issued orders granting both Defendants' motion to continue on March 17, 2023 (Docs. #317 and #318).  An eight-day trial was reset to commence on February 5, 2024.  September 13, 2023 was set for the filing of pretrial motions with responses due September 20, 2023.  A Trial Preparation Conference is also set for January 30, 2024.

5.     Counsel has substantially reviewed the discovery.  Motions by prior counsel were filed, argued on October 12, 2022, with the court entering rulings at the close of the hearing (Doc. #255) and issuing orders regarding those motions taken under advisement on October 12, 2022 (Docs. #258, #259, #260, #261, #262).

6.     Counsel is requesting an additional 30 days to determine if any additional motions need to be filed.

7.     Counsel has also been engaged in discussions with the government regarding a possible disposition of the case.  Those discussions are ongoing with the desire to resolve the case without the need of additional litigation or the expenditure of resources.

8.     The parties have previously agreed to file a joint status report on October 13, 2023 either indicating the resolution of any evidentiary issues related to a *James* hearing or will have narrowed the scope of any such hearing (Doc. #314).

2

9.      Counsel for Mr. Tew along with counsel for the government have been contacted regarding this request and has no objection to it being granted.

10.     Allowing for additional time to contemplate additional motions would not impact the remaining dates set for the trial of this matter.

WHEREFORE, it is requested this motion be granted providing an additional 30 days, to October 13, 2023, for the filing of pre-trial defense motions with the government being given 7 days to respond.  Issues of a *James* hearing will be further addressed in a joint status report provided the court on October 13, 2023.

Dated: September 12, 2023.

Respectfully submitted,


*s/ David S. Kaplan*
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   kaplan@slhlegal.com

*Attorney for Kimberley Ann Tew*

**Certificate of Service**

I certify that on September 12, 2023, I electronically filed the foregoing *Unopposed Motion for an Extension of Defendants' Date for the Filing of Pre-Trial Motions* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Albert Buchman
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
al.buchman@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com
*Counsel for Michael Tew*

*s/ Brenda Rodriguez*
Brenda Rodriguez

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), defense counsel notes that this filing has no effect on the speedy trial clock.

*s/ David S. Kaplan*
David S. Kaplan

4