IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S
PRE-TRIAL MOTIONS DEADLINE**

---

Defendant Michael Aaron Tew respectfully asks that the Court extend his deadline for filing pre-trial motions for a period of 30 days until on or about October 13, 2023 ("Motion"). In support of this Motion, Mr. Tew submits the following:

1. On March 17, 2023, the Court granted the remaining defendants' motions to continue (ECF 317, 318), setting trial to begin on February 5, 2024, and establishing September 13, 2023, as the deadline for the filing of any additional pre-trial motions.

2. Undersigned counsel has exercised due diligence in reviewing voluminous discovery in this case, as well as all previous motions litigated by prior counsel and ruled on by the Court. (*See* ECFs 258-262.) However, like counsel for co-defendant Kimberley Tew, undersigned counsel requests a 30-day extension of the pre-trial motions deadline until on or about October 13, 2023, to determine if any additional motions are meritorious, including whether a hearing on Mr. Tew's prior *James* motion must be set. Earlier today, counsel for defendant Kimberely Tew also requested a 30-day extension of the pre-trial motions deadline. (ECF 336).

3. Such an extension will also allow counsel to engage in discussions with the government regarding a possible disposition of the case and before any additional motions must be filed and/or the parties must ask that a *James* hearing be set. Those discussions are ongoing.

4. Both Assistant U.S. Attorney Bryan Fields and Mr. David Kaplan, counsel for co-defendant Kimberley Tew have been advised of this Motion and neither is opposed to Mr. Tew's request.

DATED this 12th day of September, 2023.

/s/ *Jason D. Schall*
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E Progress Pl Ste 100
Greenwood Village, CO 80111
Telephone: (720) 505-3861
E-mail: jason@bowsch.com
Attorney for defendant Michael Aaron Tew

**CERTIFICATE OF CONFORMITY**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                                    */s/   Jason D. Schall*
                                                    Jason D. Schall

**STATEMENT OF SPEEDY TRIAL IMPACT**

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

                                                    */s/   Jason D. Schall*
                                                    Jason D. Schall

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| AUSA Bryan Fields | David Kaplan |
| U.S. Attorney's Office | Stimson LaBranche Hubbard, LLC |
| 1801 California Street, Suite 1600 | 1652 North Downing Street |
| Denver, CO 80202 | Denver, CO 80203 |
| (303) 454-0100 | (720) 689-8909 |
| Bryan.Fields3@usdoj.gov | kaplan@slhlegal.com |
| | *Attorney for Kimberley Ann Tew* |

I hereby certify that I will mail or serve the filing to the following participants:

      Mr. Michael Aaron Tew (defendant)

                                                    */s/   Jason D. Schall*
                                                    Jason D. Schall