Account Owners and Signors for Relevant Bank Accounts

| Institution | Last 4 Digits of Bank Account | Account Signor, Authorized User or Owner | Account Status (Approximate dates) |
|---|---|---|---|
| ANB Bank | 3099 | M███ M███ | Opened 12/05/2018. Account closed 01/03/2019 |
| Access National Bank | 5965 | P███ M███ Signor ███ W███ | Opened 09/18/2014. Account reviewed through 05/17/2019 |
| BBVA Compass | 0987 | 5530 J███ D███ Authorized Signor C███ R███ | Opened 03/08/2018. Account closed 05/31/2019 |
| Guaranty Bank and Trust | 7867 | Michael A Tew | Opened 07/09/2018 Account closed 09/25/2018 |
| Navy Federal Credit Union | 8486 | Kimberley Tew and Michael Tew | Opened 01/07/2019. Account reviewed through 06/16/2020 |
| Navy Federal Credit Union | 5336 | Michael Tew | Opened 03/17/2019. Account reviewed through 07/06/2020 |
| Navy Federal Credit Union | 3094 | Global Fuel Logistics Inc. Owner Michael Tew | Opened 06/08/2020. Account reviewed through 07/08/2020 |
| Regions Bank Account | 4514 | M███ M███ | Opened 03/22/2018. Account closed 12/06/2018 |
| Wells Fargo | 6934 | Sand Hill LLC Authorized Signor Michael A Tew | Opened 05/02/2019. Account closed 03/26/2020 |
| Wells Fargo | 2064 | Global Fuel Logistics, Inc. Authorized Signor Michael A Tew | Opened 08/29/2019. Account closed 03/26/2020 |
| Signature Bank | 5545 | National Air Cargo Group, Inc. | Opened 10/31/2017. Account reviewed through 07/31/2020 |
| Signature Bank | 5529 | National Air Cargo Holdings, Inc. | Opened 11/05/2016. Account reviewed through 07/31/2020 |

Additional Bank Accounts with transfers from Relevant Bank Accounts,
ATM Withdrawals, Cash Withdrawals, and Cryptocurrency Activities

| Institution | Last 4 Digits of Bank Account | Account Signor, Authorized User or Owner | Account Status (Approximate dates) |
|---|---|---|---|
| Access National Bank | 5965 | P███ M███ Signor L███████ W█ | Opened 09/18/2014. Account reviewed through 05/17/2019 |
| ANB Bank | 3099 | M███ M███ | Opened 12/05/2018. Account closed 01/03/2019 |
| BBVA Compass | 0987 | 5530 J██████ e D███████ Authorized Signor C█████ R██████ | Opened 03/08/2018. Account closed 05/31/2019 |
| BBVA Compass | 3317 | Kimberley Tew | Opened 01/23/2018. Account reviewed through 11/30/2019. |
| Guaranty Bank and Trust | 7867 | Michael A Tew | Opened 07/09/2018. Account closed 09/25/2018 |
| Navy Federal Credit Union | 0481 | Kimberley Tew | Opened 09/14/2019. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 0556 | Kimberley Tew | Opened 09/17/2019. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 0572 | Kimberley Tew | Opened 09/17/2019. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 0648 | Michael Tew | Opened 09/14/2019. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 3009 | Kimberley Tew | Opened 09/14/2019. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 3094 | Global Fuel Logistics Inc. Owner Michael Tew | Opened 06/08/2020. Account reviewed through 07/08/2020 |
| Navy Federal Credit Union | 3494 | Michael Tew | Opened 01/08/2019. Account reviewed through 06/16/2020. |

| Institution | Last 4 Digits of Bank Account | Account Signor, Authorized User or Owner | Account Status (Approximate dates) |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| Navy Federal Credit Union | 4371 | Kimberley Tew | Opened 05/17/2020. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 4397 | Michael Tew | Opened 05/17/2020. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 4405 | Kimberley Tew | Opened 05/17/2020. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 4421 | Michael Tew | Opened 05/17/2020. Account closed 06/16/2020. |
| Navy Federal Credit Union | 4439 | Michael Tew | Opened 05/17/2020. Account closed 06/16/2020. |
| Navy Federal Credit Union | 4496 | Kimberley Tew | Opened 05/17/2020. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 4602 | Kimberley Tew | Opened 03/17/2019. Account reviewed through 06/16/2020. |
| ███ | ███ | ███ | ███ |
| Navy Federal Credit Union | 4917 | Kimberley Tew | Opened 03/17/2019. Account reviewed through 06/16/2020. |
| Navy Federal Credit Union | 5336 | Michael Tew | Opened 03/17/2019. Account reviewed through 07/06/2020 |
| ███ | ███ | ███ | ███ |

| Institution | Last 4 Digits of Bank Account | Account Signor, Authorized User or Owner | Account Status (Approximate dates) |
|---|---|---|---|
| Navy Federal Credit Union | 6337 | Michael Tew | Opened 01/08/2019. Account closed 06/16/2020. |
| Navy Federal Credit Union | 8486 | Kimberley Tew and Michael Tew | Opened 01/07/2019. Account reviewed through 06/16/2020 |
| Navy Federal Credit Union | 8829 | Global Fuel Logistics Inc. Owner Michael Tew | Opened 06/08/2020. Account reviewed through 06/30/2020. |
| Navy Federal Credit Union | 9148 | Kimberley Tew | Opened 01/07/2019. Account closed 06/16/2020. |
| Navy Federal Credit Union | 9457 | Kimberley Tew and Michael Tew | Opened 01/07/2019. Account reviewed through 06/16/2020. |
| Regions Bank Account | 4514 | M▮▮▮ M▮▮▮ | Opened 03/22/2018. Account closed 12/06/2018 |
| Wells Fargo | 2064 | Global Fuel Logistics, Inc. Authorized Signor Michael A Tew | Opened 08/29/2019. Account closed 03/26/2020 |
| Wells Fargo | 6934 | Sand Hill LLC Authorized Signor Michael A Tew | Opened 05/02/2019. Account closed 03/26/2020 |
| Signature Bank | 5545 | National Air Cargo Group, Inc. | Opened 10/31/2017. Account reviewed through 07/31/2020 |
| Signature Bank | 5529 | National Air Cargo Holdings, Inc. | Opened 11/05/2016. Account reviewed through 07/31/2020 |