## Payments of Fraudulent Invoices by NAC between August 2018 and July 2020

| Company | 2018 Qtr3 | 2018 Qtr4 | 2019 Qtr1 | 2019 Qtr2 | 2019 Qtr3 | 2019 Qtr4 | 2020 Qtr1 | 2020 Qtr2 | 2020 Qtr3 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| H▮▮a S▮▮ CPA | $50,000.00 3 Payments | | | | | | | | | $ 50,000.00 |
| 5530 ▮▮▮ D▮▮▮t | $75,000.00 5 Payments | $30,000.00 1 Payment | | | | | | | | $ 105,000.00 |
| M▮▮ ▮ G▮ | | $110,125.00 5 Payments | | | | | | | | $ 110,125.00 |
| P▮▮ I M▮ | | $21,250.00 1 Payment | $267,962.50 11 Payments | $551,665.00 22 Payments | $59,675.00 4 Payments | | | | | $ 900,552.50 |
| Global Fuel Logistics | | | | | $446,000.00 14 Payments | | | $847,338.00 12 Payments | $95,000.00 1 Payment | $ 1,388,338.00 |
| Aero Maintenance Resources | | | | | $329,200.00 8 Payments | $810,500.00 22 Payments | $682,055.00 22 Payments | $648,108.00 10 Payments | | $ 2,469,863.00 |
| Grand Total | $125,000.00 | $161,375.00 | $267,962.50 | $551,665.00 | $834,875.00 | $810,500.00 | $682,055.00 | $1,495,446.00 | $95,000.00 | $ 5,023,878.50 |