Deposits of Fraudulent Invoices by NAC between August 2018 and July 2020

| Bank Account | 2018 | | 2019 | | | | 2020 | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Qtr3 | Qtr4 | Qtr1 | Qtr2 | Qtr3 | Qtr4 | Qtr1 | Qtr2 | Qtr3 | |
| M▮▮▮l M▮▮▮ (ANB3099) | | $40,125.00<br>2 Payment | | | | | | | | $40,125.00 |
| P▮▮ l M▮<br>L▮▮▮▮ W▮▮ (ANB5965) | | $21,250.00<br>1 Payment | $20,250.00<br>1 Payment | | | | | | | $41,500.00 |
| 5530 J▮▮▮▮ e D▮<br>Authorized Signor C▮▮▮n R▮▮ (BBVA0987) | | $30,000.00<br>1 Payment | | | | | | | | $30,000.00 |
| Michael A Tew (GB7867) | $50,000.00<br>3 Payments | | | | | | | | | $50,000.00 |
| 5530 J▮▮▮▮ e D▮ (JPMC2171) | $75,000.00<br>5 Payments | | | | | | | | | $75,000.00 |
| Global Fuel Logistics Inc.<br>Owner Michael Tew (NFCU3094) | | | | | | | | $460,865.00<br>5 Payments | $95,000.00<br>1 Payment | $555,865.00 |
| Michael Tew (NFCU5336) | | | | | $231,450.00<br>7 Payments | $339,100.00<br>11 Payments | $478,600.00<br>17 Payments | $1,034,581.00<br>17 Payments | | $2,083,731.00 |
| Kimberley Tew and Michael Tew (NFCU8486) | | | $247,712.50<br>10 Payments | $521,665.00<br>21 Payments | | | | | | $769,377.50 |
| Michael Meyers (RB4514) | | $70,000.00<br>3 Payments | | | | | | | | $70,000.00 |
| Global Fuel Logistics, Inc.<br>Authorized Signor Michael A Tew (WF2064) | | | | | $45,000.00<br>1 Payment | $246,150.00<br>6 Payments | $203,455.00<br>5 Payments | | | $494,605.00 |
| Sand Hill LLC<br>Authorized Signor Michael A Tew (WF6934) | | | | $30,000.00<br>1 Payment | $558,425.00<br>18 Payments | $225,250.00<br>5 Payments | | | | $813,675.00 |
| Grand Total | $125,000.00 | $161,375.00 | $267,962.50 | $551,665.00 | $834,875.00 | $810,500.00 | $682,055.00 | $1,495,446.00 | $95,000.00 | $5,023,878.50 |