*USA v. Tew, et al.*, Case No. 20-cr-000305-DDD

Defendant Kimberley Tew's Response/Objection to Government's *James* Log

| ENTRY | DATE | DECLARANT(S) | RESPONSE/OBJECTION |
|---|---|---|---|
| 1 | 8/7/18 | Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 2 | 8/7/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 3 | 8/8/18 | Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 4 | 8/8/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 5 | 8/9/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 6 | 8/13/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 7 | 8/14/18 | Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |

Exhibit 1

| 8 | 8/14/18 | Jonathan Yioulos | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 9 | 8/18/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 10 | 8/21/18 | Jonathan Yioulos | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 11 | 8/22/18 | C.R. / Jonathan Yioulos | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 12 | 8/22/18 | Jonathan Yioulos | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 13 | 8/22/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 14 | 8/23/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 15 | 08/23/18 | Jonathan Yioulos / C.R. | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |

Exhibit 1

| 16 | 08/24/18 | Jonathan Yioulos | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 17 | 8/27/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 18 | 8/30/18 | Jonathan Yioulos | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 19 | 8/30/18 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. Government has not shown Kimberley Tew a member of the alleged conspiracy. |
| 20 | 8/30/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 21 | 8/31/18 | Jonathan Yioulos / Michael Tew | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 22 | 9/1/18 | Jonathan Yioulos | Government has not shown Kimberley Tew is a member of the alleged conspiracy. |
| 28 | 9/10/18 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |

Exhibit 1

| 34 | 9/18/18 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
|---|---|---|---|
| 35 | 9/13/18 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
| 37 | 9/18/18 | Jonathan Yioulos | Government has not shown statement made in furtherance of the conspiracy. |
| 46 | 10/25/18 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
| 51 | 10/30/18 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
| 79 | 12/1/18 | Jonthan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
| 85 | 12/6/18 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
| 108 | 1/17/19 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |

Exhibit 1

| 115 | 2/7/19 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
|---|---|---|---|
| 118 | 2/19/19 | Jonathan Yioulos | Government has not shown Kimberley Tew received these messages therefore not statements in furtherance of the conspiracy. |
| 144 | 4/6/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 150 | 4/9/19 | Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 153 | 4/12/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 155 | 4/16/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 157 | 4/18/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 163 | 4/15/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |

Exhibit 1

| 203 | 7/5/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 284 | 10/25/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 285 | 10/31/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy.  Statements aare protected by spousal privilege. |
| 300 | 12/7/19 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy.  Statements are protected by spousal privilege. |
| 370 | 6/30/20 | Michael Tew / Kimberley Tew | Government has not shown Kimberley Tew's statements are in furtherance of the conspiracy. Statements are protected by spousal privilege. |
| 374 | 7/7/20 | Jonathan Yioulos / Michael Tew | Government has not shown Michael Tew's statements were in furtherance of the conspiracy. |
| 375 | 7/8/20 | Jonathan Yioulos / Michael Tew | Government has not shown Michael Tew's statements were in furtherance of the conspiracy. |
| 376 | 7/8/20 | Jonathan Yioulos / Michael Tew | Government has not shown Michael Tew's statements were in furtherance of the conspiracy. |

Exhibit 1