# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### Judge Daniel D. Domenico

Case No.  20-cr-00305-DDD                    Date: December 19, 2023

Case Title: United States of America v. Tew, et al.

## GOVERNMENT'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Special Agent Lisa Palmer, Internal Revenue Service | 3 hours |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |