# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

---

## UNOPPOSED MOTION TO PERMIT OUT-OF-STATE TRAVEL

---

    Defendant Michael Aaron Tew respectfully asks that the Court grant him permission to travel to Los Angeles, California (Central District of California) on a family holiday vacation. In support of this Motion, Mr. Tew submits the following:

    1.    On July 9, 2020, defendant Michael Tew made his initial appearance in this matter and was granted pre-trial release. (*See* ECF 7 and 9.)

    2.    Since that time, Mr. Tew has remained in compliance with the conditions of his release.

    3.    Condition 7(f) of Mr. Tew's Conditions of Release restricts Mr. Tew's travel "to the State of Colorado unless prior permission is granted by the Court." (ECF 9 at 2.)

    4.    Mr. Tew wishes to travel with his wife, co-defendant Kimberley Tew, and their young family to Los Angeles, California, over his daughter's Christmas break from school to attend Universal Studios. Mr. Tew's proposed itinerary includes flying commercially from Denver, Colorado to Los Angeles, California and staying at a hotel in the Los Angeles area.

Though Mr. Tew has not confirmed travel arrangements, he asks for permission to travel between on or about Friday, December 22, 2023, and on or about Wednesday, January 3, 2024. Once finalized, Mr. Tew will provide their completed travel itineraries, including documentation for flights and where they will be staying, directly to their supervising officer, U.S.P.O. Colin Linde.

5. In November 2022, Mr. Tew and his family previously requested (ECF 267) and were granted (ECF No. 268) permission to travel to Michigan.

6. In June 2023, Mr. Tew and his family previously requested (ECF 329) and were granted (ECF 330) permission to travel to Michigan.

7. Assistant U.S. Attorney Bryan Fields has been advised of this Motion and stated that he is unopposed to Mr. Tew's request.

8. U.S.P.O. Colin Linde has also been advised of this Motion and stated that he is unopposed to Mr. Tew's request.

9. Mr. Tew respectfully asks that the Court grant him permission to travel to the Central District of California (Los Angeles, California) from on or about December 22, 2023, through on or about January 3, 2024.

DATED this 19th day of December, 2023.

     /s/ Jason D. Schall
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E Progress Pl Ste 100
Greenwood Village, CO 80111
Telephone: (720) 505-3861
E-mail: jason@bowsch.com
Attorney for Michael Aaron Tew

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                               /s/ Jason D. Schall
                                               Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

                                               /s/ Jason D. Schall
                                               Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> AUSA Bryan Fields
> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Bryan.Fields3@usdoj.gov
>
> David Kaplan / Jaime Hubbard
> Stimson LaBranche Hubbard, LLC
> 1652 North Downing Street
> Denver, CO 80203
> (720) 689-8909
> kaplan@slhlegal.com / hubbard@slhlegal.com
> *Attorneys for Kimberley Ann Tew*

I hereby certify that I will mail or serve the filing to the following participants:
        Mr. Michael Aaron Tew (defendant)

                                                 /s/ Jason D. Schall
                                               Jason D. Schall