IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,
2. KIMBERLEY ANN TEW, and
3. JONATHAN K. YIOULOS,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 19th day of December, 2023.

                              COLE FINEGAN
                              United States Attorney

                By:    *s/ Sarah H. Weiss*
                              Sarah H. Weiss
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              Email: sarah.weiss@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 19th day of December, 2023, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                         By:  *s/Sarah H. Weiss*
                                 Assistant United States Attorney
                                 United States Attorney's Office