# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No. 20-cr-00305-DDD                    Date: December 19, 2023

Case Title: United States of America v. Tew, et al.

## GOVERNMENT'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Special Agent Lisa (and) Palmer, Internal Revenue Service | ① 12/19/23, 9:48  3 hours |