FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:19 pm, Jan 08, 2024
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW, and
2. KIMBERLY ANN TEW, a/k/a Kimberly Vertanen,

    Defendants.

## LIMITED ENTRY OF APPEARANCE

COMES NOW Lisa M. Saccomano, with the law firm of Kutak Rock LLP, hereby makes a limited entry of appearance on behalf of Atlantic Union Bank for the sole purpose of contesting this Court's personal jurisdiction over it and to quash the government's subpoena..

Respectfully submitted this 8th day of January, 2024.

    KUTAK ROCK LLP

    By: *s/ Lisa M. Saccomano*
        Lisa M. Saccomano (#45105)
        2001 16th Street, Suite 1800
        Denver, CO  80202
        Telephone:  (303) 297-2400
        Facsimile:  (303) 292-7799
        Email:  lisa.saccomano@kutakrock.com

    ATTORNEYS FOR ATLANTIC UNION BANK

4858-6863-1450.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 8th, 2024, I electronically served the foregoing **LIMITED ENTRY OF APPEARANCE** via the ECF filing service upon all counsel of record.

s/ *Tedi Zakas*
Tedi Zakas