IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW**;

2. KIMBERLY ANN TEW; and
   a/k/a Kimberley Vertanen

3. JONATHAN K. YIOULOS,

Defendants.

## NOTICE OF APPEARANCE

Kristen M. Frost hereby enters her appearance as counsel for Defendant Michael Aaron Tew.  Pursuant to D.C.COLO.L.AttnyR 5(a)(3)(C), undersigned counsel hereby certifies that she is a member in good standing of the bar of this court.

                        Respectfully submitted,

                        *s/ Kristen M. Frost*
                        Kristen M. Frost
                        RIDLEY, MCGREEVY & WINOCUR, P.C.
                        303 16th Street, Suite 200
                        Denver, Colorado  80202
                        Telephone:  (303) 629-9700
                        Facsimile:  (303) 629-9702
                        E-mail:   frost@ridleylaw.com
                        Attorney for Defendant Michael Tew

      I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of January, 2024, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** electronically with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to the Court and parties.

      *s/ Kristin McKinley*
      Kristin McKinley