IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## UNOPPOSED MOTION TO PRODUCE TRIAL EXHIBITS VIA ELECTRONIC MEANS

The parties have consulted with one another regarding logistical tasks related to the upcoming trial, such as the printing of proposed exhibits. In the weeks before trial, the government has provided the defendants with electronic sets of its exhibits. Those sets are updated periodically as the government continues its trial preparations. Given the parties facility with these electronic sets and the ease with which electronic exhibits can be presented in Court, the government proposes to produce only *one* paper set of the voluminous documentary exhibits that may be referenced and offered into evidence at the upcoming trial. That set would remain in the witness box (along with the availability to view the same exhibits on screen), to facilitate testimony. For everyone else — the government, defense counsel, and court personnel — the government proposes to provide thumb drives containing digital copies. The defendants do not oppose this motion. Because such a procedure will save

1

resources and avoid the cumbersome delays that come from flipping through massive multi-volume binder sets, the governments moves for an Order from the Court allowing the government to print only one paper set of exhibits for the upcoming trial.

COLE FINEGAN<br>United States Attorney

| | |
|---|---|
| By: */s/ Bryan Fields*<br>Bryan Fields<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1801 California St. Suite 1600<br>Denver, CO 80202<br>(303) 454-0100<br>Bryan.Fields3@usdoj.gov<br>Attorney for the Government | By: */s/ Sarah H. Weiss*<br>Sarah H. Weiss<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1801 California St. Suite 1600<br>Denver, CO 80202<br>(303) 454-0100<br>Sarah.Weiss@usdoj.gov<br>Attorney for the Government |

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Bryan Fields*
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because any resolution of it will be within the already-granted ends-of-justice continuances granted on March 17, 2023. ECF Nos. 317 and 318.

*/s/ Bryan Fields*
Bryan Fields

3

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 22nd day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to counsel of record in this case.

                                              s/ *Bryan Fields*
                                              Bryan Fields
                                              Assistant U.S. Attorney
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone 303-454-0100
                                              Facsimile 303-454-0402
                                              Bryan.Fields3@usdoj.gov