IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

　　Defendants.

## [PROPOSED] ORDER REGARDING UNOPPOSED MOTION TO PRODUCE TRIAL EXHIBITS VIA ELECTRONIC MEANS

This matter comes before the Court on the Government's Unopposed Motion to Produce Trial Exhibits via Electronic Means. Having reviewed the motion and being fully apprised of its circumstances, it is hereby

**ORDERED** that the Government's Unopposed Motion to Produce Trial Exhibits Via Electronic Means is **GRANTED;**

**IT IS FURTHER ORDERED** that the government shall provide one original paper set of its proposed exhibits for use at the upcoming trial in this matter, scheduled to begin on February 5, 2024.

**IT IS FURTHER ORDERED** that the government shall provide a complete set of its exhibits via electronic means to defense counsel and the Court on or before January 26, 2024.

DATED: _____

BY THE COURT:

_____
DANIEL D. DOMENICO
UNITED STATES DISTRICT JUDGE