IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
   a/ka Kimberley Vertanen,

    Defendants.

## GOVERNMENT'S LIST OF PROPOSED WITNESSES

The government hereby submits its preliminary list of proposed witnesses, along with estimates of the length of their testimony on direct examination.   The government reserves the right, with reasonable notice depending on the circumstances, to call additional witnesses should a need arise during trial or based on rulings made at the pretrial conference. The government also reserves the right

1

to submit a revised witness list as it continues to prepare testimony and develops better estimates of the time needed for direct examinations.

Respectfully submitted this 25th day of January, 2024.

                                              COLE FINEGAN
                                              United States Attorney

| By:   */s/ Bryan Fields* | By:   */s/ Sarah H. Weiss* |
|---|---|
| Bryan Fields | Sarah H. Weiss |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Sarah.Weiss@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

             By: */s Bryan Fields*
                 Bryan Fields
                 Assistant United States Attorney
                 U.S. Attorney's Office
                 1801 California St. Suite 1600
                 Denver, CO 80202
                 (303) 454-0100
                 Bryan.Fields3@usdoj.gov
                 Attorney for the Government