# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

| | | | |
|---|---|---|---|
| Case No. | <u>20-cr-305-DDD</u> | Date: | <u>February 5, 2024</u> |
| Case Title: | <u>United States v. Michael Tew et al</u>. | | |

<u>GOVERNMENT'S</u> WITNESS LIST
(**Plaintiff**/Defendant)

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| Ronald Brodfuehrer | Feb. 5 - 15 minutes |
| Jonathan Yioulos | Feb. 5-6 - 300 minutes |
| Hannah Scaife | Feb. 7 - 45 minutes |
| Raeesa Telly (nee Ibrahim) | Feb. 7 - 45 minutes |
| Abby Schwartz | Feb 7 - 120 minutes |
| Regions Bank Representative | Feb. 7 - 15 minutes |
| Navy Federal Credit Union Representative | Feb. 7 - 15 minutes |
| Flagstar Bank / FIS Global Representative | Feb. 7 - 15 minutes |
| Sarah Anderson | Feb. 7 - 30 minutes |
| PNC Bank Representative | Feb. 8 - 15 minutes |
| Michael Meyers | Feb. 8 - 30 minutes |
| Roman Hernandez | Feb. 8 - 30 minutes |
| Wells Fargo Representative | Feb. 8 - 15 minutes |
| ANB Bank Representative | Feb. 8 - 15 minutes |
| Lori Alf | Feb. 8 - 30 minutes |

Chris Alf					Feb. 8 - 30 minutes

Matthew Morgan				Feb. 8 - 60 minutes

Nicholas Hanggi				Feb. 9 - 30 minutes

Matthew Vanderveer			Feb. 9 - 30 minutes

Lisa Palmer					Feb. 9 & 12 - 180 minutes