IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

---

**DEFENDANT MICHAEL TEW'S NOTICE REGARDING PROPOSED WITNESS AND EXHIBIT LISTS**

---

In accord with the Court's Order regarding pre-trial deadlines, Doc. 241, defendant Michael Aaron Tew ("Mr. Tew") submits this notice regarding his proposed witness and exhibit lists.

Considering the issues raised in Mr. Tew's pending motion in limine related to the government's potential use of proffer statements, Doc. 370, at this time Mr. Tew offers no proposed witnesses or exhibits. Should the Court grant his motion limited the breadth of the proffer agreements, Mr. Tew respectfully asks for the Court's permission to supplement his proposed witness and exhibit lists.

DATED this 25th day of January, 2024.

                                                                     /s/ Jason D. Schall
                                                                     Jason D. Schall
                                                                       BOWLIN & SCHALL LLC
                                                                       7350 E Progress Pl Ste 100
                                                                       Greenwood Village, CO 80111
                                                                       Telephone: (720) 505-3861
                                                                       E-mail: jason@bowsch.com

        */s/   Kristen M. Frost*
Kristen M. Frost
RIDLEY, LCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, CO 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
E-mail: frost@ridleylaw.com

Attorneys for Michael Aaron Tew

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

        */s/   Jason D. Schall*
Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

        */s/   Jason D. Schall*
Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| AUSA Bryan Fields | David Kaplan / Jamie Hubbard |
| U.S. Attorney's Office | Stimson LaBranche Hubbard, LLC |
| 1801 California Street, Suite 1600 | 1652 North Downing Street |
| Denver, CO 80202 | Denver, CO 80203 |
| (303) 454-0100 | (720) 689-8909 |
| Bryan.Fields3@usdoj.gov | kaplan@slhlegal.com |

hubbard@slhlegal.com
*Attorneys for Kimberley Ann Tew*

I hereby certify that I will mail or serve the filing to the following participants:

Mr. Michael Aaron Tew (defendant)

/s/ Jason D. Schall
Jason D. Schall