IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## KIMBERLEY TEW'S PROPOSED LIST OF WITNESSES

Kimberley Tew hereby submits her proposed list of witnesses for the Jury Trial set to commence February 5, 2024, and reserves her right to amend this list.

Dated: January 25, 2024.

        Respectfully submitted,

        *s/ amie Hubbard*
        Jamie Hubbard
        David S. Kaplan
        STIMSON LABRANCHE HUBBARD, LLC
        1652 Downing Street
        Denver, CO 80218
        Phone: 720.689.8909
        Email: hubbard@slhlegal.com
        kaplan@slhlegal.com

        *Attorneys for Kimberley Ann Tew*

**Certificate of Service**

      I certify that on January 25, 2024, I electronically filed the foregoing *Kimberley Tew's Proposed List of Witnesses* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com

Kristen M. Frost
Ridley McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO 80202
frost@ridleylaw.com

*Counsel for Michael Tew*

                                                    *s/ Brenda Rodriguez*
                                                    Brenda Rodriguez