# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No. __20-cr-00305-DDD__          Date: __January 25, 2024__

Case Title: __USA v. Tew, et al.__

__Kimberley Tew__   WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Brittany McNeil | 15 minutes |
| Tina Schumann | 15 minutes |

_____    _____

_____    _____

_____    _____

_____    _____