## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MICHAEL AARON TEW,

     Defendant.

---

## DEFENDANT MICHAEL TEW'S PROPOSED *VOIR DIRE* QUESTIONS

---

Defendant Michael Aaron Tew submits the following *voir dire* questions for the panel:

1. Have any of you heard anything about this case from the media, online, or from other people?

2. Based on media coverage of other federal criminal matters frequently in the news, has anyone developed an opinion about the U.S. Department of Justice, the Federal Bureau of Investigation, or the Internal Revenue Service acting in a political manner?

3. Has anyone had any personal interactions with law enforcement or are you related to or close friends with any law enforcement officers? Were your experiences with law enforcement positive or negative? Please explain.

4. Does anyone believe the federal government is too large or shouldn't be getting involved with so many parts of society? Does that include private financial matters?

5. Has anyone themselves been or had a close family member who was ever the victim of a crime? If so, please explain.

6. Have you or a close family member ever been "ripped off" or the victim of a scam?

Did you report it to the police? Was anything done about it?

7. How did you react upon receiving your jury summons to court here today? Were you happy? Frustrated? Anxious? Annoyed? Please explain.

8. How do you feel about the idea that someone can get a better deal or possibly a lower sentencing by cooperating with authorities against someone else? Would you judge that person's credibility differently knowing that they were receiving consideration for their testimony?

9. Have you or a close family member ever struggled with addiction of any kind? If so, please explain as you are comfortable.

10. Defendants Michael Tew and Kimberley Tew are married. Does anyone believe that they would struggle to treat each defendant individually or be unable to separate them as distinct people and independently consider their individual personalities?

11. Every defendant has a constitutional right to remain silent. This means that no defendant must testify. As a juror, would you hold it against a defendant that did not take the witness stand on their own behalf even though they do not have to do so?

12. Will anyone be offended if the prosecution presents evidence of personal communications between a husband and a wife that were obtained by the federal government?

13. Can anyone think of a reason why a defendant would not want to testify?

14. If the government's case includes evidence that someone has a large number of bank accounts, how does that make you feel? Would such evidence cause you to believe that a person was up to no good?

15. Does anyone have a strong opinion about charging someone with a crime for allegedly

not filing federal income tax returns?

16. How do you feel about people that do not file income tax returns on time?

17. Does anyone have any family or professional commitments (such as two working parents of small children) that would make it particularly challenging for them and their family if they served on the jury?

DATED this 26th day of January, 2024.

_____/s/  Jason D. Schall_____
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E Progress Pl Ste 100
Greenwood Village, CO 80111
Telephone: (720) 505-3861
E-mail: jason@bowsch.com

_____/s/  Kristen M. Frost_____
Kristen M. Frost
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, CO 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
E-mail: frost@ridleylaw.com

Attorneys for Michael Aaron Tew

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

_____/s/  Jason D. Schall_____
Jason D. Schall

**STATEMENT OF SPEEDY TRIAL IMPACT**

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

_/s/  Jason D. Schall_
Jason D. Schall

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Bryan Fields
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov

David Kaplan / Jamie Hubbard
Stimson LaBranche Hubbard, LLC
1652 North Downing Street
Denver, CO 80203
(720) 689-8909
kaplan@slhlegal.com
hubbard@slhlegal.com
*Attorneys for Kimberley Ann Tew*

I hereby certify that I will mail or serve the filing to the following participants:

Mr. Michael Aaron Tew (defendant)

_/s/  Jason D. Schall_
Jason D. Schall