IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
   a/ka Kimberley Vertanen,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT EXHIBITS

This matter is before the Court on the Government's Motion to Restrict ECF Nos. 394 and 395. Upon consideration and for good cause shown,

IT IS ORDERED that said Document (ECF No. 394), the Brief in Support of Motion to Restrict Document (ECF No. 395), as well as any order revealing the contents of those documents, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document (Doc. 394), the Brief in Support of Motion to Restrict (Doc. 395), as well as any order revealing the contents of that document, pursuant to D.C.COLO.LCrR 47.1(b) are hereby at a "Level 2 Restriction" and will be "Viewable by Selected Parties & Court" only.

IT IS SO ORDERED on this _____ day of _____, 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: */s/ Bryan Fields*  
Bryan Fields  
Assistant United States Attorney  
U.S. Attorney's Office  
1801 California St. Suite 1600  
Denver, CO 80202  
(303) 454-0100  
Bryan.Fields3@usdoj.gov  
Attorney for the Government

By: */s/ Sarah H. Weiss*  
Sarah H. Weiss  
Assistant United States Attorney  
U.S. Attorney's Office  
1801 California St. Suite 1600  
Denver, CO 80202  
(303) 454-0100  
Sarah.Weiss@usdoj.gov  
Attorney for the Government

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s Sarah H. Weiss*  
Sarah H. Weiss

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case its granting would necessarily involve the court making the necessary findings of fact to exclude time and denial will keep the case on track to be tried on February 5, 2024, within the calculated speedy trial deadline.

# **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

      *s/ Sarah H. Weiss*
United States Attorney's Office
Assistant U.S. Attorney