IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
    a/ka Kimberley Vertanen,

    Defendants.

---

## GOVERNMENT'S LIST OF PROPOSED EXHIBITS

---

The government hereby submits its final list of proposed exhibits. The government respectfully reserves its right, within reasonable notice depending on the circumstances, to add additional exhibits as trial demands dictate.

Respectfully submitted this 2nd day of February, 2024.

                        COLE FINEGAN
                        United States Attorney

By:   */s/ Bryan Fields*      By:   */s/ Sarah H. Weiss*
Bryan Fields                            Sarah H. Weiss
Assistant United States Attorney     Assistant United States Attorney
U.S. Attorney's Office                U.S. Attorney's Office
1801 California St. Suite 1600      1801 California St. Suite 1600
Denver, CO 80202                   Denver, CO 80202
(303) 454-0100                         (303) 454-0100
Bryan.Fields3@usdoj.gov           Sarah.Weiss@usdoj.gov
Attorney for the Government         Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

          By:    */s Sarah H. Weiss*
                  Sarah H. Weiss
                  Assistant United States Attorney
                  U.S. Attorney's Office
                  1801 California St. Suite 1600
                  Denver, CO 80202
                  (303) 454-0100
                  sarah.weiss@usdoj.gov
                  Attorney for the Government