ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Criminal Case No.: 1:20-cr-00305-DDD

**Unites States of America**

v.

1. Michael Aaron Tew and 2. Kimberly Ann Tew

|  | Juror Number | Juror Name | Government Challenge | Defendant Challenge |  |
|---|---|---|---|---|---|
| 1. | 100499899 | Juror names redacted. |  | ⑤ | 1. |
| 2. | 100505639 |  |  |  | 2. |
| 3. | 100497700 |  |  |  | 3. |
| 4. | 100490018 |  |  |  | 4. |
| 5. | 100486112 |  | ⑤ |  | 5. |
| 6. | 100507419 |  |  |  | 6. |
| 7. | 100485665 |  |  |  | 7. |
| 8. | 100499527 |  |  |  | 8. |
| 9. | 100495206 |  |  |  | 9. |
| 10. | 100509339 |  |  | ⑨ | 10. |
| 11. | 100474147 |  |  | ⑦ | 11. |
| 12. | 100510255 |  |  | ⑧ | 12. |
| 13. | 100485172 |  |  | ⑩ | 13. |
| 14. | 100518357 |  |  |  | 14. |
| 15. | 100480054 |  |  |  | 15. |
| 16. | 100495067 |  |  |  | 16. |
| 17. | 100509932 |  |  | ⑥ | 17. |
| 18. | 100476984 |  | ③ |  | 18. |

| #  | Number    |   |   |   |   | #  |
|----|-----------|---|---|---|---|----|
| 19.| 100487853 |   |   | ① |   | 19.|
| 20.| 100517226 |   |   |   |   | 20.|
| 21.| 100475229 |   |   |   |   | 21.|
| 22.| 100499070 |   |   | ② |   | 22.|
| 23.| 100515424 |   |   | ④ |   | 23.|
| 24.| 100508777 |   |   | ③ |   | 24.|
| 25.| 100501698 |   | ④ |   |   | 25.|
| 26.| 100475936 |   |   |   |   | 26.|
| 27.| 100503819 |   | ② |   |   | 27.|
| 28.| 100520578 |   | ① |   |   | 28.|
| 29.| 100481549 |   | (Alt 1) |   |   | 29.|
| 30.| 100512625 |   |   | (Alt 2) |   | 30.|
| 31.| 100485198 |   |   |   |   | 31.|