# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 6, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**            Counsel:

UNITED STATES OF AMERICA,                         Bryan D. Fields
                                                  Sarah H. Weiss
             Plaintiff,

v.

1. MICHAEL AARON TEW;                             Jason D. Schall
and                                               Kristen M. Frost
2. KIMBERLEY ANN TEW,                             David S. Kaplan
                                                  Jamie H. Hubbard
             Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 2)**

**9:01 a.m.**   **Court in session.** Defendants present, on bond. Jury not present.

Discussion regarding procedure for exhibits that were partially admitted yesterday and pending motion to sever.

**9:23 a.m.**   Jury enters.

**9:23 a.m.** Government's witness **Jonathan Yioulos** resumes.

Direct examination by Government continues by Mr. Fields.
*Exhibit(s) identified:   857, 731, 707, 865, 659, 433, 8, 9-40, 355-362, 365-367, 369-377, 379, 380, 383, 384, 386-392, 428-468, 492, 2, 3, 5, 7, 832, 642, 646*

**Exhibit(s) 857, 605 (entire exhibit), 863 (entire exhibit), 731, 707, 865, 659, 433, 8, 9-40, 355-362, 365-367, 369-377, 379, 380, 383, 384, 386-392, 428-468, 492, 2, 3, 5, 7, 832, 642 RECEIVED.**

**10:37 a.m.** Court in recess.

**10:58 a.m.** **Court in session.** Jury enters.

11:00 a.m. Government's witness **Jonathan Yioulos** resumes.

Direct examination by Government continues by Mr. Fields.
*Exhibit(s) identified:   732, 733, 741, 742, 706, 705, 747, 748, 765, 775, 635*

**Exhibit(s) 732, 733, 741, 742, 706, 705, 747, 748, 765, 775 RECEIVED.**

**11:27 a.m.** Bench conference regarding objection to exhibit 635.

**11:30 a.m.** Direct examination by Government continues by Mr. Fields.
*Exhibit(s) identified:   635, 636, 715, 718, 717, 601, 603, 607, 602, 611, 629, 638*

**Exhibit(s) 636, 717, 601, 603, 607, 602, 611, 629, 638, 674 RECEIVED.**

**12:06 p.m.** Court in recess.

**1:05 p.m.** **Court in session.** Jury not present.

Discussion regarding objections to exhibits 974 and 975.

**1:12 p.m.** Court in recess.

**1:24 p.m.**   **Court in session.** Jury enters.

1:24 p.m.   Government's witness **Jonathan Yioulos** resumes.

   Direct examination by Government continues by Mr. Fields.
   *Exhibit(s) identified:   611, 629, 638, 642, 674, 613, 614, 615, 625, 638, 639, 628, 647, 649, 680, 692, 683, 694, 657, 537, 540, 541, 542, 543, 637, 697, 649, 650, 674, 659, 665, 668, 673, 692, 693, 939, 688, 700, 703, 706, 711, 716, 719, 723, 727, 732, 737, 742, 748, 764, 801, 725, 749, 688, 687, 700, 703, 774, 801, 708, 681, 795, 801, 817*

**Exhibit(s) 613, 614, 615, 625, 639, 647, 649, 680, 692, 683, 694, 657, 537, 540, 541, 542, 543, 697, 650, 665, 668, 673, 693, 939, 688, 700, 703, 711, 719, 723, 727, 732, 737, 742, 764, 801, 725, 749, 774, 681, 795, 817 RECEIVED.**

**3:13 p.m.**   **Court in recess.**

**3:30 p.m.**   **Court in session.** Jury not present.

Further discussion regarding objection to exhibits 974 and 975.

3:46 p.m.   Jury enters.

   Government's witness **Jonathan Yioulos** resumes.

   Direct examination by Government continues by Mr. Fields.
   *Exhibit(s) identified:   383, 817, 13, 15, 17, 18, 19, 22, 23, 841, 844, 845, 875, 887, 903, 912, 928, 933, 935, 950, 952, 953, 954, 955, 959, 969, 828, 830, 14, 833, 15, 820, 837, 685, 689, 786, 788, 858, 796, 969, 390, 972, 974*

**Exhibit(s) 841, 844, 845, 875, 887, 903, 912, 928, 933, 935, 950, 952, 953, 954, 955, 959, 969, 828, 830, 833, 820, 837, 689, 786, 788, 858, 796, 972, 974 RECEIVED.**

4:57 p.m.   Jury excused for the day and shall report back on Wednesday, February 7, 2024, at 9:00 a.m.

Discussion regarding objections to exhibit 974.

Defendant Kimberley Ann Tew's oral motion for severance.

Argument by counsel.

**ORDERED:**   Defendant Kimberley Ann Tew's oral motion for severance is **TAKEN UNDER ADVISEMENT.**

Discussion regarding objection to text message exhibits.

**ORDERED:**   Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**5:12 p.m.**   **Court in Recess. TRIAL CONTINUED.   TOTAL TIME: 6:24**