# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 7, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**          Counsel:

UNITED STATES OF AMERICA,                        Bryan D. Fields
                                                 Sarah H. Weiss
          Plaintiff,

v.

1. MICHAEL AARON TEW;                            Jason D. Schall
and                                              Kristen M. Frost
2. KIMBERLEY ANN TEW,                            David S. Kaplan
                                                 Jamie H. Hubbard
          Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 3)**

**8:54 a.m.**     **Court in session.** Defendants present, on bond. Jury not present.

Discussion regarding protocol as to exhibit 974 and an issue as to one juror.

**8:57 a.m.**     **Court in recess.**

**9:11 a.m.**     **Court in session.** Jury not present.

9:12 a.m.         Bench conference: Court informs counsel of an issue with a juror and efforts to remedy the situation.

| | |
|---|---|
| 9:16 a.m. | Jury enters. |
| | Government's witness **Jonathan Yioulos** resumes. |
| | Direct examination by Government continues by Mr. Fields.<br>*Exhibit(s) identified: 974, 841, 975, 742, 976* |

**Exhibit(s) 975, 976 RECEIVED.**

| | |
|---|---|
| **10:43 a.m.** | **Court in recess.** |
| **11:09 a.m.** | **Court in session.** Jury enters. |
| 11:12 a.m. | Government's witness **Jonathan Yioulos** resumes. |
| | Cross examination by Defendant Michael Aaron Tew by Mr. Schall. |
| 11:23 a.m. | Bench conference regarding recorded interview. |
| 11:28 a.m. | Cross examination by Defendant Michael Aaron Tew continues by Mr. Schall.<br>*Exhibit(s) identified: 527* |
| **12:00 p.m.** | **Court in recess.** |
| **1:05 p.m.** | **Court in session.** Jury enters. |
| 1:07 p.m. | Government's witness **Jonathan Yioulos** resumes. |
| | Cross examination by Defendant Michael Aaron Tew continues by Mr. Schall.<br>*Exhibit(s) identified: 605, 707, 865, 832, 715, 717, 697, 650, Q, R, 795, 875, 747, 715, 527* |

**Exhibit(s) Q, R RECEIVED.**

| | |
|---|---|
| **2:52 p.m.** | **Court in recess.** |

| | |
|---|---|
| **3:12 p.m.** | **Court in session.** Jury enters. |
| 3:15 p.m. | Government's witness **Jonathan Yioulos** resumes.<br><br>Cross examination by Defendant Michael Aaron Tew continues by Mr. Schall. |
| 3:32 p.m. | Bench conference regarding recorded interview. |
| 3:34 p.m. | Cross examination by Defendant Michael Aaron Tew continues by Mr. Schall.<br>*Exhibit(s) identified: T* |

**Exhibit(s) T RECEIVED.**

| | |
|---|---|
| 3:39 p.m. | Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan.<br>*Exhibit(s) identified: 718, S, 614, 615, 639, 601, 603, 607, 732, 741, 912, 8, 12, 13, 20, 40, 356, 357, 362* |
| 4:55 p.m. | Re-direct examination by Government by Mr. Fields.<br>*Exhibit(s) identified: 40, 38, 659* |
| 5:00 p.m. | Jury excused for the day and shall report back on Thursday, February 8, 2024, at 9:00 a.m. |

Discussion regarding admission of the entirety of the recorded interview and witness to appear via VTC tomorrow.

**ORDERED:** Simultaneous briefs on severance issue shall be filed by the morning of Thursday, February 8, 2024.

**ORDERED:** Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**5:05 p.m.** **Court in Recess. TRIAL CONTINUED.   TOTAL TIME: 5:56**