1  spark, the heat.  The element that eventually grows and left
2  uncontrolled becomes a conflagration that runs out of control
3  destroying the things in its wake.  The second element of a
4  fire is oxygen.  The breath of the fire, without which the fire
5  would be choked off, there would be no fire.  The element that
6  has the ability to deny the fire its life.  And finally, ladies
7  and gentlemen, every fire must have fuel.  The very object, the
8  very material that the fire consumes, that the fire consumes
9  only to prolong its own life, to only prolong the flames, to
10 keep them coming, and in the end, the fuel is left ravaged.
11 It's left destroyed.  It's left as nothing more than dust.  And
12 there's nothing left to show of it, and as you consider the
13 evidence presented to you as the trial develops, I ask that you
14 see behind the Indictment.  I ask that you see the full story,
15 and make an effort to understand what is really going on here.
16 Thank you.
17          *THE COURT:*  Thank you, Mr. Schall.  Mr. Kaplan.
18          *MR. KAPLAN:*  Thank you, judge.
19                        **OPENING STATEMENT**
20          *MR. KAPLAN:*  May it please the Court.
21          *THE COURT:*  Go ahead.
22          *MR. KAPLAN:*  This case is about a scheme concocted and
23 executed by Michael Tew and Jon Yioulos that resulted in
24 millions of dollars of loss to National Air Cargo.  That's what
25 you are going to hear, that's what the evidence is going to


DEFENDANT'S EXHIBIT A

1  demonstrate, when the government attempts to prove their case.

2  Jon Yioulos, as was briefly mentioned, was an employee

3  of National Cargo, an employee that started as an accounts

4  executive, became a manager, became a controller, and he was

5  intimately familiar with all of the financial workings, all of

6  the financial circumstances all of the financial procedures,

7  all the way -- the way National Air Cargo got its money,

8  distributed its money. He was intimately familiar with.

9  Michael Tew, as you heard from the government, was

10  hired by National Air Cargo, he was a pretty impressive guy

11  with an MBA from NYU, very well-spoken, knew about finances,

12  was liked by the head of NAC, that's how you will hear about

13  that company, and came in to do just some work for them, and

14  worked his way into a position of great responsibility. Worked

15  his way into a position, under contract, as the chief financial

16  officer, and similarly to Jon Yioulos, he also became

17  intimately familiar with the financial workings, the processes,

18  the procedures, how NAC did business from a financial

19  standpoint. What were the strengths of their financial

20  circumstances? What were the strengths of the processes? How

21  did they do it? How did they take care of all that the

22  government just talked about with vendors and money coming in

23  and money coming out? And yes, both of them ended up experts

24  at that, and they worked together. They were both in sort of a

25  related part of the business. The financial part of the

1  business. And why is that important? It's important because
2  the combination of these two people working with each other,
3  ultimately on behalf of National Air Cargo, and then on behalf
4  of each other, was what made what was otherwise a scheme very
5  difficult to do, very difficult to understand, very difficult
6  to work out, very difficult not to get caught, because this --
7  this is not something that can be done by somebody that didn't
8  know not only about finances, but didn't know about the
9  finances of this company, and what they both knew is they knew
10 how vendors were identified. They knew how vendors would bill
11 for their services. They knew how invoices were to come into
12 the company. They knew how invoices were to be approved, and
13 invoices would be forwarded to accounts payable, how invoices
14 would then be paid out. They even knew more important things
15 than that, which is, how could you fly under the radar? How
16 could you do it so you don't get caught? These are -- this is
17 not a scheme or a plan or a design, as I said, that can be a
18 run-of-the-mill put together program. This is a scheme and a
19 plan that only could be executed because both of these
20 individuals knew the weaknesses at NAC.
21         They knew how to avoid the audits. They knew how to
22 to define the companies, to determine what companies would be
23 accepted, and what companies would be accepted and charging a
24 certain amount of money that, for a company this big, wouldn't
25 be seen by the other financial people involved in the company.

1  And the two of them were able to create this, create this that

2  resulted in the loss to NAC.

3        The government sometimes in their opening talked about

4  Michael Tew occasionally about Ms. Tew and a lot just by saying

5  the Tews.  The Tews.  Well, it's important for you to evaluate

6  who was responsible for this?  Who committed this crime, and

7  not lump these two people together, that's not their

8  responsibility.  Their responsibility is to prove their case

9  beyond a reasonable doubt as it relates to two different and

10 defined individuals, facing the charges that bring us all into

11 this room today, and for the next week.

