# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 8, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**        Counsel:

UNITED STATES OF AMERICA,                      Bryan D. Fields
                                               Sarah H. Weiss
      Plaintiff,

v.

1. MICHAEL AARON TEW;                          Jason D. Schall
and                                            Kristen M. Frost
2. KIMBERLEY ANN TEW,                          David S. Kaplan
                                               Jamie H. Hubbard
      Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 4)**

**9:00 a.m.**    **Court in session.** Defendants present, on bond. Jury not present

Discussion and argument regarding oral motion for severance and issues related to witness Hannah Scaife.

9:18 a.m.    Jury enters.

9:19 a.m.    Government's witness **Hannah Scaife** sworn.

            Direct examination by Government by Ms. Weiss.

9:30 a.m.    Bench conference regarding objection by Defendant Kimberley Ann Tew.

| | |
|---|---|
| 9:32 a.m. | Direct examination by Government continues by Ms. Weiss. |
| 9:43 a.m. | Bench conference regarding objection by Defendant Kimberley Ann Tew. |
| 9:45 a.m. | Direct examination by Government continues by Ms. Weiss.<br>**Exhibit(s) identified: 601** |
| 9:51 a.m. | Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard. |
| 9:59 a.m. | Bench conference regarding objection by Government. |
| 10:00 a.m. | Cross examination by Defendant Kimberley Ann Tew continues by Ms. Hubbard. |
| 10:07 a.m. | Bench conference regarding objection by Government. |
| 10:11 a.m. | Cross examination by Defendant Kimberley Ann Tew continues by Ms. Hubbard. |
| 10:25 a.m. | Bench conference regarding objection by Government. |
| 10:26 a.m. | Cross examination by Defendant Kimberley Ann Tew continues by Ms. Hubbard. |
| 10:37 a.m. | Cross examination by Defendant Michael Aaron Tew by Ms. Frost. |
| 10:41 a.m. | Re-direct examination by Government by Ms. Weiss. |
| **10:44 a.m.** | **Court in recess.** |
| **11:07 a.m.** | **Court in session.** Jury not present. |

Discussion regarding witness appearing via VTC this afternoon.

11:10 a.m.    Jury enters.

**11:11 a.m.**   Government's witness **Brittany Perry** sworn.

              Direct examination by Government by Mr. Fields.
*Exhibit(s) identified: 414, 410, 227, 318, 402, 419, 420, 411, 418, 424, 470, 396, 398, 406, 407, 417, 493, 395, 397, 403, 404, 412, 421, 423, 425, 426, 408, 409, 413, 422, 399, 400, 405, 427*

**Exhibit(s) 414, 410, 227, 318, 402, 419, 420, 411, 418, 424, 470, 396, 398, 406, 407, 417, 493, 395, 397, 403, 404, 412, 421, 423, 425, 426, 408, 409, 413, 422, 399, 400, 405 RECEIVED.**

**11:59 a.m.**   **Court in recess.**

**1:02 p.m.**   **Court in session.** Jury enters.

**1:05 p.m.**   Government's witness **Meghan Oakes** sworn.

              Direct examination by Government by Mr. Fields.

**1:12 p.m.**   Government's witness **Brittany Perry** resumes.

              Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard.
*Exhibit(s) identified: 318, 227*

**1:19 p.m.**   Cross examination by Defendant Michael Aaron Tew by Mr. Schall.

**1:26 p.m.**   Government's witness **Christopher Alf** sworn.

              Direct examination by Government by Ms. Weiss.

**1:41 p.m.**   Bench conference regarding objection by Defendant Michael Aaron Tew.

**1:43 p.m.**   Direct examination by Government continues by Ms. Weiss.
*Exhibit(s) identified: 535, 550, 534, 538, 536*

**Exhibit(s) 535, 550, 534, 538, 536 RECEIVED.**

**2:33 p.m.**   **Court in recess.**

**2:51 p.m.**         **Court in session.** Jury enters.

Government's witness **Christopher Alf** resumes.

Direct examination by Government continues by Ms. Weiss.
*Exhibit(s) identified: 552, 571, 572, 573, 574, 575, 576*

**Exhibit(s) 552, 571, 572, 573, 574, 575, 576 RECEIVED.**

2:56 p.m.         Cross examination by Defendant Michael Aaron Tew by Mr. Schall.
*Exhibit(s) identified: U*

**Exhibit(s) U RECEIVED.**

3:28 p.m.         Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan.

3:31 p.m.         Government's witness **Raeesa Telly** sworn.

Direct examination by Government by Ms. Weiss.
*Exhibit(s) identified: 548, 547, 655, 654, 661, 526, 799, 546, 545*

**Exhibit(s) 548, 547, 655, 654, 661, 526, 799, 546, 545, 544 RECEIVED.**

**4:14 p.m.**         **Court in recess.**

**4:26 p.m.**         **Court in session.** Jury enters

4:29 p.m.         Government's witness **Abby Schwartz** sworn.

Direct examination by Government by Ms. Weiss.
*Exhibit(s) identified: 607, 978*

**Exhibit(s) 978 RECEIVED.**

4:54 p.m.         Jury excused for the day and shall report back on Friday, February 9, 2024, at 9:00 a.m.

Counsel has nothing to address with the Court.

**ORDERED:**   Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**4:55 p.m.**         **Court in Recess. TRIAL CONTINUED. TOTAL TIME: 5:59**