IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Criminal Case No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW; and
2. KIMBERLEY ANN TEW,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE DANIEL D. DOMENICO

    The Clerk of Court shall provide lunch to the jury for the duration of their deliberations commencing on **Wednesday, February 14, 2024.**

    Dated:   February 13, 2024.

-1-

Jury_Clerk@cod.uscourts.gov