IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Criminal Case No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW; and
2. KIMBERLEY ANN TEW,

    Defendants.

## AMENDED MINUTE ORDER

ORDER ENTERED BY JUDGE DANIEL D. DOMENICO

    The Clerk of Court shall provide lunch to the jury, including the alternate juror, for the duration of their deliberations commencing on **Wednesday, February 14, 2024.**

    Dated:   February 14, 2024.

Jury_Clerk@cod.uscourts.gov

-2-