IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Criminal Case No. 1:20-cr-305-DDD

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. MICHAEL AARON TEW, and
2. KIMBERLY ANN TEW

    Defendant(s).

---

## ORDER

---

Pursuant to 28 § U.S.C. §1871 (b)(3), jurors required to attend more than ten days of actual service may be paid, at the discretion of the trial judge, an additional $10.00 per day for each day over ten days required to complete jury service.

It is therefore ORDERED that the clerk shall pay jurors in the above-entitled case the sum of $60.00 per day beginning on each juror's eleventh day of service and continuing thereafter until service has been completed and jurors are released by the court.

Dated this  15th  day,  February , 2024.

BY THE COURT

_Daniel D. Domenico_
United States District Judge