IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Date: February 14, 2024    Case No. 1:20-cr-00305-DDD

Time: 4:45 pm

## NOTE FROM JURY

☒ We, the jury, have a question.
☐ We, the jury, have reached a verdict.
Please write your question to the Court below:

We cannot reach any verdict today without the evidence. We would like to adjourn and resume tomorrow morning at 9 a.m.

By: [Juror name redacted.]
Foreperson