CASE CAPTION: USA v. Tew, et al.

CASE NO.: 20-cr-00305-DDD

EXHIBIT LIST OF: Kimberley Tew
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A | Palmer | Rose Management Group 1099s and Declaration | | X | 2/14 | | |
| B | | Miscellaneous Tax Records for Michael Tew (2017-2019) | | | | | |
| C | | 3.15.19 Communications between M Tew and K Tew | | | | | |
| D | | 4.11.19 Communications between M Tew and K Tew | | | | | |
| E | | 4.30.20 Communications between M Tew and K Tew | | | | | |
| F | | 6.13.19 Communications between M Tew and K Tew | | | | | |
| G | | 6.24.19 Communications between M Tew and K Tew | | | | | |
| H | | 7.2.19 Communications between M Tew and K Tew | | | | | |
| I | | 7.15.19 Communications between M Tew and K Tew | | | | | |
| J | | 7.18.19 Communications between M Tew and K Tew | | | | | |
| K | | 8.14.19 Communications between M Tew and K Tew | | | | | |
| L | | 9.18.19 Communications between M Tew and K Tew | | | | | |
| M | | Invoices from Sand Hill to Rose Management Group | | | | | |
| N | Palmer | Google voice linked cookies | | X | 2/13 | | |
| O | | 7.01.20 Communications between M Tew and K Tew | | | | | |
| P | | Jonathan Yioulos Resume - 2020 | | | | | |
| S | Yioulos | Text messages (unredacted) | | | | | |

# EXHIBIT LIST

CASE NO. 20-cr-00305-DDD-01    PLAINTIFF'S LIST _____    DEFENDANT'S LIST __X__    THIRD PTY DEFTS. LIST _____

CASE CAPTION United States of America vs. Michael Aaron Tew         PAGE NO. _____    DATE _____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Q | Yioulos | Key Bank Statement 11/17/2017 | | | X | X 2/7 | | | |
| R | Yioulos | Statement 3/19/18 | | | X | X 2/7 | | | |
| S | | | | | | | | | |
| T | Yioulos | Resume Jonathan Yioulos | | | X | X 2/7 | | | |
| U | All | NYT article 2/8/24 | | | X | X 2/8 | | | |
| V | | audio file Yioulos | | | | | X 2/14 | | |
| W | | audio file Yioulos | | | | | | | |
| X | | audio file Yioulos | | | | | | | |
| Y | | audio file Yioulos | | | | | X 2/14 | | |

# EXHIBIT LIST

CASE NO. 20-cr-00305-DDD-01   PLAINTIFF'S LIST _____   DEFENDANTS' LIST __X__   THIRD PTY DEFTS. LIST_____

CASE CAPTION United States of America vs. Michael Aaron Tew and Kimberley Ann Tew   PAGE NO._____   DATE_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | audio file Hrioulos | | | | | X 2/14 | | |
| AA | | audio file Hrioulos | | | | | X 2/14 | | |
| BB | Palmer | | | | X | | X 2/14 | | |
| CC | Palmer | Redacted 685 | | | X | | X 2/14 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |