IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-3

UNITED STATES OF AMERICA

       Plaintiff,

v.

3. JONATHAN K. YIOULOS,

       Defendant.

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Jonathan Yioulos, by and through his counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court continue Mr. Yioulos' sentencing in this case. In support of said Motion, Defendant states as follows:

Sentencing currently is set for March 5, 2024 at 10:30 a.m. As this Court is aware, Mr. Yioulos recently testified at the trial of his two codefendants, Michael and Kimberly Tew. Mr. Yioulos' testimony began on February 5, 2024 and concluded on February 7, 2024. His testimony was a central component of the government's case in chief.

On February 15, 2024, the jury convicted Michael and Kimberly Tew.

Given the duration of the defendant's testimony, undersigned counsel needs additional time to understand the impact and import of that testimony, especially as it relates to future motions that will be filed by defendant and the government relevant to Mr. Yioulos. In addition, the prosecutors have indicated to undersigned counsel that the

1

government may seek further assistance from Mr. Yioulos relevant to the sentencing of his codefendants

For all these reasons, Defendant respectfully requests the Court continue the sentencing in this case. Undersigned counsel has conferred with AUSA Bryan Fields, who indicated the government does not object to this request. Further, the parties have conferred, and would jointly request a sentencing date sometime in September.

WHEREFORE Defendant Jonathan Yioulos, by and through his counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court continue Mr. Yioulos' sentencing in this case.

Dated this 16th day of February, 2024.

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303)573-1900
rick@rklawpc.com
Attorney for Defendant Yioulos

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.

*s/ Erin Mohr*
Paralegal