# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 15, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**                Counsel:

UNITED STATES OF AMERICA,                            Bryan D. Fields
                                                     Sarah H. Weiss
       Plaintiff,

v.

1. MICHAEL AARON TEW;                                Jason D. Schall
and                                                  Kristen M. Frost
2. KIMBERLEY ANN TEW,                                David S. Kaplan
                                                     Jamie H. Hubbard
       Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 9)**

**9:00 a.m.**   **JURY ARRIVES TO RESUME DELIBERATIONS**

**11:54 a.m.**   **Court in session.** Jury not present.

Discussion regarding how to respond to notes (questions) from jury.

Court provides counsel with intended responses to jury notes (questions). No objection.

**12:01 p.m.**   **Court in recess.** Subject to call.

**5:03 p.m.**   Court in Session - Jury not present.

1

Seth Junker is present on behalf of probation.

Court informs counsel that jury has reached a verdict.

5:06 p.m.   Jury enters

Court reads jury verdict.

### Michael Aaron Tew

| | |
|---|---|
| Count 1 | GUILTY |
| Count 2 | GUILTY |
| Count 3 | GUILTY |
| Count 4 | GUILTY |
| Count 5 | GUILTY |
| Count 6 | GUILTY |
| Count 7 | GUILTY |
| Count 8 | GUILTY |
| Count 9 | GUILTY |
| Count 10 | GUILTY |
| Count 11 | GUILTY |
| Count 12 | GUILTY |
| Count 13 | GUILTY |
| Count 14 | GUILTY |
| Count 15 | GUILTY |
| Count 16 | GUILTY |
| Count 17 | GUILTY |
| Count 18 | GUILTY |
| Count 19 | GUILTY |
| Count 20 | GUILTY |
| Count 21 | GUILTY |
| Count 22 | GUILTY |
| Count 23 | GUILTY |
| Count 24 | GUILTY |
| Count 25 | GUILTY |
| Count 26 | GUILTY |
| Count 27 | GUILTY |
| Count 28 | GUILTY |
| Count 29 | GUILTY |
| Count 30 | GUILTY |
| Count 31 | GUILTY |
| Count 32 | GUILTY |
| Count 33 | GUILTY |
| Count 34 | GUILTY |

      Count 35    GUILTY
      Count 36    GUILTY
      Count 37    GUILTY
      Count 38    GUILTY
      Count 39    GUILTY
      Count 40    GUILTY
      Count 41    GUILTY
      Count 42    GUILTY
      Count 44    GUILTY
      Count 45    GUILTY
      Count 46    GUILTY
      Count 47    GUILTY
      Count 48    GUILTY
      Count 49    GUILTY
      Count 50    GUILTY
      Count 51    GUILTY
      Count 52    GUILTY
      Count 53    GUILTY
      Count 54    GUILTY
      Count 55    GUILTY
      Count 56    GUILTY
      Count 57    GUILTY
      Count 58    GUILTY
      Count 59    GUILTY
      Count 60    GUILTY

## **Kimberly Ann Tew**

      Count 1     GUILTY
      Count 21    GUILTY
      Count 22    GUILTY
      Count 25    GUILTY
      Count 26    GUILTY
      Count 31    GUILTY
      Count 32    GUILTY
      Count 41    GUILTY
      Count 43    GUILTY
      Count 44    GUILTY
      Count 47    GUILTY
      Count 48    NOT GUILTY
      Count 56    GUILTY

5:12 p.m.    Jury is polled.

|  |  |
|---|---|
|  | Court thanks jurors for their service and they are discharged. |
| 5:14 p.m. | Jury excused |

Government request for defendants to be remanded into custody.

Argument by counsel.

**ORDERED:** Conditions of bond will be modified as to both Michael Aaron Tew and Kimberley Ann Tew to the extent they shall be placed on electronic monitoring.

Court's closing remarks to counsel.

**ORDERED:** Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**5:26 p.m.** **Court in Recess - <u>TRIAL CONCLUDED. TOTAL TIME: :30</u>**

<u>**CLERK'S NOTE: EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.**</u>