IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Date: February 15, 2024          Case No. 1:20-cr-00305-DDD

Time: 11:15am

## NOTE FROM JURY

☑ We, the jury, have a question.
☐ We, the jury, have reached a verdict.
Please write your question to the Court below:

We cannot find bank statements for NFCU acct 5336. Can you please advise on exhibit numbers or binder #?

By: Juror name redacted.
Foreperson