IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Date: February 15, 2024          Case No. 1:20-cr-00305-DDD

Time: 11:47 am

## NOTE FROM JURY

☑ We, the jury, have a question.
☐ We, the jury, have reached a verdict.
Please write your question to the Court below:

We are missing the November 2019 bank statement for Wells Fargo acct. ending 6934. Was it admitted/which exhibit number?

By: Juron name redacted.
Foreperson