IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Date: __February 15, 2024__   Case No. __1:20-cr-00305-DDD__

Time: __4:30 pm__

## NOTE FROM JURY

☐ We, the jury, have a question.
☑ We, the jury, have reached a verdict.
Please write your question to the Court below:

We have reached a verdict on all charges.

By: [Juror name redacted.]
Foreperson