## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Daniel D. Domenico

Civil Action No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**(1) MICHAEL AARON TEW;**
**(2) KIMBERLEY ANN TEW**, a/k/a Kimberley Vertanen; and
**(3) JONATHAN K. YIOULOS**,

    Defendants.

---

### COURT'S RESPONSE TO JUROR NOTES SENT AT 11:15 AM AND 11:47 AM ON FEBRUARY 15, 2024

---

All of the evidence in this case for you to consider has been provided to you in the deliberation room. As stated in the Court's final jury instructions, it is your duty to consider the evidence provided to you, in view of the Court's instructions, to reach your verdict. The Court cannot provide further guidance regarding your questions beyond the guidance set forth in the final instructions.

DATED: February 15, 2024

BY THE COURT:

*[signature]*

~~Daniel D.~~ Domenico
United States District Judge