# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   1. **MICHAEL AARON TEW, and**
   2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

      Defendants.

---

## VERDICT FORM

---

Please do not write anything on this form except to check a response and to sign and date the form.

### COUNT 1 – CONSPIRACY TO COMMIT WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 1 of the Indictment, charging conspiracy to commit wire fraud:

    \_\_\_\_\_ Not Guilty

    ✓ Guilty

## COUNT 1 – CONSPIRACY TO COMMIT WIRE FRAUD
## – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

1 of the Indictment, charging conspiracy to commit wire fraud:



_____ Not Guilty

_____ Guilty

### COUNT 2 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 2

of the Indictment, charging wire fraud:



_____ Not Guilty

_____ Guilty

### COUNT 3 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 3

of the Indictment, charging wire fraud:

_____ Not Guilty



_____ Guilty

## COUNT 4 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 4 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 5 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 5 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 6 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 6 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 7 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 7 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 8 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 8 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 9 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 9 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 10 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 10 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 11 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 11 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 12 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 12 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 13 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 13 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 14 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 14 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 15 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 15 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 16 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 16 of the Indictment, charging wire fraud:

_____ Not Guilty

__/__ Guilty

## COUNT 17 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 17 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 18 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 18 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

### COUNT 19 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 19 of the Indictment, charging wire fraud:

_____ Not Guilty

 _____ Guilty

### COUNT 20 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 20 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

### COUNT 21 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 21 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

### COUNT 21 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 21 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

### COUNT 22 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 22 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

### COUNT 22 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 22 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 23 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 23

of the Indictment, charging wire fraud:

_____ Not Guilty

√ Guilty

## COUNT 24 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 24

of the Indictment, charging wire fraud:

_____ Not Guilty

√ Guilty

## COUNT 25 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 25

of the Indictment, charging wire fraud:

_____ Not Guilty

√ Guilty

## COUNT 25 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 25 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 26 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 26 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 26 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 26 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 27 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 27

of the Indictment, charging wire fraud:

_____ Not Guilty

 Guilty

## COUNT 28 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 28

of the Indictment, charging wire fraud:

_____ Not Guilty

 Guilty

## COUNT 29 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 29

of the Indictment, charging wire fraud:

_____ Not Guilty

√ Guilty

## COUNT 30 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 30

of the Indictment, charging wire fraud:



Not Guilty

Guilty

## COUNT 31 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 31

of the Indictment, charging wire fraud:



Not Guilty

Guilty

## COUNT 31 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

31 of the Indictment, charging wire fraud:



Not Guilty

Guilty

## **COUNT 32 – WIRE FRAUD – MICHAEL TEW**

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 32

of the Indictment, charging wire fraud:

_____  Not Guilty

___✓___  Guilty

## **COUNT 32 – WIRE FRAUD – KIMBERLEY TEW**

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

32 of the Indictment, charging wire fraud:

_____  Not Guilty

_____  Guilty

## **COUNT 33 – WIRE FRAUD – MICHAEL TEW**

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 33

of the Indictment, charging wire fraud:

_____  Not Guilty

___✓___  Guilty

## COUNT 34 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 34
of the Indictment, charging wire fraud:



_____ Not Guilty

___✓___ Guilty

## COUNT 35 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 35
of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 36 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 36
of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 37 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 37 of the Indictment, charging wire fraud:



_____ Not Guilty

___✓___ Guilty

## COUNT 38 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 38 of the Indictment, charging wire fraud:



_____ Not Guilty

___✓___ Guilty

## COUNT 39 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 39 of the Indictment, charging wire fraud:



_____ Not Guilty

___✓___ Guilty

## COUNT 40 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 40
of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 41 – CONSPIRACY TO COMMIT MONEY LAUNDERING –

## MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 41
of the Indictment, charging conspiracy to commit money laundering:

_____ Not Guilty

__✓__ Guilty

## COUNT 41 – CONSPIRACY TO COMMIT MONEY LAUNDERING
## – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count
41 of the Indictment, charging conspiracy to commit money laundering:

_____ Not Guilty

__✓__ Guilty

## COUNT 42 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 42

of the Indictment, charging money laundering (spending):

_____ Not Guilty

__✓__ Guilty

## COUNT 43 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

43 of the Indictment, charging money laundering (spending):

_____ Not Guilty

__✓__ Guilty

## COUNT 44 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 44

of the Indictment, charging money laundering (spending):

_____ Not Guilty

__✓__ Guilty

## COUNT 44 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

44 of the Indictment, charging money laundering (spending):

\_\_\_\_ Not Guilty

 Guilty

## COUNT 45 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 45

of the Indictment, charging money laundering (spending):

\_\_\_\_ Not Guilty

 Guilty

## COUNT 46 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 46

of the Indictment, charging money laundering (spending):

\_\_\_\_ Not Guilty

 Guilty

## COUNT 47 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 47

of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 47 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

47 of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 48 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 48

of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 48 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

48 of the Indictment, charging money laundering (spending):

√    Not Guilty

_____    Guilty

## COUNT 49 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 49

of the Indictment, charging money laundering (spending):

_____    Not Guilty

√    Guilty

## COUNT 50 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 50

of the Indictment, charging money laundering (spending):

_____    Not Guilty

√    Guilty

### COUNT 51 –MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 51

of the Indictment, charging money laundering (spending):



\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

### COUNT 52 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 52

of the Indictment, charging money laundering (spending):



\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

### COUNT 53 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 53

of the Indictment, charging money laundering (spending):

\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

## COUNT 54 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 54

of the Indictment, charging money laundering (spending):



_____ Not Guilty

__✓__ Guilty

## COUNT 55 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 55

of the Indictment, charging money laundering (spending):



_____ Not Guilty

__✓__ Guilty

## COUNT 56 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 56

of the Indictment, charging money laundering (spending):



_____ Not Guilty

__✓__ Guilty

## COUNT 56 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

56 of the Indictment, charging money laundering (spending):



\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT 57 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 57

of the Indictment, charging willful failure to file a tax return:



\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT 58 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 58

of the Indictment, charging willful failure to file a tax return:

\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT 59 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 59

of the Indictment, charging willful failure to file a tax return:

_____ Not Guilty

___✓___ Guilty

## COUNT 60 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 60

of the Indictment, charging willful failure to file a tax return:

_____ Not Guilty

___✓___ Guilty

Juror name redacted.

FOREPERSON

Dated this __15__ th day of February, 2024.