IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE DANIEL D. DOMENICO**

Criminal Case No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW and
2. KIMBERLEY ANN TEW,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 15th day of February, 2024.

BY THE COURT

_____
Daniel D. Domenico,
United States District Judge

_____
Attorney for Government

_____
Attorney for Government

_____
Attorney for Defendant Michael Aaron Tew

_____
Attorney for Defendant Kimberley Ann Tew