IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:20-cr-00305-DDD-1 | Date: March 28, 2024 |
| Courtroom Deputy: Tram Vo | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | *No Appearance* |
| Plaintiff, | |
| v. | |
| 1. MICHAEL AARON TEW, | Kristen M. Frost |
| | Jason Dale Schall |
| Defendant. | |

**COURTROOM MINUTES**

**SEALED EX PARTE HEARING**

| | |
|---|---|
| 1:37 p.m. | **Court in session.** |
| 1:37 p.m. | **Record sealed.** |

Court calls case. Appearances of defense counsel.

This Court has been referred the issue of whether Defendant Michael Aaron Tew[1] remains entitled to ongoing court-appointed counsel pursuant to 18 U.S.C. § 3006A(c). *See* Order, ECF No. 455. The Court hears argument on the referred issue.

| | |
|---|---|
| 4:19 p.m. | **Court in recess.** |
| 4:28 p.m. | **Court in session.** |

As stated on the sealed record, the Court finds that Defendant Michael Tew remains eligible for court-appointed counsel. A separate public written order will be issued.

| | |
|---|---|
| 4:31 p.m. | **Court in recess.** |

---

[1] A separate ex parte hearing regarding Defendant Kimberley Ann Tew's eligibility for ongoing court-appointed counsel will be conducted at a later date.

Hearing concluded.
Total in-court time: 2 hours and 45 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.