IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## Unopposed Motion for Court Order Requiring the Parties to File Visual Presentations into the Record

Kimberley Tew, through attorneys David S. Kaplan and Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC submits this *Unopposed Motion for Court Order Requiring the Parties to File Visual Presentations into the Record*.

During the recently completed trial, all parties utilized visual presentations during opening statement and closing argument. While not "evidence" that the jury is to base its verdict on, statements and arguments made by counsel during closing arguments can be grounds for error. *See e.g., Wilson v. Sirmons*, 536 F.3d 1064, 1117 (10th Cir. 2008) (discussing when a prosecutor's statements during closing argument may constitute error). The same is true for visuals shown to the jury during these arguments. *See Thornton v. Hayes*, 2020 WL 1170507, at *18 (W.D. Wash. Feb. 18, 2020) (addressing whether prosecutor's PowerPoint during closing rose to the level of misconduct). The

visual presentations used by the parties are not presently part of the record for purposes of appeal.

To ensure there is a full record of everything that occurred during trial for purposes of her appeal, Mrs. Tew asks the Court to order the parties to file their visual presentations into the Court's e-filing system.

Dated: April 16, 2024.

                Respectfully submitted,

                *s/ Jamie Hubbard*
                David S. Kaplan
                Jamie Hubbard
                STIMSON LABRANCHE HUBBARD, LLC
                1652 Downing Street
                Denver, CO 80218
                720.689.8909
                kaplan@slhlegal.com
                hubbard@slhlegal.com

                *Attorneys for Kimberley Ann Tew*

## Certification of Type-Volume Limitation

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## Statement of Speedy Trial Impact

Pursuant to Judge Domenico's Practice Standard III(C), defense counsel notes that this filing has no effect on the speedy trial clock.

*s/ Jamie Hubbard*
Jamie Hubbard

**Certificate of Service**

   I certify that on April 16, 2024, I electronically filed the foregoing *Unopposed Motion for Court Order Requiring the Parties to File Visual Presentations into the Record* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com

Kristen M. Frost
Ridley McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO 80202
frost@ridleylaw.com

*Counsel for Michael Tew*

              *s/ Nancy Hickam*
              Nancy Hickam, Paralegal