**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.:  20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW, and

2. KIMBERLEY ANN TEW, a/k/a Kimberley Vertanen,

    Defendants.

---

**GOVERNMENT'S CONVENTIONAL SUBMISSION
RE: ORDER REQUIRING THE PARTIES TO FILE
VISUAL PRESENTATIONS INTO THE RECORD**

---

The United States of America, by United States Attorney Cole Finegan, through Bryan D. Fields and Sarah H. Weiss, Assistant United States Attorneys, hereby submits the following conventional submission in response to the Court's Order requiring the government to file visual presentations into the record. *See* ECF No. 476.

This conventional submission is one thumb drive containing one PowerPoint presentation that the Government used during trial's closing statements.

1

Respectfully submitted this 18th day of April, 2024.

                              COLE FINEGAN
                              UNITED STATES ATTORNEY

| By: */s/ Bryan D. Fields* | By: */s/ Sarah H. Weiss* |
|---|---|
| Bryan D. Fields | Sarah H. Weiss |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Sarah.Weiss@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        By:  *s/ Bryan D. Fields*
        Assistant United States Attorney
        United States Attorney's Office