# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

---

| | | | |
|---|---|---|---|
| Date: | April 22, 2024 | Prob./Pret.: | Seth Junker |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

---

Criminal Case No. **1:20-cr-00305-DDD**         Counsel:

UNITED STATES OF AMERICA,                      Bryan D. Fields
                                               Sarah H. Weiss
    Plaintiff,

v.

1. MICHAEL AARON TEW;                          Jason D. Schall
and                                            Kristen M. Frost
2. KIMBERLEY ANN TEW,                          David S. Kaplan
                                               Jamie H. Hubbard
    Defendants.

---

## COURTROOM MINUTES

---

**DETENTION HEARING**

**10:30 a.m.    Court in session.** Defendants present, on bond.

Appearances of counsel.

Court's opening remarks.

Discussion regarding witnesses to be called and objection by Mr. Kaplan.

[450] Government's Motion for Detention Pending Sentencing is raised for argument.

1

| | |
|---|---|
| 10:50 a.m. | Government's witness **Seth Junker** sworn. |
| | Direct examination by Government by Ms. Weiss. |
| 11:03 a.m. | Cross examination by Defendant Michael Aaron Tew by Mr. Schall. |
| 11:08 a.m. | Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| 11:12 a.m. | Re-direct examination by Government by Ms. Weiss. |
| 11:15 a.m. | Government's witness **Lisa Palmer** sworn. |
| | Direct examination by Government by Ms. Weiss. ***Exhibit(s) identified: 2, 9, 10, 8, 7, 6, 3, 5, 11, 1, 12*** |

**Exhibit(s) 2 RECEIVED.**

| | |
|---|---|
| 12:08 p.m. | Bench conference regarding issue raised by Mr. Schall. |
| **12:12 p.m.** | **Court in recess.** |
| **12:28 p.m.** | **Court in session.** |
| | Government's witness **Lisa Palmer** resumes. |
| 12:29 p.m. | Cross examination by Defendant Michael Aaron Tew by Ms. Frost. |
| 12:37 p.m. | Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard. |
| 12:47 p.m. | Re-direct examination by Government by Ms. Weiss. ***Exhibit(s) identified: 2*** |
| 12:52 p.m. | Government rests. |
| 12:58 p.m. | Statement by Mr. Junker regarding additional conditions that could be imposed. |

Argument by Ms. Weiss, Ms. Hubbard, Mr. Schall.

**ORDERED:** [450] Government's Motion for Detention Pending Sentencing is **DENIED**, but the Court will impose additional conditions of bond.

Court indicates that a written order shall follow.

**ORDERED:** Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**1:21 p.m.** **Court in Recess. HEARING CONCLUDED.   TOTAL TIME:   2:29**