# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No.    20-cr-305-DDD            Date:    April 22, 2024

Case Title:    *United States v. Michael Tew, et al.*

**GOVERNMENT'S** WITNESS LIST FOR DETENTION HEARING
(**Plaintiff**/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Seth Junker, U.S. Probation Office | ① 4/22/24, 10:50am. 15 minutes (direct) |
| Lisa Palmer, IRS | ② 4/22/24, 11:15am. 45 minutes (direct) |