IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

### Kimberley Tew's Notice of Filing of Visual Presentation

Kimberley Tew, through attorneys David S. Kaplan and Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC hereby submits the following PowerPoint presentation that Kimberley Tew's counsel used during trial's closing statements.

Dated: April 23, 2024.

    Respectfully submitted,

    *s/ Jamie Hubbard*
    David S. Kaplan
    Jamie Hubbard
    STIMSON LABRANCHE HUBBARD, LLC
    1652 Downing Street
    Denver, CO 80218
    720.689.8909
    kaplan@slhlegal.com
    hubbard@slhlegal.com

    *Attorneys for Kimberley Ann Tew*

**Certificate of Service**

       I certify that on April 23, 2024, I electronically filed the foregoing *Kimberley Tew's Notice of Filing of Visual Presentation* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com

Kristen M. Frost
Ridley McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO 80202
frost@ridleylaw.com

*Counsel for Michael Tew*

                                                       *s/ Nancy Hickam*
                                                       Nancy Hickam, Paralegal