# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-3

UNITED STATES OF AMERICA

        Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

        Defendant.

---

**UNOPPOSED MOTION FOR DEFENDANT TO TRAVEL OUT OF THE COUNTRY**

---

Defendant Jonathan Yioulos, by and through counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court enter an unopposed Order allowing Mr. Yioulos to travel to Jamaica for a family trip. In support of said Motion, Defendant states as follows:

1. On November 16, 2021, Mr. Yioulos entered a guilty plea to one count of wire fraud and one count of conspiracy to commit wire fraud, in violation of Title 18 U.S.C. Sections 1343 and 1349. Mr. Yioulos cooperated with the government and testified against his co-defendants at their trial in early 2024. This Court will sentence Mr. Yioulos on September 17, 2024. Mr. Yioulos, who lives in the Buffalo, New York area, has been on pretrial release since his indictment, and has been fully compliant with all terms and conditions of that release.

2. On March 23, 2023, this Court entered an Order allowing Mr. Yioulos to obtain a passport, and directing his counsel to maintain custody of that passport until specific permission to travel is granted by the Court. (Doc. 322).

3. Mr. Yioulos is in the process of applying for a passport in the hope of taking a family trip with his wife and two young children. More specifically, Mr. Yioulos hopes to travel to Montego Bay, Jamaica from June 26 - July 2, 2024. Flight and hotel details have been provided to the government.

4. If Mr. Yioulos is allowed to travel, he will Fed-Ex his passport to undersigned counsel immediately upon his return to the United States on July 2, 2024.

5. On April 22, 2024, undersigned counsel conferred with Assistant United States Attorney Bryan Fields, who indicated the government does not object to this travel.

6. Attached hereto as Exhibit A is a Waiver of Extradition signed by Mr. Yioulos.

WHEREFORE, Defendant respectfully requests this Court enter an Order allowing him to travel to Montego Bay, Jamaica from June 26 – July 2, 2024. Should the Court wish to conduct a hearing on this Motion, Defendant respectfully requests that he be allowed to appear via VTC.

Dated this 23rd day of April, 2024.

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303)573-1900
rick@rklawpc.com
Attorney for Defendant Yioulos

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.

*s/ Erin Mohr*
Paralegal