IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-3

UNITED STATES OF AMERICA

       Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

       Defendant.

---

## WAIVER OF EXTRADITION

---

Defendant, Jonathan Yioulos, states as follows:

    As a condition of my release and the Court granting me an exception to my bond/summons and allowing me to travel to Montego Bay, Jamaica from June 26 - July 2, 2024, **I HEREBY WAIVE MY RIGHT TO RESIST EXTRADITION TO THE STATE OF COLORADO**, from any state in the Union and from any territory or country outside of the United States.  I agree that I will not contest any effort to return me to the United States or the State of Colorado.

    I fully understand that I have the right under the Constitution of the United States and under the law to contest any effort any effort to extradite me from any other State and to return me to the State of Colorado.  I freely and knowingly waive any right as a condition of this Court granting me the privilege to travel outside the State of Colorado while on bond/summons.

Date: 4/23/24            Defendant: _____
                                                                Jonathan Yioulos

                    *s/ Richard K. Kornfeld*
                    Richard K. Kornfeld
                    RECHT KORNFELD, PC
                    1600 Stout Street, Suite 1400
                    Denver, CO 80202
                    (303)573-1900
                    rick@rklawpc.com
                    Attorney for Defendant Yioulos

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.


*s/ Erin Mohr*
Paralegal