IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW**;

2. KIMBERLY ANN TEW; and
   a/k/a Kimberley Vertanen

3. JONATHAN K. YIOULOS,

Defendants.

## NOTICE OF CLARIFICATION REGARDING SENTENCING STATEMENT

Michael Tew, by and through counsel Kristen M. Frost of Ridley McGreevy & Winocur and Jason D. Schall of Bowlin & Schall, hereby submits this Notice Of Clarification Regarding Sentencing Statement. In support thereof, Mr. Tew states as follows:

1. D.C.COLO.LCrR 32.1 provides the procedure for sentencing statements in criminal cases. Subsection (a)(1) states that the government shall file a sentencing statement that analyzes factors to be considered at sentencing no later than 30 days after a verdict is returned by a jury or the court.

2. Subsection (a)(2) states that the defense *may* file a sentencing statement that addresses the same factors no later than 14 days after the government files its sentencing statement.

3. Yesterday, on the record, the government noted that the defense had somehow violated a deadline to file a sentencing statement. D.C.COLO.LCrR 32.1, however, does not require the

defense to file a sentencing statement. It is the government that is required to do so under this rule.

4. As is the normal practice in criminal cases, the defense will address the applicable sentencing factors under 18 U.S.C. § 3553(a) when it files its motion for a variant sentence no later than 14 days before sentencing pursuant to D.C.COLO.LCrR 32.1(c).

WHEREFORE, Mr. Tew respectfully provides this notice to the Court regarding when it will raise factors to be considered at sentencing.

Respectfully submitted,

*s/ Kristen M. Frost*
Kristen M. Frost
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
E-mail: frost@ridleylaw.com

*s/ Jason D. Schall*
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E. Progress Place, Suite 100
Telephone: (720) 505-3861
E-mail: jason@bowsch.com

*Attorneys for Defendant Michael Tew*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of April, 2024, I served a true and correct copy of the foregoing **NOTICE OF CLARIFICATION REGARDING A SENTENCING STATEMENT** electronically with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to the Court and parties.


                                       *s/ Kristin McKinley*
                                       Kristin McKinley