IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW**;

2. KIMBERLY ANN TEW; and
   a/k/a Kimberley Vertanen

3. JONATHAN K. YIOULOS,

Defendants.

## MICHAEL TEW'S NOTICE OF FILING OF VISUAL PRESENTATION

Michael Tew, by and through counsel Kristen M. Frost of Ridley McGreevy & Winocur and Jason D. Schall of Bowlin & Schall, hereby submits the following PowerPoint presentation that Michael Tew's counsel used during closing argument at trial. No visual presentation was used during Mr. Tew's opening statement.

Respectfully submitted this 24th day of April, 2024.

*s/ Kristen M. Frost*
Kristen M. Frost
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
E-mail: frost@ridleylaw.com

            <u>s/ Jason D. Schall</u>
            Jason D. Schall
            BOWLIN & SCHALL LLC
            7350 E. Progress Place, Suite 100
            Telephone: (720) 505-3861
            E-mail: jason@bowsch.com

            *Attorneys for Defendant Michael Tew*

   I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of April, 2024, I served a true and correct copy of the foregoing **MICHAEL TEW'S NOTICE OF FILING OF VISUAL PRESENTATION** electronically with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to the Court and parties.

                                                *s/ Kristin McKinley*
                                                Kristin McKinley