# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 26th day of April, 2024.

    COLE FINEGAN
    United States Attorney

By:    *s/ Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 26th day of April, 2024, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
      Legal Assistant
      United States Attorney's Office