IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW, a/k/a Kimberley Vertanen,**

    Defendant.

## UNITED STATES' MOTION TO RESTRICT DOCUMENTS

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Martha A. Paluch, Assistant United States Attorney, respectfully moves to restrict the document filed at ECF 493 and any order revealing the contents of that document at Level 3 restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 3" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible to the government and the Court.

The government also respectfully moves to restrict the brief filed in support of this motion at ECF 494 at Level 1, which would make that filing accessible to the

filing parties and the Court, for the same reasons cited by the defense and granted by the Court in ECFs 481 and 491.

Dated this 26th day of April, 2024.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  s/ *Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        Chief, Economic Crimes Section
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0409
        Email: martha.paluch@usdoj.gov
        Attorney for the Government

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2024, I electronically filed the foregoing

**UNITED STATES' MOTION TO RESTRICT DOCUMENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By:  s/ *Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
Chief, Economic Crimes Section
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Email: martha.paluch@usdoj.gov
Attorney for the Government