IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendant.

## ORDER TO RESTRICT DOCKET NOS. 493 and 494

This matter is before the Court on the Government's Motion to Restrict ECFs 493 and 494. Upon consideration and for good cause shown,

IT IS ORDERED that the government's Brief in Support of Motion to Restrict (ECF 494), as well as any order revealing the contents of those documents, are hereby restricted at Level 1 and will be "Viewable by the Parties & Court" only.

IT IS FURTHER ORDERED that the government's Response (ECF 493), as well as any order revealing the contents of that document, pursuant to

//



//

1

D.C.COLO.LCrR 47.1(b), are hereby restricted at a "Level 3 Restriction" and will be "Viewable by the Filing Party & Court" only.

IT IS SO ORDERED on this ___ day of _____, 2024.

BY THE COURT:

_____
HONORABLE DANIEL D. DOMENICO
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO