**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00305-DDD-3

UNITED STATES OF AMERICA

       Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

       Defendant.

---

**UNOPPOSED MOTION FOR DEFENDANT TO TRAVEL OUT OF STATE**

---

       Defendant Jonathan Yioulos, by and through counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court enter an unopposed Order allowing Mr. Yioulos to travel to Miami, Florida for a family trip. In support of said Motion, Defendant states as follows:

       1.      On November 16, 2021, Mr.  Yioulos entered a guilty plea to one count of wire fraud and one count of conspiracy to commit wire fraud, in violation of Title 18 U.S.C. Sections 1343 and 1349.  Mr. Yioulos cooperated with the government and testified against his co-defendants at their trial in early 2024.  This Court will sentence Mr. Yioulos on September 17, 2024.  Mr. Yioulos, who lives in the Buffalo, New York area, has been on pretrial release since his indictment, and has been fully compliant with all terms and conditions of that release.

       2.      As a condition of his release, Mr. Yioulos is required to obtain this Court's permission to travel outside of the state of New York, except for court appearances.

3.     Mr. Yioulos previously requested and was granted permission from this Court to travel with his family to Montego Bay, Jamaica from June 26 - July 2, 2024 (Doc. nos. 485 and 487).

4.     Mr. Yioulos and his family have decided to forgo their trip to Jamaica and instead hope to travel to Miami, FL from June 25 – July 1, 2024.

5.     On April 29, 2024, undersigned counsel conferred with Assistant United States Attorney Bryan Fields, who indicated the government does not object to this travel.

6.     Mr. Yioulos previously executed and filed a Waiver of Extradition (Doc. 485-1).

WHEREFORE, Defendant respectfully requests this Court enter an Order allowing him to travel to Miami, FL from June 25 – July 1, 2024.  Should the Court wish to conduct a hearing on this Motion, Defendant respectfully requests that he be allowed to appear via VTC.

Dated this 29th day of April, 2024.

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303)573-1900
rick@rklawpc.com
Attorney for Defendant Yioulos

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 29th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.


*s/ Erin Mohr*
Paralegal