IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES**

Defendant Michael A. Tew ("Mr. Tew"), by and through counsel Jason D. Schall, respectfully asks the Court to continue sentencing in this matter and reset related case deadlines ("Motion"). In support of this Motion, Mr. Tew states:

1. On February 15, 2024, Mr. Tew was convicted by jury verdict of all counts alleged against him in the Indictment in this matter. (Doc. No. 83). Mr. Tew's sentencing hearing was later scheduled for August 8, 2024, at 10:30 A.M. Counsel did not have the opportunity to clear this date on their calendars before it was scheduled. (Doc. No. 456.)

2. To allow for effective preparation of his defense at sentencing and to accommodate his counsel's travel schedule, Mr. Tew asks that his sentencing hearing be continued for approximately three weeks until late August or early September 2024.

3. Mr. Tew's reasons for this request are three-fold. First, each of Mr. Tew's counsel have travel-related scheduling issues with the August 8, 2024, sentencing date. A sentencing date at the end of August or beginning of September 2024 works for Mr. Tew's counsel.

4.   Second, Mr. Tew needs additional time to provide financial background materials to the U.S. Probation Officer preparing the Pre-sentencing Investigation Report in this matter.

5.   Third, Mr. Tew requests the brief continuance of sentencing to allow him to resolve work matters (which appear to be on-track for resolution in mid-August 2024) and to provide him with necessary time to engage in additional mitigation efforts prior to sentencing.

6.   This is Mr. Tew's first motion to continue sentencing in this matter.

7.   Undersigned counsel has conferred with Assistant U.S. Attorneys Bryan Fields and Sarah Weiss (the "government").  The government stated that it does not oppose this request for a brief continuance of this matter for a few weeks but does oppose any longer continuance and will oppose any subsequent requests that sentencing by continued.

Mr. Tew respectfully requests that sentencing in this case be continued for a period of approximately three weeks, and that all related deadlines be adjusted accordingly.

Dated this 31th day of May, 2024.

       /s/ *Jason D. Schall*
       Jason D. Schall
       BOWLIN & SCHALL LLC
       7350 E Progress Pl Ste #100
       Greenwood Village, CO 80111
       Telephone: 720.505.3861
       Email: jason@bowsch.com

       Attorney for Defendant Michael A. Tew

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, the foregoing **Unopposed Motion to Continue Sentencing and Related Deadlines** was electronically filed with the Clerk of the Court and served via the CM/ECF system on the following:

AUSA Bryan Fields / Sarah Weiss
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Sarah.Weiss@usdoj.gov

David Kaplan / Jamie Hubbard
Stimson LaBranche Hubbard, LLC
1652 North Downing Street
Denver, CO 80203
(720) 689-8909
kaplan@slhlegal.com
hubbard@slhlegal.com
*Attorneys for Kimberley Ann Tew*

I hereby certify that I will mail or serve the filing to the following participants:

Mr. Michael Aaron Tew (defendant)

/s/ Jason D. Schall
Jason D. Schall

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Jason D. Schall
Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

/s/ Jason D. Schall
Jason D. Schall