**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

---

### Kimberley Tew's Unopposed Motion for Extension of Time to Submit Objections to Presentence Investigation Report

---

Kimberley Tew, through attorneys David S. Kaplan and Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC hereby submits the following Unopposed Motion for Extension of Time to Submit Objections to Presentence Investigation Report.

*Certificate of Conferral*: Undersigned counsel has conferred with counsel for the Government and is authorized to state that they have no objection to the requested relief.

At the conclusion of trial in this matter, the Court set the sentencing hearing for August 8, 2024. Using this date, counsel calendared the associated deadlines for disclosure of the Presentence Investigation Report, objections thereto, and sentencing motions. The deadline for disclosure of the PSIR fell on July 4, 2024 (35 days before the sentencing hearing), which counsel calendared to roll over to July 5, 2024. If the PSIR

was disclosed to the parties on July 5, 2024, objections to the PSIR would be due July 19 (14 days later). Thus, July 19 was calendared as the deadline for objections to the PSIR.

The probation department disclosed Mrs. Tew's PSIR three days early, on July 2. This early disclosure advanced the defense's deadline to file objections from July 19 to July 16, 2024. Given some pre-planned time out of the office, coupled with the press of business in other matters, counsel requests an extension of the deadline to object to the PSIR until the original anticipated deadline of July 19, 2024. Such a brief extension will not cause hardship to the parties or the Court as it would put this case in line with the typical timing of disclosures (3 weeks before the sentencing hearing).

WHEREFORE, the Defendant, Kimberley Tew, respectfully requests that this court GRANT this unopposed motion and extend the deadline for Defendant to submit her Objections to the Presentence Investigation Report up to and including July 19, 2024.

Dated: July 16, 2024.

>Respectfully submitted,
>
>*s/ Jamie Hubbard*
>David S. Kaplan
>Jamie Hubbard
>STIMSON LABRANCHE HUBBARD, LLC
>1652 Downing Street
>Denver, CO 80218
>720.689.8909
>kaplan@slhlegal.com
>hubbard@slhlegal.com
>
>*Attorneys for Kimberley Ann Tew*

2

## Certificate of Service

I certify that on July 16, 2024, I electronically filed the foregoing *Unopposed Motion for Extension of Time to Submit Objections to Presentence Investigation Report* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com

Kristen M. Frost
Ridley McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO 80202
frost@ridleylaw.com

*Counsel for Michael Tew*

                                              *s/ Andres L. Varas*
                                              Andres L. Varas, Paralegal