IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

**ORDER Re: Kimberley Tew's Motion for Extension of Time to Submit Objections to Presentence Investigation Report**

    THIS COURT, having reviewed Defendant Kimberly Tew's Motion for Extension of Time to Submit Objections to Presentence Investigation Report, and being fully advised of the circumstances thereof, hereby GRANTS the motion and ORDERS Defendant Kimberly Tew to submit her Objections to Presentence Investigation Report on or before July 19, 2024.

                                  BY THE COURT

                                  _____

                                  Judge