IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

**ORDER RE: Unopposed Motion to Restrict Defendant Kimberly Tew's Objections to Presentence Investigation Report**

THIS COURT, having reviewed Defendant Kimberly Tew's Unopposed Motion to Restrict Objections to Presentence Investigation Report, and being fully advised thereof, hereby GRANTS the motion.

BY THE COURT:

_____
Judge