# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL AARON TEW;

2. KIMBERLEY ANN TEW; and
   a/k/a Kimberley Vertanen

3. JONATHAN K. YIOULOS,

        Defendants.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 25th day of July 2024.

        MATTHEW T. KIRSCH
        Acting United States Attorney

        s/ *Laura B. Hurd*
        Laura B. Hurd
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: laura.hurd@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Sheri Gidan*
FSA Federal Paralegal
Office of the U.S. Attorney