IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**2.   KIMBERLY ANN TEW**,
    a/k/a Kimberly Vertanen

        Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT KIMBERLY ANN TEW**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Kimberly Ann Tew pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on February 3, 2021, an Indictment was filed charging defendant Kimberly Ann Tew with the following: in Count 1 with violation of 18 U.S.C. § 1349 (conspiracy to commit wire fraud); in Counts 16, 21, 22, 25, 26, 31, and 32 with violations of 18 U.S.C. §§ 1343 and 2 (wire fraud and aiding and abetting); in Count 41 with violation of 18 U.S.C. §§ 1956(h) (conspiracy to commit money laundering); and in Counts 43, 44, 47, 48, and 56 with violations of 18 U.S.C. § 1957 (money laundering-spending);

1

THAT the Indictment also sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), of any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of the violations set forth in Counts 1 through 40, including but not limited to, a money judgment in the amount of proceeds obtained by the scheme and the defendants. In addition, the Indictment sought forfeiture, pursuant to 18 U.S.C. § 982(a)(2), for all property involved in the violations set forth in Counts 41 through 56 or all property traceable to such property; and

That on February 15, 2024, defendant Kimberly Tew was found guilty by a jury of Counts 1, 21, 22, 25, 26, 31, 32, 41, 43, 44, 47, and 56; and

THAT based on the facts set forth at trial, there is a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $5,053,878.50 is subject to forfeiture as proceeds obtained by defendant Kimberly Ann Tew through commission of the offenses in Counts 1, 21, 22, 25, 26, 31, and 32 for which she was found guilty;

THAT proceeds obtained from the wire fraud and conspiracy to commit wire fraud were laundered as a result of defendant Kimberly Ann Tew's convictions for Counts 41, 43, 44, 47, and 56;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Kimberly Ann Tew in the amount of $5,053,878.50 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT any payments toward the money judgment will be credited so that the United States will not collect more than the $5,053,878.50; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this _____ day of _____2024.

BY THE COURT:

_____
DANIEL D. DOMENICO
United States District Court Judge