IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

### Kimberley Tew's Notice of Objection to United States' Motion for Preliminary Order of Forfeiture

Kimberley Tew, through attorneys David S. Kaplan and Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC submits *Kimberley Tew's Notice of Objection to United States' Motion for Preliminary Order of Forfeiture* and as grounds state the following:

1. On February 15, 2024 Mrs. Kimberley Tew, was found guilty of twelve counts in the above captioned case. Her co-defendant, Mr. Michael Tew was convicted of sixty counts. On July 25, 2024, the government submitted *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Kimberley Ann Tew*. (Doc. 513). Mrs. Tew is set for a sentencing hearing on August 8, 2024.

2. The Federal Rules of Criminal Procedure, addressing criminal forfeiture, require the court to determine if the government has established a nexus

between any specific property to be forfeited and the offenses of conviction. Fed. R. Crim. P. 32.2(b)(1)(A); 32.2(b)(2)(A). The fact that defendants are coconspirators does not mandate that joint and several liability must apply to the repayment of a loss attributed to the conspiracy. *Honeycutt v. United States* 581 U.S. 443, 137 S. Ct. 1626 (2017).

3. The government seeks an order of forfeiture disproportionate to Ms. Tews' involvement or contribution to the counts of conviction. In an indictment containing sixty counts Mrs. Tew was convicted of seven counts related to wire fraud and five counts related to money laundering.[1] The government has acknowledged that Mrs. Tew was not involved with more than 80% of the fraudulent transfers. The government has further conceded that the amount of funds laundered by Mrs. Tew was only $72,000.00 and as such is not seeking their forfeiture. (U.S. Motion for Preliminary Order Doc. 513 p.2.n 2)

4. The government requests forfeiture, in the form of a money judgement totaling $5,053,878.50, for an amount derived from proceeds obtained by the scheme and the defendants. The amount attributable to Mrs. Kimberley Tew as a result of the wire fraud convictions is more accurately based on the counts of conviction, totaling $184,300.00, as described in *Defendant Kimberley*

---

[1] Mrs. Tew was acquitted on wire fraud count #16 and any forfeiture calculation should be reduced accordingly.

*Tew's Objections to Presentence Investigation Report* submission. (Doc. #508 Offense Level Computation p. 24 incorporated herein by reference).

5. Failing to provide a nexus between Mrs. Tew's criminal conduct and the money judgement being sought by the government, this court should enter a preliminary order of forfeiture consistent with the amounts contained in this Notice of Objection.

6. Mrs. Tew requests that the order of forfeiture enter sufficiently in advance of sentencing to allow counsel for Mrs. Tew to suggest revisions or modifications before the order becomes final. Fed. R. Crim P. 32.2(b)(2)(B).

Dated: August 2, 2024.

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
Jamie Hubbard
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
720.689.8909
kaplan@slhlegal.com
hubbard@slhlegal.com

*Attorneys for Kimberley Ann Tew*

**Certificate of Service**

I certify that on August 2, 2024, I electronically filed the foregoing *Kimberley Tew's Notice of Objection to United States Motion for Preliminary Order of Forfeiture* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

3

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com

Kristen M. Frost
Ridley McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO 80202
frost@ridleylaw.com

*Counsel for Michael Tew*

                                            *s/ Andres L. Varas*
                                            Andres L. Varas, Paralegal