PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A-105
Denver, CO 80294

☐ **Original Notice**
Date:
By:

☑ **Notice of Disposition**
Date: 02/15/2024
By: Robert R. Keech

---

Defendant: Kimberley Ann Tew
Date of Birth: 01/01/1981
SSN:

Case Number: 1:20-cr-00305-DDD-02
Place of Birth: Korea

---

**Notice of Court Order** (Order Date: 08/13/2024 )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 522213975 and/or passport card number _____ to the custody of the U.S. District Court on 02/11/2021.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☑ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court

