IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kimberley Ann Tew in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment entered in this action on the 13th day of August 2024.

Dated: August 20, 2024.

    Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
Jamie Hubbard
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
720.689.8909
kaplan@slhlegal.com
hubbard@slhlegal.com

*Attorneys for Kimberley Ann Tew*

## Certificate of Service

I certify that on August 20, 2024, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court and all parties using the CM/ECF system.

*s/ Nancy Hickam*
Nancy Hickam, Paralegal