# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-3

UNITED STATES OF AMERICA

    Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

    Defendant.

## SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Jonathan Yioulos, by and through his counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court continue Mr. Yioulos' sentencing in this case. In support of said Motion, Defendant states as follows:

1. Ms. Yioulos' sentencing currently is set for October 2, 2024 at 3:30 p.m. As this Court is aware, Mr. Yioulos testified at the trial of his two codefendants, Michael and Kimberley Tew. Mr. Yioulos' testimony began on February 5, 2024 and concluded on February 7, 2024. His testimony was a central component of the government's case in chief.

2. On February 15, 2024, the jury convicted Michael and Kimberley Tew.

3. Kimberley Tew was sentenced on August 8, 2024.

4. Michael Tew's sentencing was recently rescheduled from September 12 to November 12, 2024.

5. The prosecutors have indicated to undersigned counsel that the

1

government may seek further assistance from Mr. Yioulos relevant to the sentencing of his codefendants, and as such, Mr. Yioulos' sentencing should trail the sentencing dates of his codefendants. Moreover, given Mr. Yioulos' cooperation at trial against his co-defendants, the full extent of that cooperation may not be known until this Court sentences all co-defendants.

6.  For these reasons, Defendant respectfully requests the Court continue the sentencing in this case to a date after that of Mr. Tew. Undersigned counsel has conferred with AUSA Bryan Fields, who indicated the government does not object to this request.

WHEREFORE, Defendant Jonathan Yioulos, by and through his counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court continue Mr. Yioulos' sentencing.

Dated this 21st day of August, 2024.

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com
Attorney for Defendant Yioulos

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.


*s/ Erin Mohr*
Paralegal