IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW**,

Defendant.

---

**DEFENDANT MICHAEL AARON TEW'S
MOTION TO RESTRICT DOCUMENT**

---

On behalf of Michael Tew, counsel Jason D. Schall of Bowlin & Schall and Kristen M. Frost of Ridley McGreevy & Winocur respectfully move to restrict access to ECF numbers 531, 532, 533, and the Restricted Brief in Support of this Motion. Mr. Tew requests a "Level 2 Restriction" to make the documents "viewable by the Court and selected parties."

DATED this 28th day of August, 2024.

    *s/ Jason D. Schall*
    Jason D. Schall
    BOWLIN & SCHALL LLC
    7350 E. Progress Place, Suite 100
    Telephone: (720) 505-3861
    E-mail: jason@bowsch.com


    *s/ Kristen M. Frost*
    Kristen M. Frost
    RIDLEY, MCGREEVY & WINOCUR, P.C.
    303 16th Street, Suite 200

Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   frost@ridleylaw.com

*Attorneys for Defendant Michael Aaron Tew*

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Jason D. Schall*
Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

/s/  Jason D. Schall
Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to the following:

AUSA Bryan Fields / Sarah Weiss
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Co 80202
(303) 454-0100
Bryan.Fields@usdoj.gov / Sarah.Weiss@usdoj.gov

*s/ Jason D. Schall*
Jason D. Schall