IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Kimberley Ann TEW,

   Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

     The Judgment imposed on August 8, 2024, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the Satellite Prison Camp, FCI Phoenix. Accordingly,

     IT IS ORDERED that Defendant, Kimberley Ann TEW, shall surrender herself by reporting to the Warden at Satellite Prison Camp, FCI Phoenix, 37900 North 45th Avenue, Phoenix, Arizona 85086, on October 9, 2024, by 12:00 p.m. Travel will be at her own expense.

     DATED at Denver, Colorado, this 29th day of August, 2024.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge