IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

---

**Kimberley Tew's Motion Requesting an Order Extending the Time for her to Surrender to the Warden at Satellite Prison Camp**

---

Defendant Kimberly Ann Tew, through attorneys David S. Kaplan and Jamie Hubbard, of the law firm of Stimson LaBranche Hubbard, LLC, submits this motion to extend the time for Ms. Tew to surrender to Bureau of Prison authorities and states the following:

On February 15, 2024, Kimberley Tew was convicted on twelve counts in the above case. Michael Tew, a codefendant, was convicted on fifty-nine counts. Both Michael Tew and Kimberley Tew were set for sentencing on August 8, 2024. (Doc. #456, 457). Michael Tew filed *Defendant's Unopposed Motion to Continue Sentencing and Related Deadlines* on May 31, 2024. (Doc. #502). The court granted Mr. Tew's motion and reset his sentencing for September 12, 20214. (Doc. #503)

Mrs. Tew proceeded to sentencing on August 8, 2024, and received a 48-month sentence in the Federal Bureau of Prisons. At the conclusion of the sentencing hearing, counsel asked the Court to delay Mrs. Tew's reporting date until 30 days after her husband was sentenced so the couple could finalize arrangements for their children once both sentences had been set. The

Court granted that request and ordered that the date for Mrs. Tew to report to the Bureau of Prisons be stayed until at least October 8, 2024. (Doc. #528) On August 29, 2024, an order was received requiring Mrs. Tew to surrender to the Satellite Prison Camp, FCI Phoenix on October 9, 2024. (Doc. #545).

After Mrs. Tew's sentencing hearing, Mr. Tew sought and obtained a second continuance to his sentencing hearing; Mr. Tew's sentencing hearing is now scheduled for November 12, 2024. (Doc. #534)

Mrs. Tew now asks the Court to delay her reporting until at least 30 days after Mr. Tew's sentencing hearing. The same rationale for the request that Mrs. Tew be allowed to surrender after Mr. Tew is sentenced still exists and is no less compelling than when the court made the accommodation at her sentencing hearing. Mrs. Tew has continued to be compliant with all terms of her release. Unlike the other co-defendants, Mrs. Tew did not delay the sentencing in her case. A brief extension to surrender is no less justified than the requests made by codefendants.

Mrs. Tew therefore requests that an order be issued amending the sentencing of Mrs. Tew to allow her surrender to the Warden at Satellite Prison Camp Phoenix, 37900 North 45th Avenue, Phoenix, Arizona 85086, on December 3, 2024. Should the Bureau of Prisons designate a different facility, Mrs. Tew shall surrender to that facility within 15 days of the designation but no earlier than December 3, 2024.

Mr. Bryan Fields has been consulted regarding this request and opposes it being granted.

Dated: September 5, 2024.

Respectfully submitted,

*s/ David Kaplan*
David S. Kaplan
Jamie Hubbard
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
720.689.8909
kaplan@slhlegal.com
hubbard@slhlegal.com

*Attorneys for Kimberley Ann Tew*

## Certificate of Service

I certify that on September 5, 2024, I electronically filed Kimberley *Tew's Motion Requesting an Order Extending the Time for her to Surrender to the Warden at Satellite Prison Camp* using the CM/ECF system.

*s/ Andres L. Varas*
Andres L. Varas, Paralegal