**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

**Order Re: Kimberley Tew's Motion Requesting an Order Extending the Time for her to Surrender to the Warden at Satellite Prison Camp**

    THIS COURT, having reviewed Defendant Kimberly Tew's Motion Requesting an Order Extending the Time for her to Surrender to the Warden at Satellite Prison Camp, and being fully advised thereof, hereby GRANTS the motion.

    BY THE COURT:

    _____

    Judge