**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

**Order re: Kimberley Tew's Motion for Release Pending Appeal**

    This Court, having considered Kimberley Tew's Motion for Release Pending Appeal hereby GRANTS the Motion. The Voluntary Surrender Order Supplementing Judgment (Doc. 545) is VACATED. Defendant Kimberley Tew is directed to remain on release under the supervision of the Court pending her appeal.

    BY THE COURT:

_____
Judge