# TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)

## PART I – Case Information and Contact Information

Case Name: USA v. 2. Kimberley Ann Tew
District Court Case Number: 1:20-cr-00305-DDD-2
District Court: Colorado
Circuit Court Appeal Number: 24-1333
Name of Attorney/Pro Se Party Completing this Form: David Kaplan
Name of Law Firm/Office: Stimson LaBranche Hubbard, LLC
Address: 1652 Downing St., Denver, CO 80218
Phone: (720) 689-8909
Email: varas@slhlegal.com
Attorney For: Kimberley Tew

## PART II – Complete one section below to indicate whether you are ordering transcripts.

☐ I am not ordering a transcript because (check one):
  ☐ a transcript is not necessary for this appeal;
  ☐ the necessary transcript is already on file in the district court; or
  ☐ the necessary transcript was ordered previously in appeal number _____.

☒ I hereby order the following transcript(s) from **Tammy Hoffschildt** (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each reporter** from whom transcripts are ordered. **Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day or Daily) |
|---|---|---|---|
| Jury Trial | 02/05/24 – 02/08/24 | 414, 418, 419, 421 | 30-Day |
| Jury Trial | 02/09/24 – 02/16/24 | 423, 425, 427, 430, 439 | 30-Day |
| Sentencing Hearing | 08/08/2024 | 527 | 30-Day |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |

## PART III – Choose the manner of payment for the transcript(s) ordered.

☐ This case is **NOT proceeding under the Criminal Justice Act**. I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☒ This case **IS proceeding under the Criminal Justice Act**, and (check one):
  ☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
  ☒ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

## Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, David Kaplan, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: s/David Kaplan   Date: September 4, 2024

## PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| 10/8/24 | 11/8/24 | 1766 | 2-5-24 – 2-8-24; 2-9-24 – 2-16-24; 08-08-24 |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

*Tamara Hoff* [signature]   10/8/24