Attn: Honorable Judge Domenico

Hello,

    My name is Kristina Lighten, and I am writing on behalf of Jonathan Yioulos regarding the District of Colorado USA v. Tew et al Criminal case. I am a thirty-one year old mother of two daughters, age 7 and 12. The last nine years I have spent as a hard working mother, dental hygienist, and avid member of my daughters schools home school association committee involving coordinating events and volunteering endless hours to ensure fun filled events for the students as well as the close knit school community throughout each year. This year, however, I took a step back from quite a few of those extra roles. As of August 5th, 2024, I began my journey back to school. Since graduating dental hygiene school in 2015, it has been my dream to grow my family, and then go back to school to become a Doctor of Dental Surgery and further my passion for the innovations within dentistry. Currently, I am still that hard working, dedicated mother, with the added role as first year dental student in a prestigious doctoral program.

    You cannot easily persuade me to do something that my heart and mind are not set on. Any member of my family or any of my life-long, or newer friends can attest to that. Summer of 2019, one of my friends was having a housewarming party. She and I actually closed on our homes one day apart, in 2018. She asked me to at least stop by and bring my daughters as she spent a lot of quality time with them. I told her I would make my famous cheesecake stuffed strawberries, and at that point, I was basically dedicated to go now that I volunteered to bring a dessert. At the housewarming party, I noticed a man walk through the garage door into the backyard as I sat down with my daughters (just shy of their birthdays, so ages 1 and 6 at the time) to eat dinner. I thought to myself "He is so handsome!" then, went along with the evening. A little later I played corn hole and the game next to where I was playing, so was Jonathan. Maybe one or two words were exchanged, but nothing of substance. Before leaving the party, my friend said "Kristina! Jonny texted me and said I think I'm in love with the girl with the baby…" At that point I had no idea who "Jonny" was, but he was one of her husband's friends. From there we began talking as friends and once my girls got involved, the four of us formed an immediate close-knit connection. The covid pandemic happened shortly after our relationship began, which was an odd and unknown time for everyone. With the lockdowns and schooling from home, we quickly adapted to life in quarantine while giving the four of us even more time together.

    Of course I will never forget the day he was "out of work early" and I questioned; why? Later that evening, when the girls were to bed, it is pretty comparable to say that I was hit by a truck. Literally. Jonathan explained that he had been walked out of work, but could not discuss details, and needed to find a federal attorney for an awful mess that he was intertwined within at work. Also, that he no longer was an employee of his job. I immediately told my grandmother, that same evening, and then talked with her in person the next day. My grandma was and is my best friend and forever will be. I say was, due to her passing this past April of 2024. I will touch upon that shortly.

    I am a very tough person to convince, as I stated previously. There are two options you can choose in life, and I breathe by these, live by these, and parent by these. Simple. You can do right, or you can do wrong. The situation that Jonathan became involved with is, without a doubt, wrong. It is so wrongful in multiple ways that my stomach has actually hurt when my brain processes how this even happened in the first place. The thing is, this began before I met Jonathan. Nonetheless, still wrong. If there is one top quality of Jonathan, it is admitting his faults, which may be hard for us to do as human

**Exhibit A**

beings at times. Jonathan did that almost before fully explaining that he no longer had his job. Within the legal system, he had planned to plead guilty and face his faults. Jonathan did plead guilty, knowing and admitting his actions.

There is this horrible, unfortunate situation that this man that not only myself and my daughters completely fell in love with, but then there is the side of Jonathan that I myself saw during the pandemic. The side that spent every waking moment with him. The side that watched him step up to the plate and beyond for my daughters. For never having a child of his own, it was mind blowing how he stepped in and filled huge shoes so seamlessly. The pandemic is over, the pandemic has been on the come back from things for a few years now. My daughters have grown up for the past five years with Jonathan as their "best Jonny". He and I have tackled planning events, birthday parties one day apart, to sleepovers for my daughter and her friends. We have tackled the good and celebratory, as well as the unfortunate.

