IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. KIMBERLEY ANN TEW,
   a/ka Kimberley Vertanen,

    Defendants.

## RESPONSE TO DEFENDANT MICHAEL TEW'S MOTION FOR VARIANT SENTENCE

The United States of America respectfully requests that the Court grant victims in this case access to participate telephonically in Defendant Michael Tew's Sentencing Hearing scheduled to take place November 12, 2024, at 1:30 p.m.. As grounds therefor, the Government respectfully states as follows:

    1.    Defendant Michael Tew is scheduled for a sentencing hearing on November 12, 2024 at 1:30. On November 10, 2024 the Court issued an order that, among other things, authorized "any victims . . . an opportunity to speak." The victims int his case reside in the Eastern time zone and, as a practical matter, are able to exercise that right only if allowed to participate remotely.

1

2. Victims have statutory rights not to be excluded from public court proceedings and to be reasonably heard at any public proceeding involving sentencing. 18 U.S.C. § 3771(a)(3), (a)(4); Fed. R. Crim. P. 32(i)(4)(B). To vindicate those rights, Government seeks reasonable accommodations for the attendance and participation of each victim in the context of that victim's particular circumstances. Consequently, the Government respectfully requests that the Court make available to victims a call-in phone number for their remote participation in the hearing. M

WHEREFORE, the United States respectfully requests that the Court provide a call-in phone number for victim participation at Defendant Sewall's sentencing hearing.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: */s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

>                    */s Bryan Fields*
>                    Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because trial has already occurred within the Speedy Trial Act deadline.

## CERTIFICATE OF SERVICE

I certify that on this 5th day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

s/ *Bryan Fields*
Bryan Fields
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov