# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 1:20-cr-00305-DDD-01 | Date: November 12, 2024 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Tammy Hoffschildt |
| Probation Officer: Josh Roth | Interpreter: N/A |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Bryan D. Fields |
| | Sarah H. Weiss |
| Plaintiff, | |
| v. | |
| MICHAEL AARON TEW, | Jason D. Schell |
| | Kristen M. Frost |
| Defendant. | |

## COURTROOM MINUTES

### SENTENCING HEARING

**1:36 p.m.**  **Court in session**. Defendant present, on bond.

> **Defendant found guilty at trial on February 15, 2024 (Day 9) to Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, and 60 of the Indictment.**

Appearances of counsel.

Parties received and reviewed the presentence report and all addenda.

Statements made by counsel for Government, counsel for Defendant, and Defendant on his own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.

**ORDERED:**   [575] Defendant's Motion is **GRANTED IN PART.**

**ORDERED:**   Defendant is sentenced to a term of imprisonment of **42 months on each of the fraud and money laundering counts (counts 1-42, and 44-56) and 12 months on the tax counts (counts 57-60), all to run concurrently.** Upon release from imprisonment, Defendant shall be placed on supervised release for a period of **3 years.** $5,600.00 special assessment to be paid immediately.

Conditions and special conditions as set forth on the record.

Defendant advised of right to appeal.

Court **RECOMMENDS** the Bureau of Prisons place the Defendant at F.P.C. Duluth, MN.

**ORDERED:**   Bond is **CONTINUED.**

**2:31 p.m.**     Court in recess. <u>Hearing concluded. Total time:   :55</u>