Scott Humphreys MD
4155 E Jewell Ave. #908
Denver, CO 80222
303-394-2060

Kristen Frost
303 16th St., Suite 200
Denver, CO 80202

Jason Schall
7350 E Progress Pl, Ste 100
Greenwood Village, CO 80111

Mrs. Frost and Mr. Schall:

The purpose of this letter is to provide you with my opinions regarding the information you have provided me about Mr. Michael Tew. As you are aware, Mr. Tew declined a formal in person evaluation with me. I find this notable because it is the first time in my 20-year career this has happened. Normally, clients are quick to follow the advice of their attorneys. But, this was not true for Mr. Tew.

You contacted me several months ago with the concern that Mr. Tew was being influenced by his wife in a manner that seemed harmful to his own interests regarding his legal proceedings. In addition to my discussions with you, I reviewed many emails, texts, and audio recordings. I found it fascinating how obvious the manipulation and transgressions were. I could hear Mrs. Tew in the background threaten to take his children away. I could see diction change in emails complete with consistent typos – compared to the majority of his written correspondence that was written in a formal and organized fashion as I would expect from an educated executive. You explained to me you believed it was actually Mrs. Tew representing herself at Mr. Tew in order to manipulate your counsel for her own interests.

Most of us like to think we are impervious to manipulation by others. This is not true. The multibillion-dollar industry of advertising knows this, politicians know this, even our children quickly learn this. I have seen physicians lose their medical licenses due to a controlling and maleficent spouse. Most of us are familiar with the power of cults and phenomena like Stockholm Syndrome. I have evaluated many people who have been victimized by a loved one in a similar way. The reality is that the closer someone is to you, the more likely you are to be manipulated. A common and powerful ploy is to use the children against a parent. Nothing is more powerfully motivating than the threat of losing our children.



DEFENDANT'S EXHIBIT

I have not evaluated Mr. Tew and cannot form a diagnosis or complete formulation. But, based on the information you have reviewed with me, Mr. Tew's marriage does appear to be one of manipulation and control. I do not believe that Mr. Tew's actions were completely of his own volition.

Scott Humphreys, MD