# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Notice of Effectiveness

**Effectiveness Date:**   November 6, 2024 4:00 P.M.

**Form:**   S-4

**CIK:**   0001994624

**Company Name:**   ScanTech AI Systems Inc.

**File Number:**   333-280595



DEFENDANT'S EXHIBIT 2

11/7/24, 2:34 PM                sec.gov/Archives/edgar/data/1994624/999999999524003386/9999999995-24-003386.txt

```
<SEC-DOCUMENT>9999999995-24-003386.txt : 20241107
<SEC-HEADER>9999999995-24-003386.hdr.sgml : 20241107
<ACCEPTANCE-DATETIME>20241107001509
ACCESSION NUMBER:		9999999995-24-003386
CONFORMED SUBMISSION TYPE:	EFFECT
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		20241106
DATE AS OF CHANGE:		20241107
EFFECTIVENESS DATE:		20241106

FILER:

	COMPANY DATA:	
		COMPANY CONFORMED NAME:			ScanTech AI Systems Inc.
		CENTRAL INDEX KEY:			0001994624
		STANDARD INDUSTRIAL CLASSIFICATION:	INSTRUMENTS FOR MEAS & TESTING OF ELECTRICITY & ELEC SIGNALS [3825]
		ORGANIZATION NAME:           	08 Industrial Applications and Services
		IRS NUMBER:				933502562
		STATE OF INCORPORATION:			DE
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		EFFECT
		SEC ACT:		1933 Act
		SEC FILE NUMBER:	333-280595
		FILM NUMBER:		241432832

	BUSINESS ADDRESS:	
		STREET 1:		1177 AVENUE OF THE AMERICA, SUITE 5100
		CITY:			NEW YORK
		STATE:			NY
		ZIP:			10036
		BUSINESS PHONE:		8886221218

	MAIL ADDRESS:	
		STREET 1:		1177 AVENUE OF THE AMERICA, SUITE 5100
		CITY:			NEW YORK
		STATE:			NY
		ZIP:			10036
</SEC-HEADER>
<DOCUMENT>
<TYPE>EFFECT
<SEQUENCE>1
<FILENAME>primary_doc.xml
<TEXT>
<XML>
<?xml version="1.0"?>
<edgarSubmission>

    <schemaVersion>X0101</schemaVersion>

    <submissionType>EFFECT</submissionType>

    <act>33</act>

    <testOrLive>LIVE</testOrLive>

    <effectiveData>
        <finalEffectivenessDispDate>2024-11-06</finalEffectivenessDispDate>
        <finalEffectivenessDispTime>16:00:00</finalEffectivenessDispTime>
        <form>S-4</form>
        <filer>
            <cik>0001994624</cik>
```

```
                <entityName>ScanTech AI Systems Inc.</entityName>
                <fileNumber>333-280595</fileNumber>
            </filer>
        </effectiveData>
    </edgarSubmission>
</XML>
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
```