IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.      JONATHAN K. YIOULOS,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT JONATHAN K. YIOULOS**

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jonathan K. Yioulos* pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on February 3, 2021, an Indictment was filed charging defendant Jonathan K. Yioulos in Count 1 with Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349, and in Counts 2 through 40 with Wire Fraud in violation of 18 U.S.C. § 1343;

THAT the Indictment also sought forfeiture in the form of a personal money judgment against defendant Jonathan K. Yioulos pursuant to 18 U.S.C. §

1

981(a)(1)(C) and 28 U.S.C. § 2461(c) in the amount of proceeds obtained by the defendant and by the scheme; and

THAT on November 18, 2021, the United States and defendant Jonathan K. Yioulos entered into a Plea Agreement, which provided that defendant would plead guilty to Counts 1 and 39. It also contained a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jonathan K. Yioulos* is GRANTED;

THAT $100,000.00 is subject to forfeiture as proceeds obtained by defendant Jonathan K. Yioulos through commission of the offenses in Counts 1 and 39, to which the defendant has pleaded guilty;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jonathan K. Yioulos in an amount of $100,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT this $100,000.00 money judgment will be credited with payments made by the co-defendants in this case toward their money judgments; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this _____ day of _____2024.

BY THE COURT:

_____
DANIEL D. DOMENICO
United States District Court Judge