IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW**;

2. KIMBERLY ANN TEW; and
   a/k/a Kimberley Vertanen

3. JONATHAN K. YIOULOS,

Defendants.

---

### MOTION TO PROCEED *IN FORMA PAUPERIS*

---

Mr. Tew moves the Court to order that he be allowed to proceed on appeal *in forma pauperis* without payment of filing fees or costs, and with the right to transcripts of these proceedings paid for by the United States. Mr. Tew was sentenced to incarceration in the Bureau of Prisons and has been represented by counsel through the Criminal Justice Act.

Respectfully submitted,

*s/ Kristen M. Frost*
Kristen M. Frost
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
E-mail: frost@ridleylaw.com

*s/ Jason D. Schall*
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E. Progress Place, Suite 100
Telephone: (720) 505-3861
E-mail: jason@bowsch.com

*Attorneys for Defendant Michael Tew*

    I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of November, 2024, I served a true and correct copy of the foregoing **MOTION TO PROCEED *IN FORMA PAUPERIS*** electronically with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to the Court and parties.

      *s/ Kristin McKinley*
      Kristin McKinley