UNITED STATES POSTAL SERVICE

3 DEC 2024 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box •

United States District Court
901 - 19th Street, Room A105
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 09 2024

JEFFREY P. COLWELL
CLERK

20-cr-00305-DDD-01

i-999955

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    U.S. Dept. of State
    CA/PPT/L/LA
    44132 Mercure Circle
    P.O. Box 1227
    Sterling, VA 20166-1227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

    7019 2970 0001 1984 2455

PS Form 3811, July 2013    Domestic Return Receipt    20-cr-305-DD