**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)**

| **PART I – Case Information and Contact Information** |
|---|

Case Name: U.S. v. Michael Tew            District Court Case Number: 20-CR-305
District Court: Colorado        Circuit Court Appeal Number: 24-1465
Name of Attorney/Pro Se Party Completing this Form:

| | |
|---|---|
| Kristen M. Frost | Jason D. Schall |
| Ridley McGreevy & Winocur PC | Bowlin & Schall LLC |
| 303 16th Street, Suite 200 | 7350 E. Progress Place, Suite 100 |
| Denver, Colorado 80202 | Greenwood Village, Colorado 80111 |
| 303-629-9700 | 720-505-3861 |
| frost@ridleylaw.com | jason@bowsch.com |

| **PART II – Complete one section below to indicate whether you are ordering transcripts.** |
|---|

☐ **I am not ordering a transcript because (check one):**

　　　　　☐ a transcript is not necessary for this appeal;
　　　　　☐ the necessary transcript is already on file in the district court; or
　　　　　☐ the necessary transcript was ordered previously in appeal number _____.

☒ **I hereby order the following transcript(s) from Julie Thomas.** One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each court reporter** from whom a transcript is ordered. **Please be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or Daily) |
|---|---|---|---|
| Suppression Hearing | 10/12/22 | 255 | 30-Day |
| | | | |
| | | | |

| **PART III – Choose the manner of payment for the transcript(s) ordered.** |
|---|

☐ This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☒ This case **IS proceeding under the Criminal Justice Act, and (check one):**

　　☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).

　　☒ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

| **Part IV – Attorney's/Ordering Party's Certificate of Compliance** |
|---|

I, Kristen M. Frost, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature:   s/ Kristen M. Frost      Date: 12/10/24

| **PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)** |
|---|

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: _____ Date:_____