IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Michael Aaron TEW,

   Defendant.

_____

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**
_____

The Judgment imposed on November 12, 2024, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FCI Florence Accordingly,

IT IS ORDERED that Defendant, Michael Aaron Tew, shall surrender himself by reporting to the Warden at the FCI Florence, located at 5880 CO-67, Florence, CO 81226 no later than February 1, 2025, by 2:00 pm.
Travel will be at his own expense.

DATED at Denver, Colorado, this __13th__ day of December 2024.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge