FILED
United States Court of Appeals
Tenth Circuit

December 13, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL AARON TEW,

    Defendant - Appellant.

No. 24-1465
(D.C. No. 1:20-CR-00305-DDD-1)
(D. Colo.)

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge.
_____

This matter is before the court on Appellant's *Motion to Withdraw and Appoint Counsel*. The district court has made the requisite finding of eligibility for appointment of counsel pursuant to 18 U.S.C. § 3006A.

Upon consideration, the motion is granted. Pursuant to § 3006A, Kari Schmidt is appointed as counsel for Mr. Tew. Within 10 days of the date of this order, Ms. Schmidt shall file an entry of appearance in this appeal.

Pursuant to § 3006A, withdrawing counsel is appointed *nunc pro tunc* to the date the notice of appeal was filed in this matter. That appointment ends with the entry of this order and withdrawing counsel shall have no further obligations in this appeal except

that, within ten days from the date of this order, they shall transmit to Ms. Schmidt[1] copies of all documents in their possession that are pertinent to this appeal and not otherwise available via PACER and/or CM/ECF, including all trial exhibits.

A designation of record and transcript order forms were filed on December 10, 2024. Within 20 days from the date of this order, Ms. Schmidt shall file any necessary supplemental designation of record or transcript order forms. If a transcript is ordered by Ms. Schmidt, she must file a CJA 24 form in the U.S. District Court for the District of Colorado. Questions regarding the filing of a CJA 24 form should be directed to the district court Clerk's Office.

Appellant's opening brief shall be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31(a)(1); 10th Cir. R. 11.2(A). The Clerk of the U.S. District Court for the District of Colorado shall wait at least 20 days before transmitting the record on appeal to this court.

The Clerk's Office shall transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado. Withdrawing counsel shall transmit a copy of

---

[1] Kari S. Schmidt
Conlee Schmidt & Emerson, LLP
200 W. Douglas, Suite 300
Wichita, Kansas 67202
(316) 264-3300
karis@fcse.net

this order to Mr. Tew forthwith.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
