IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Criminal Case No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,
2. KIMBERLY ANN TEW, a/k/a KIMBERLY VERTANEN, and
3. JONATHAN K. YIOULOS,

    Defendants.

## ORDER

Before the Court is Defendant Michael Aaron Tew's Motion to Proceed *In Forma Pauperis*, Doc. 600, seeking leave to proceed in forma pauperis on appeal. For the reasons below, the motion will be granted.

"Requests for representation in criminal matters, including direct criminal appeals and the ancillary costs and fees attendant with an appeal, fall under the standards and procedures set forth under the Criminal Justice Act, 18 U.S.C. § 3006A, rather than those set forth in 28 U.S.C. § 1915." *United States v. Osuna*, 141 F.3d 1412, 1414 (10th Cir. 1998). "The standard for eligibility for section 3006A appointment is not indigence, but rather whether the party is 'financially unable to obtain counsel.'" *Id.* at 1414 (citation omitted). If a defendant who is entitled to

- 1 -

the appointment of CJA counsel "appeals to an appellate court or petitions for a writ of certiorari, he may do so without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28." 18 U.S.C. § 3006A(d)(7).

Defendant qualified for—and continues to be represented by—CJA-appointed counsel in this proceeding. Therefore, he is financially unable to obtain counsel and qualifies to proceed in forma pauperis on appeal.

Accordingly, it is **ORDERED** that Defendant Michael Aaron Tew's Motion to Proceed *In Forma Pauperis*, Doc. 600, is **GRANTED**.

DATED December 16, 2024.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge

- 2 -