In The United States District Court
For The District Of Colorado

United States of America,

    Plaintiff,

v.

Michael Aaron Tew,

    Defendant.

Case No. 1:20-cr-00305-DDD-1

## Notice of Limited Appearance of Counsel

The Clerk will please enter the appearance of attorney Zachary L. Newland as counsel of record for Defendant Michael Aaron Tew for the limited purpose of filing a motion to extend Mr. Tew's self-surrender date.

    Respectfully submitted,

    /s/ Zachary L. Newland
    Zachary L. Newland
    Newland Legal, PLLC
    P.O. Box 3610
    Evergreen, Colorado 80437
    Tel: (303) 948-1489
    Email: zach@newlandlegal.com

## Certificate of Service

I hereby certify that on January 13, 2025, I caused a true and correct copy of the foregoing notice to be served on all counsel of record via the Court's CM/ECF system.

/s/ Zachary L. Newland