In The United States District Court
For The District Of Colorado

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Aaron Tew,<br><br>    Defendant. | Case No. 1:20-cr-00305-DDD-1 |

## Notice of Limited Appearance of Counsel

The Clerk will please enter the appearance of attorney David C. Boyer as counsel of record for Defendant Michael Aaron Tew for the limited purpose of filing a motion to extend Mr. Tew's self-surrender date.

                                                  Respectfully submitted,

                                                  /s/ David C. Boyer
                                                  David C. Boyer
                                                  Newland Legal, PLLC
                                                  P.O. Box 1413
                                                  Midlothian, Texas 76065
                                                  Tel: (469) 899-9664
                                                  Email: david@newlandlegal.com

## Certificate of Service

I hereby certify that on January 13, 2025, I caused a true and correct copy of the foregoing notice to be served on all counsel of record via the Court's CM/ECF system.

/s/ David C. Boyer