# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-03

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Jonathan K. Yioulos,

   Defendant.

---

## VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT

---

The Judgment imposed on December 3, 2024, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the Lewisburg Satellite Camp. Accordingly,

IT IS ORDERED that Defendant, Jonathan K. Yioulos, shall surrender himself by reporting to the Warden at the Lewisburg Satellite Camp, on January 21, 2025, by 12:00 pm. Travel will be at his own expense.

DATED at Denver, Colorado, this 15th day of January, 2025.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge