IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:20-cr-305-DDD-1 |
| MICHAEL AARON TEW, | |
| Defendant. | |

**Motion for Leave to Restrict Document No. 639**

Defendant Michael Aaron Tew ("Mr. Tew"), by and through the undersigned counsel, respectfully moves to restrict Document No. 639, any order revealing its contents, and the brief filed in support of this motion. (Document No. 641), for the reasons stated in the brief filed in support of this motion. Mr. Tew requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

**[Remainder of Page Intentionally Left Blank]**

Respectfully submitted,

/s/ Zachary L. Newland
Zachary L. Newland
Newland Legal, PLLC
P.O. Box 3610
Evergreen, Colorado 80437
Tel: (303) 948-1489
Email: zach@newlandlegal.com

/s/ David C. Boyer
David C. Boyer
Newland Legal, PLLC
P.O. Box 1413
Midlothian, Texas 76065
Tel: (469) 899-9664
Email: david@newlandlegal.com

## Certificate of Conformity

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ David C. Boyer

## Statement of Speedy Trial Impact

Pursuant to Judge Domenico's Practice Standard III(C), the undersigned counsel notes that this filing has no effect on the speedy trial clock.

/s/ David C. Boyer

## Certificate of Service

I hereby certify that on January 17, 2025, I served a true and correct copy of the foregoing motion on counsel of record for the United States via the Court's CM/ECF system.

/s/ David C. Boyer