IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL AARON TEW,

    Defendant.

Case No. 1:20-cr-305-DDD-1

## Order to Restrict Document No. 639

This matter is before the Court on Defendant Michael Aaron Tew's Motion to Restrict Document No. 639. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 639, Mr. Tew's Brief in Support of Motion to Restrict Document No. 641, as well as any order revealing the contents of the documents, are hereby restricted until further order by the Court.

IT IS ORDERED that Document Nos. 639 and 641 shall be restricted to "Level 2" and will be "viewable by the selected parties & Court" only.

IT IS SO ORDRED on this __ day of January 2025.

BY THE COURT:

_____
Hon. Daniel D. Domenico
United States District Judge