

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

January 24, 2025

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:   USA v. Kimberley Ann Tew

District Court Case No.  20-cr-00305-DDD-2  
Court of Appeals Case No.  24-1333

Dear Clerk:

Enclosed please find the Record on Appeal in    (6) volume(s) which consist of the following:

Volume I - Pleadings  (conventionally Submitted Material Sent to 10th Circuit )  
Volume II - Pleadings  
Volume III - Restricted Documents  
Volume IV - Unrestricted Transcripts  
Volume V - 90 Day Transcripts  
Volume VI - COURT ONLY Restricted

JEFFREY P. COLWELL, CLERK

By:  s/  A. Garcia Garcia  
Deputy Clerk