UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

January 30, 2025

Patterson Transcription Company
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231

**RE:   24-1465, United States v. Tew**
Dist/Ag docket: 1:20-CR-00305-DDD-1

Dear Court Reporter:

Our records show that the transcript is due in the captioned appeal.

Please file your transcript forthwith.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Bryan David Fields
Rajiv Mohan
Jason Schall
Kari S. Schmidt
Sarah Weiss

CMW/jm