1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
    CASE NO.: 20-cr-00305-DDD 20-mj-00088-KLM
 3  _____

 4  UNITED STATES OF AMERICA,

 5            Plaintiff,

 6  v.

 7  MICHAEL AARON TEW,

 8            Defendant.

 9  _____

10            Proceedings before MICHAEL E. HEGARTY, United

11  States Magistrate Judge, for the District of Colorado,

12  commencing at 2:12 p.m. on July 29, 2020, in the United

13  States Courthouse, Denver, Colorado.

14  _____

15  WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS ARE

16  HEREIN TYPOGRAPHICALLY TRANSCRIBED...

17  _____

18                      APPEARANCES

19       HETAL DOSHI AND MATTHEW KIRSCH, Attorneys at Law,

20  appearing on behalf of the Government.

21       ERIC CREIZMAN, Attorney at Law, appearing on

22  behalf of the Defendant.

23  _____

24            TELEPHONIC PRELIMINARY HEARING

25
```

```
 1                    P R O C E E D I N G S
 2             (Whereupon, the within electronically recorded
 3   proceedings are herein transcribed, pursuant to order of
 4   counsel.)
 5             THE COURT:  So Case No. 20-mj-88, United States of
 6   America v. Aaron Michael Tew.  Go ahead and make your
 7   appearances.
 8             MS. DOSHI:  Good afternoon, Your Honor.  Hetal
 9   Doshi for the United States.  With me is co-counsel, Matthew
10   Kirsch, who is joining us by phone today.
11             THE COURT:  Hi, Matt.
12             MR. CREIZMAN:  Good afternoon, Your Honor.  Eric
13   Creizman on behalf of Michael Tew.
14             THE COURT:  Okay.
15             MR. CREIZMAN:  And I apologize.  I cannot --
16   everyone's -- I see Ms. Doshi, I see Mr. Tew, but -- and I
17   hear everything, but I do not see -- every -- my screen --
18   the pictures are frozen.  So I don't even see Your Honor,
19   but I hear Your Honor.  So --
20             THE COURT:  Okay.
21             MR. CREIZMAN:  -- that's good enough.  That's
22   good.
23             THE COURT:  I'm here though.  And Mr. Tew, is that
24   you also by video?
25             MR. CREIZMAN:  I think he needs to unmute.
```

3

1    THE COURT:  Yeah.  He's frozen right now in my
2 view.  Is he frozen in yours, Hetal?
3    MS. DOSHI:  He is, Your Honor.
4    THE COURT:  Okay.
5    MS. DOSHI:  We've had some difficulty with the
6 line today.  It may be if Mr. Tew can sense that it might be
7 easier for him to join by phone.  I defer to counsel on that
8 though.
9    THE COURT:  Yeah.  He just dropped.
10    MR. CREIZMAN:  I mean, that's -- that -- oh, he
11 did?  Okay.
12    THE COURT:  I don't see him.
13    MS. DOSHI:  Yeah.  It looks like he's dropped off.
14    MR. CREIZMAN:  Oh.  I still see his -- I still see
15 him, I still see the -- under his name under participants.
16 I just did a bench trial on -- on something like this, on
17 Skype for Business.  It was -- it was brutal.  That was a
18 brutal situation, so --
19    THE COURT:  We never do jury trials that way.  So
20 Mr. Tew, can you hear us?
21    MR. CREIZMAN:  I don't see him anymore under the
22 participants, so...
23    THE COURT:  Why don't you call him and tell him to
24 call in.  Do you -- give me the number.  Oh, he has it.
25    MR. CREIZMAN:  Yeah.  I can -- I'm going to -- I'm

```
 1   going to try to get -- I'm going to contact Mr. Tew right
 2   now and see if he can just dial in.
 3            THE COURT:  Okay.
 4            (Off-the-record discussion.)
 5            THE COURT:  Phone?
 6            THE DEPUTY:  Mr. Tew, is that you there?
 7            THE DEFENDANT:  Yes, it is, Your Honor.  I
 8   apologize.  I was just on, and my whole computer froze up,
 9   and the whole thing shut down.  So I'm just dialed in now
10   directly.  I apologize for that.
11            THE COURT:  No.  That will work.  I just want to
12   make sure you waive --
13            THE DEFENDANT:  Okay.
14            THE COURT:  -- your appearance in court.
15            THE DEFENDANT:  Yes, sir.
16            THE COURT:  Okay.  So yeah, 20-mj --
17            THE DEFENDANT:  Yes, Your Honor.
18            THE COURT:  -- 88, United States of America v.
19   Michael Aaron Tew.  We also called that.  I guess we're set
20   for a preliminary; is that right?
21            MS. DOSHI:  Yes, Your Honor.  We're set for
22   preliminary hearing, and I believe we also need to do an
23   arraignment.  I think it was conducted last time, but it
24   didn't make them -- the minute entry.  So just belt and
25   suspenders that, if we wouldn't mind.
```

