**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00305-DDD-3

UNITED STATES OF AMERICA

        Plaintiff,

v.

3.  JONATHAN K. YIOULOS,

        Defendant.

---

### UNOPPOSED MOTION FOR DEFENDANT TO TRAVEL OUT OF THE STATE

---

      Defendant Jonathan Yioulos, by and through counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court enter an unopposed Order allowing Mr. Yioulos to travel to Florida for a family trip. In support of said Motion, Defendant states as follows:

      1.    On December 3, 2024, Mr. Yioulos was sentenced to two (2) months imprisonment, followed by a three (3) year term of supervised release (ECF Doc. 607).

      2.    Mr. Yioulos was released from BOP custody on March 13, 2025, and since that time he has been fully compliant with all terms and conditions of his supervised release.

      3.    Mr. Yioulos lives in the Buffalo, New York area. As a condition of his supervised release, Mr. Yioulos must not leave the federal judicial district where he resides without first getting permission from the court or his probation officer (ECF Doc. 607).

4. Mr. Yioulos hopes to take a family trip with his wife and two children to Sarasota, Florida from June 16 – June 23, 2025. The purpose of the trip is to visit elderly relatives in Sarasota. His flight and Airbnb details have been provided to the government.

5. Mr. Yioulos requested his probation officer's permission to travel to Florida in June, however, his probation officer declined the request on the bases that Mr. Yioulos has been on supervised release for a relatively short period of time and because he has not yet paid any restitution.

6. Mr. Yioulos has not yet paid restitution in this case because he was unemployed following his release from custody. Mr. Yioulos received an employment offer and will be starting a new job in the next few weeks, which will allow him to begin paying restitution.

7. On May 6, 2025, undersigned counsel conferred with Assistant United States Attorney Bryan Fields, who indicated the government does not object to this travel.

WHEREFORE, Defendant respectfully requests this Court enter an Order allowing him to travel to Sarasota, Florida from June 16 – June 23, 2025.  Should the Court wish to conduct a hearing on this Motion, Defendant respectfully requests that he be allowed to appear via VTC.

Dated this 7th day of May, 2025.

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303)573-1900
rick@rklawpc.com
Attorney for Defendant Yioulos

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.

*s/ Erin Mohr*
Paralegal