IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL AARON TEW,
2.     KIMBERLEY ANN TEW,
3.     JONATHAN K. YIOULOS,

    Defendants.

## MOTION TO WITHDRAW

The United States of America, by J. Bishop Grewell, Acting United States Attorney for the District of Colorado, through Bryan Fields, Assistant United States Attorney, hereby files its Motion to Withdraw Sarah H. Weiss as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that Sarah H. Weiss is no longer employed as an Assistant United States Attorney for the District of Colorado.  Assistant United States Attorney Bryan Fields is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

//


//


//

Dated this 14th day of May, 2025.

                      Respectfully submitted,

                      J. Bishop Grewell
                      United States Attorney

                      By: *s/ Bryan Fields*
                      Bryan Fields
                      Assistant United States Attorney
                      United States Attorney's Office
                      1801 California Street, Suite 1600
                      Denver, Colorado 80202
                      Telephone: (303) 454-0100
                      E-mail: bryan.fields3@usdoj.gov
                      Attorney for the United States

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 14th day of May, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                      *s/ Melanie LeaRussa*
                      Melanie LeaRussa
                      Legal Assistant
                      United States Attorney's Office