| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 20-cr-00305-DDD-3 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* **25CR0165** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Colorado | DIVISION Denver |
|---|---|---|
| JONATHAN K. YIOULOS | NAME OF SENTENCING JUDGE Daniel D. Domenico | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/13/2025 — TO 03/12/2028 |

OFFENSE
18 U.S.C. § 1349 Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1343 Wire Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant resides in the receiving district with no intention of returning to Colorado.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/18/2025                         /s/ Daniel D. Domenico
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/22/25
Effective Date                    United States District Judge

1