12       Now, you are going to hear from Mr. Yioulos.  I assume

13 that part of what you are going to hear -- I know what you are

14 going to hear is that he was a reluctant participant over the

15 years that he did this.  He was a reluctant participant, but

16 this wasn't his first rodeo at NAC.  This wasn't something that

17 was the first time that he decided to steal from NAC.  He had

18 done it before he even met Michael Tew, and he did it in a way

19 that was very similar, it was an invoice scheme, because he was

20 sitting there with another one of the employees at NAC talking

21 about hey, you know, we can identify how sloppy this

22 financial -- this organization is with their finances.  I bet

23 you that we could provide invoices that they would pay, that we

24 could then receive, without ever being noticed, and that's what

25 they did.  They did it when they just said, You know what, I

1    need some money.  My wife spends a lot of money.  I'm working
2    on the house.  You want to get it into your account or you want
3    to get it into my account; doesn't matter because whenever we
4    get it, well split it 50/50.  That was before he met Michael
5    Tew or knew who Kimberly Tew was.  So the idea that when you
6    hear about a bolt of lightning, the consciousness, he was so
7    relieved that this nightmare was over.  There's a character
8    that you will evaluate for yourself.  And the two of them
9    together were able to function in this way, as I said, because
10   they knew how to do the invoices, and set up the vendors, and
11   they knew how to get it by, because Jon Yioulos was the person
12   who could approve the invoices, send them to accounts payable,
13   have his signature, on hundreds of these, saying I approve this
14   payment, Jon Yioulos and Michael Tew.
15           Then there's a whole other part of this plan of
16   theirs, which is, where does the money go?  You have the
17   vendors, where does the money go?  And you are going to see a
18   lot of documents, a lot of bank records, a lot of
19   communication, and it's not just volume that's important, it's
20   taking a look closer to see whether all of those documents
21   establish the guilt of Ms. Kimberly Tew beyond a reasonable
22   doubt.  And what you will find is that the money that was
23   wrongfully received from NAC and put into bank accounts, went
24   into nine or ten different bank accounts.  By the time this
25   case is over you are probably going to have to sense yourself

1   of some of these numbers.  They are not important right now,

2   you will see it with the presentation of the government's case,

3   but what you will see is that money gets deposited into an ANB

4   Bank account, Kimberly Tew isn't a signatory.  Into an Access

5   National Bank account, 5965.  Kimberly Tew is not a signatory.

6   PBVA account 0987, Kimberly Tew isn't a signatory.  Guaranty

7   Bank & Trust Company, 7867, an account who the signatory is

8   Michael Tew.  Region Bank 4514, Kimberly Tew is not a

9   signatory.  Wells Fargo, 6934, Michael Tew account.  Wells

10  Fargo 2064, a Michael Tew account.  Navy Federal Credit Union,

11  account 5336, a Michael Tew account.  Navy Federal Credit

12  Union, 3094, a Michael Tew account.

13           There is one account that you will see this money

14  being deposited into that Kimberly Tew has any signatory

15  authority.  You know what, it's Navy Federal Credit Union, 8486

16  and you will see it.  Guess what?  She is not the only

17  signatory on that account, because the other individual who has

18  authority to work in that account, to put money into that

19  account and to take out money of that account is Michael Tew.

20  The only one account that this money was distributed to from

21  NAC into bank accounts that has Kimberly Tew's name on it, is

22  also one that's jointly held with Michael.

23           So the volume, the -- looking at the money, and where

24  it goes, it's important to look at it with a critical eye,

25  because there are two defendants here.  You have already been

1  told just, it's not -- I can't say it's a corollary to this,
2  because counts can mean many different things, but you have now
3  heard from the government and from Michael Tew's attorney, the
4  difference in the number of counts, just shows you from jump
5  street that there's a distinction.
6        And yes, Kimberly Tew is married to Michael Tew, and
7  they have two children.  Michael Tew was a consultant, and
8  chief financial officer for NAC.  He also was allowed, as a
9  contractor and as the government said to participate in other
10 types of businesses to bring money in.  To maintain the pretty
11 comfortable, if not better than comfortable, lifestyle that the
12 family was used to.  Because Michael Tew is a player, who makes
13 money, and can make money for NAC.  He can make money in other
14 places, he can make money when he has worked for people in the
15 marijuana industry.
16       And Kimberly did some work.  She did some work for
17 NAC, that's kind of the melding of things.  Oh yeah, she
18 worked -- take a look at how little that really was.  She is a
19 smart lady, but a business person, with the ability to bring
20 money in and have the income to make the lifestyle of their
21 family, what it was.  No.  That's Michael.  And Kimberly did do
22 some gambling and did do some Bitcoin trading.  She is not here
23 for violating cryptocurrency laws or for her gambling, which
24 she probably did do a little too much of.  And you will hear
25 conversations between a husband and a wife, and they are

1  talking about finances, and they are talking about what could
2  be perceived as funds justifiably received by Michael Tew.
3           So distinguishing the participants, it's going to come
4  down to a company for sure, and then the behavior and the
5  design and intent and the scheme of Jon Yioulos and Michael
6  Tew, and rather than just say the Tews, that seems to roll off
7  the government's tongues, without making that kind of
8  distinction that's so important.
9           So I ask you, as I'm sure you will, to pay close
10 attention to who was needed for the scheme, who had the
11 knowledge and the intelligence for the scheme, who got it
12 through NAC, where it went from NAC to whose accounts, and
13 after you are done looking at the government's case, you will
14 realize that, while, Kimberly Tew was around for these years,
15 they have not proven beyond a reasonable doubt her criminal
16 participation.  Thank you.