Jonathan has become a true part of my family. He has given my cousin sports advice as she grows within her dream of playing professional soccer. He has tutored my other cousin in classes to help him with those in which he struggles. He has tutored my brother who graduated from college last May during all four years of his education. He has coached basketball and soccer teams for both of my daughters, ALL five years. He has volunteered for lunch duty at their school on days when he is able. In my home, we are very routine based. Anyone with young children, or multiple children, would understand. The best part of Jonathan and myself is the way in which we delegate. I could go through the weekdays with school, to extracurriculars (our girls are involved in just about any sport known to sports), to weekends, sports games, cheerleading competitions, gymnastics meets, family gatherings, or any additional events as well. Every single day runs in our household like a well-oiled machine. We work so well together; I could not have been blessed with a better life partner.

Those things that he does are all simple and easy. Anyone can "do" those things, if they want. It may be hard for a man to walk into someone's life with two children and genuinely love and care for their kids though.  Not Jonathan. The way that he looks at my girls, every single time he looks at them, no matter how nonstop we have parented all day long every single day, is miraculous. My grandmother's aunt who is 96 years old and has seen a lot in this world, gave him a Purple Heart for Christmas in 2021. Just to simply acknowledge all that he does and has done for myself, my girls, and family as well.

What anyone cannot do is what my family and I witnessed firsthand, unfortunately in both 2023 and 2024. Following multiple repeated falls, my grandmother's best friend ended up in long term nursing care and slowly declined. He, also, had a positive relationship with Jonathan. This was heartbreaking to all of us as we watched him slowly decline. Jonathan willingly went, by the grace of his own heart, to spend time there even when we could not. What ended up happening was Jonathan not being able to leave his side during his final days. There were four evenings in a row where Jonathan spent the night right next to his bed at the nursing home. The evening of his passing, Jonathan called me and we conferenced in my mother, my aunt, and my grandmother as we said our final goodbyes. Being at someone's death bed is a toll in itself, let alone a loved one.

Fast forward to October 2023, my grandmother had strange symptoms. Jonathan and I both recognized these as we spent every single day having my grandmother over, going out and about with her, and enjoying the best days with her. Jonathan spent an inordinate amount of time at Roswell Park Cancer Institute. Him and I together had my grandmother move into our home with an advanced and aggressively diagnosed type of sarcoma. We not only watched her (this time rapidly) regress, but we tried everything under the sun to keep her comfortable and in good care. Jonathan went to the extreme of helping her get to and from the bathroom, helping with accidents, cooking meal after meal over and over in desperate hopes to just get her to find one spoonful of food to go down. My grandmother called him every single night for months all night long (it was like having a newborn infant again, being up all hours of the night) to go to the bathroom. Him and I, together, would lift her out of the bed, get her to the bathroom, and reposition her to a comfortable position. She looked to Jonny as her security, without a doubt. My grandmother ended up passing peacefully surrounded by family at Roswell Park Cancer Institute.

The support we received from family and friends and even acquaintances was immensely important during this time. Aunt Jo (she gave him the Purple Heart in 2021) said there she wouldn't be able to find a Purple Heart large enough for what he would deserve. The hours that he sat at appointments for transfusions and trips back and forth, taking her oxygen saturation at home, counting her respirations, etc. The amount of medical knowledge he gained during these horrible five and a half months is copious. If I were to ever become ill, Jonathan would be my health proxy in a heartbeat.

Any of the above doings, he did not have to do. That describes Jonathan. Above and beyond, attention to detail, caring beyond belief, selfless. There has not been one day dating back to 2019 that Jonathan has put himself before either of my two daughters, or myself. In the existence of Jonathan Yioulos, there would not be a single one. That is not Jonathan.

I wrote this letter on his behalf, but most importantly to describe to you the person that Jonathan is deep down, and deep down matters most. It is gut wrenching this situation he is in, and every single delay in this process since July of 2020 has felt like I have been hit by that exact same bus, over and over again. The fact that November is quickly approaching is surreal, and stressful to say the least. Everyone has to hold themselves accountable for their actions and I wholeheartedly uphold that statement. My hope is that this introduction to Jonathan as a person will give you a thorough background on him aside from this horrific criminal case.

I cannot imagine going on, in my home, in my schooling, or a single day without Jonathan's comprehensive support that he provides daily. This support is directed right at my children as well. He is my older daughter's tutor (she is now in advanced classes in junior high), my younger daughter's first pick to wash and comb her hair (even over Mom!), first pick for bedtime stories and cuddle time, our dog's favorite family member, and my absolute foundation, strength, and support. Thank you for taking the time to read my letter. I appreciate it from the bottom of my heart.

Sincerely,

Kristina Lighten