```
 1              THE COURT:  Oh, okay.  So that's fine.  I have
 2   before me actually a waiver of preliminary hearing.  We
 3   don't do arraignments on criminal complaints set, do we?  Do
 4   we wait for the indictment?
 5              MS. DOSHI:  Oh, that -- that -- that is correct,
 6   Your Honor.
 7              THE COURT:  Okay.
 8              MS. DOSHI:  Thank you.
 9              THE COURT:  Sure.  So unless there's any
10   objection, I can go ahead and grant this motion to exclude
11   time.
12              MR. CREIZMAN:  No objection.
13              THE COURT:  I've just got to change the name of
14   the judicial officer because Mix is listed.  Will this be
15   indicted or will you do an information or what?
16              MS. DOSHI:  The parties are still discussing the
17   possibilities for an information.
18              THE COURT:  Okay.  All right.  Well, I can set it
19   for a status conference or set nothing at all or whatever
20   you guys want.
21              MS. DOSHI:  A status conference would be great,
22   Your Honor.  If we could set it for -- I believe that motion
23   to exclude takes us to October 20th.  So if we could set the
24   status conference for the week prior, if that's amenable to
25   defense counsel and to the Court, that would be great.
```

1              THE COURT:  Okay.  Mr. Creizman.

2              MR. CREIZMAN:  Yes.  Thank you, Your Honor.  That

3    works for me.  That's perfect.

4              THE COURT:  All right.  What day?

5              THE DEPUTY:  Wednesday, October 14th, and that's

6    with you?

7              THE COURT:  Oh, really?  I'm on again?  Great.

8              THE DEPUTY:  (Indiscernible) in October.

9              THE COURT:  There's not enough of us here.  This

10   has been brutal for all the warrants you guys have brought

11   me the last eight days.  Okay.  Wednesday, October 14th.

12             THE DEPUTY:  October 14th.  And I'm sorry, just to

13   be clear, we want to set that status conference before the

14   excludable time is over?

15             MS. DOSHI:  Yes, if that would be okay.  It may be

16   that depending on the status of the case and the

17   investigation, that we are prepared to give the Court an

18   update with respect to that, the indictment timeline or for

19   additional time.  I don't know yet.

20             THE DEPUTY:  Okay.  Thank you.  Yes.  So that will

21   be Wednesday, October -- October 14th at 2:00 p.m., and

22   there will be the same call-in instructions for video, and

23   then of course contact court if you need --

24             THE COURT:  I'm actually expecting a miracle in

25   this country by that time.

```
 1              THE DEPUTY:  My bad.
 2              THE COURT:  And everybody will be in open court
 3   because --
 4              THE DEPUTY:  I thought -- I thought they said
 5   through Thanksgiving.
 6              THE COURT:  Will Smith is going to come out with a
 7   cure for this yet.
 8              THE DEPUTY:  Will Smith?
 9              THE COURT:  Do you know what I'm referring to?
10              THE DEPUTY:  No.  My first thought was the actor.
11              THE COURT:  No.  I -- I Am Legend?  You ever seen
12   I Am Legend?
13              THE DEPUTY:  Yes.  Oh, yes.  Okay.
14              THE COURT:  Will Smith does everything.  Either
15   Will Smith or Hancock will come out with it.  Okay.  So are
16   we all good with you guys?
17              MR. CREIZMAN:  I think so.
18              MS. DOSHI:  I believe so.  You've got the -- I
19   believe Your Honor has the waiver of -- the waiver of
20   prelim, and we've gotten through the motion to exclude.  So
21   that was everything on my list.
22              THE COURT:  Okay.  That's a short list.  Thank
23   you, guys.  Appreciate your appearances.
24              MR. CREIZMAN:  Thank you.
25              THE COURT:  All right.  Take care.
```

8

1          MR. CREIZMAN:  Thanks so much.

2          THE COURT:  All right.  Bye-bye.

3          MS. DOSHI:  Thank you, Your Honor.  Bye.

4          (Whereupon, the within proceedings concluded at

5    2:20 p.m.)

6

7                TRANSCRIBER'S CERTIFICATE

8          I certify that the forgoing is a correct

9    transcript, to the best of my knowledge and belief (pursuant

10   to the quality of the recording) from the record of

11   proceeding in the above-entitled matter.

12

13   /s/Brittany Payne                    January 28, 2025

14   Signature of Transcriber                    Date

15

16

17

18

19

20

21

22

23

24

25